**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DIRECT EXPRESS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **36-3499564** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1600 GLENLAKE AVENUE**<br>**Itasca, IL 60143** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Du Page** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)          ☐ Railroad<br>■ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____          ☐ Clearing Bank | ■ Chapter 7          ☐ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business          ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>   Must attach signed application for the court's consideration<br>   certifying that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **DIRECT EXPRESS, INC.** | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Boldog Transportation Inc.** | Case Number: **05-5181** | Date Filed: **2/16/05** |
|---|---|---|
| District: **ND ILL ED** | Relationship: **Affiliate** | Judge: **Squires** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Richard L. Hirsh 1225936**
Signature of Attorney for Debtor(s)
**Richard L. Hirsh 1225936**
Printed Name of Attorney for Debtor(s)
**Richard L. Hirsh & Associates, P.C.**
Firm Name
**15 Spinning Wheel Rd.**
**Suite 128**
**Hinsdale, IL 60521-2984**
Address       **Email: richala@sbcglobal.net**
**630 655-2600  Fax: 630 655-2636**
Telephone Number
**April  4, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ ROBERT J. BOLDOG, SR.**
Signature of Authorized Individual
**ROBERT J. BOLDOG, SR.**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**April  4, 2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **DIRECT EXPRESS, INC.**

_____ ,
Debtor

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 260,673.50 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 580,039.31 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 130 | | 836,132.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 138 | | | |
| Total Assets | | | 260,673.50 | | |
| Total Liabilities | | | | 1,416,171.64 | |

In re    **DIRECT EXPRESS, INC.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

**0**
_____ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **DIRECT EXPRESS, INC.**                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris Bank Barrington 201 S. Grove Barrington, IL 60010** | **-** | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Inspirational photos** | **-** | **100.00** |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > | **100.00** |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re  **DIRECT EXPRESS, INC.**
_____,   Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | | **Northwesstern Mutual** | - | 5,729.99 |
| | | **Northwestern Mutual Insurance Annuity; annuitant is Jeffrey Boldog; early termination fee $622.48** | - | 8,739.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **122 shares of Metals USA (fullerton metal) @ $15.95/sh (valued in June 2004)** | - | 1,945.90 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **through 12/29/04** | - | 243,658.61 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      260,073.50
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **DIRECT EXPRESS, INC.**
_____ ,    Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **miscellaneous, office furniture.  most equipment sold...see Staetment of Financial Affairs** | **-** | 500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total >    **500.00**
(Total of this page)
Total >    **260,673.50**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D
(12/03)

In re  **DIRECT EXPRESS, INC.**                                    ,          Case No. _____
                                   Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **NATIONAL LOAN INVESTORS LP 3030 N.W. EXPRESSWAY STE 1313 Oklahoma City, OK 73112** | X | - | **UCC Lien** **Accounts receivable, UCC-1** Value $ 243,658.61 | | | | 580,039.31 | 336,380.70 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

__0__  continuation sheets attached

Subtotal (Total of this page) 580,039.31

Total (Report on Summary of Schedules) 580,039.31

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6E
(04/04)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F
(12/03)

In re   **DIRECT EXPRESS, INC.** ,                    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A & K Enns Trucking, Ltd.**<br>**P.O. Box 1032**<br>**Carrot River, SASKA 0L0** | | - | **Trade debt** | | | | **650.00** |
| Account No.<br><br>**A B L Express, Inc.**<br>**P.O. Box 142605**<br>**Saint Louis, MO 63114** | | - | **Trade debt** | | | | **740.00** |
| Account No. **xx0133, xx0134**<br><br>**A J FREIGHT SERVICES INC**<br>**P.O. BOX 232**<br>**ELK GROVE VILLAGE, IL 60009** | | - | **Trade debt** | | | | **550.00** |
| Account No.<br><br>**A&T**<br>**2920 South 19th Ave.**<br>**Broadview, IL 60153** | | - | **Trade debt** | | | | **825.00** |

_**129**_ continuation sheets attached

Subtotal
(Total of this page)     **2,765.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:29597-050324   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                  ,     Case No. _____

                                       Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **A.M. Express, Inc.** <br> **P.O. Box 721** <br> **Escanaba, MI 49829** | - | | Trade debt | | | | 1,825.00 |
| **Account No.** <br><br> **A/R Funding Group** <br> **Florida Freightways, Inc.** <br> **1099 A Commerce Blvd.** <br> **Haines City, FL 33844** | - | | Trade debt | | | | 1,250.00 |
| **Account No.** <br><br> **A/R Funding Group** <br> **c/o Tennessee Western** <br> **P.O. Box 12316** <br> **Jackson, TN 38308** | - | | Trade debt | | | | 317.06 |
| **Account No. xx4849** <br><br> **ABBYLAND TRUCKING INC** <br> **BOX 69** <br> **ABBOTSFORD, WI 54405-0069** | - | | 12/30/04 <br> Trade debt | | | | 975.00 |
| **Account No.** <br><br> **Absolute Transportation LLC** <br> **9230 Globe Center Drive Ste. 115** <br> **Morrisville, NC 27560** | - | | Trade debt | | | | 300.00 |

Sheet no. __1__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal        **4,667.06**
(Total of this page)

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Accelefreight, Inc.**<br>**P.O. Box 98**<br>**Franklin Park, IL 60131** | - | | **Trade debt** | | | | 675.00 |
| Account No.<br><br>**Accu-Weld, LLC**<br>**1211 Ford Road**<br>**Bensalem, PA 19020** | - | | **Trade debt** | | | | 3,350.00 |
| Account No.<br><br>**Acme Truck Lines, Inc.**<br>**P.O. Box 183**<br>**Harvey, LA 70059** | - | | **Trade debt** | | | | 525.00 |
| Account No.<br><br>**Adams Transportation Services**<br>**P.O. Box 654**<br>**Clay City, KY 40312** | - | | **Trade debt** | | | | 800.00 |
| Account No.<br><br>**Adrian and Paula Dickens**<br>**DBA Dream Weaver Express**<br>**N9603 County Rd O**<br>**Boyceville, WI 54725** | - | | **Trade debt** | | | | 485.00 |

Sheet no. __2__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **5,835.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Advance Logistic Services, Inc. P.O. Box 352 Buchanan, GA 30113 | | - | | | | | 950.00 |
| Account No. | | | Trade debt | | | | |
| Advanced Logistics LLC 246 W. Main St. Sun Prairie, WI 53590 | | - | | | | | 650.00 |
| Account No. | | | Trade debt | | | | |
| Agricultural Transportation Association of Illinois P.O. Box 495 Forrest, IL 61741 | | - | | | | | 450.00 |
| Account No. | | | Trade debt | | | | |
| Air Ride, Inc. 11900 Sager Road, US Hwy. 20A Swanton, OH 43558 | | - | | | | | 450.00 |
| Account No. | | | Trade debt | | | | |
| Air Ship Transportation Corp. P.O. Box 1462 Elk Grove Village, IL 60009 | | - | | | | | 225.00 |

Sheet no. __3__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,725.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    Case No. _____
                                                          ,
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Airco Int'l., Inc.<br>P.O. Box 165<br>Itasca, IL 60143 | - | | | | | | 500.00 |
| Account No. | | | Trade debt | | | | |
| Albert Farms, Inc.<br>696 Main Street<br>Madawaska, ME 04756 | - | | | | | | 1,700.00 |
| Account No. | | | Trade debt | | | | |
| Alfa Lines Linc.<br>P.O. Box 66421<br>Chicago, IL 60666 | - | | | | | | 325.00 |
| Account No. | | | Trade debt | | | | |
| Alfonso Pacheco<br>Dba Pacheco Transport<br>12044 Castle Keep<br>El Paso, TX 79936 | - | | | | | | 550.00 |
| Account No. | | | Trade debt | | | | |
| Alliance Transportation Group<br>C/O Comdata Network<br>P.O. Box 41500<br>Nashville, TN 37241 | - | | | | | | 1,250.00 |

Sheet no. __4__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,325.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **DIRECT EXPRESS, INC.** , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Trade debt | | | | |
| Allon Delivery, LLC P.O. Box 532 Brownsville, TN 38012 | | | | | | | | 1,950.00 |
| Account No. **AL6759** | | - | | Trade debt | | | | |
| ALM CARRIERS, INC. P.O. BOX 197 HICKMAN, KY 42050 | | | | | | | | 525.00 |
| Account No. | | - | | Trade debt | | | | |
| Alpha & Omega Transportation P.O. Box 1877 Fairview, NC 28730 | | | | | | | | 850.00 |
| Account No. | | - | | Trade debt | | | | |
| Alsum Transportation, Inc. P.O. Box 188 Friesland, WI 53935 | | | | | | | | 450.00 |
| Account No. **x0351** | | - | | 12/20/04 Trade debt | | | | |
| ALTENDORF EXPRESS INC. P.O. BOX 319 MINTO, ND 58261-0319 | | | | | | | | 700.00 |

Sheet no. __5__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 4,475.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x9188**<br><br>**AMA TRANS INC**<br>**71 VULCAN ST**<br>**TORONTO, ON  M9W-1L4** | - | | | | **1/5/05**<br>**Trade debt** | | | | 500.00 |
| Account No.<br><br>**AMA TRANSPORTATION CO., INC.**<br>**P.O. BOX 939**<br>**NUTTING LAKE, MA 01865-0939** | - | | | | **12/17/04 1/3/05 1/10/05**<br>**Trade debt** | | | | 905.00 |
| Account No.<br><br>**America's Bestway**<br>**dba Addis P. Elmore**<br>**P.O. Box 118406**<br>**Carrollton, TX 75011** | - | | | | **Trade debt** | | | | 1,150.00 |
| Account No.<br><br>**American Freight Factors**<br>**C/o Fine Transport, Inc.**<br>**14 Grant Ave**<br>**Cateret, NJ 07008** | - | | | | **Trade debt** | | | | 1,675.00 |
| Account No. **xxx8015**<br><br>**AMERICAN FREIGHT LINES LLC**<br>**% SYSTRAN FINANCIAL SERVICES**<br>**P.O. BOX 640296**<br>**PITTSBURGH, PA 15264-0296** | - | | | | **1/5/05**<br>**Trade debt** | | | | 4,975.00 |

Sheet no. __6__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        9,205.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                              , Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amerisource Funding**<br>**C/o B&T Mail Service, Inc.**<br>**19625 W. Lincoln Ave.**<br>**New Berlin, WI 53146** | | - | Trade debt | | | | 250.00 |
| Account No.<br><br>**Amware Express, LLC**<br>**19801 Holland Road, Ste. A**<br>**Brook Park, OH 44142** | | - | Trade debt | | | | 1,150.00 |
| Account No.<br><br>**AN Weber, Inc.**<br>**P.O. Box 95**<br>**Chebanse, IL 60922** | | - | Trade debt | | | | 350.00 |
| Account No.<br><br>**Anaya's Pallets & Transport**<br>**5660 W. Jefferson**<br>**Detroit, MI 48209** | | - | Trade debt | | | | 700.00 |
| Account No.<br><br>**Anderson Transport, Inc.**<br>**P.O. Box 562614**<br>**Charlotte, NC 28256** | | - | Trade debt | | | | 950.00 |

Sheet no. __7__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,400.00**

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Apex Capital Corp. C/o Codysur Trucks, Inc. 2691 E 77 Sunshine Strip San Benito, TX 78586 | - | | | | | | 750.00 |
| Account No. | | | Trade debt | | | | |
| Apex Capital Corp. C/o Florida Carrier & Trucking, Inc. 9500 NW 36th Ave. Miami, FL 33147 | - | | | | | | 2,800.00 |
| Account No. | | | Trade debt | | | | |
| Apex Capital Corp. c/o Mezahi Enterprises, Inc. 6555 Pinehurst St. Dearborn, MI 48126 | - | | | | | | 550.00 |
| Account No. | | | Trade debt | | | | |
| Apex Capital Corp. c/o Sweet Express P.O. Box 120093 Grand Rapids, MI 49512 | - | | | | | | 300.00 |
| Account No. | | | Trade debt | | | | |
| Apex Capital Corp. c/o VGA Trans. Corp. 441 Dorothy Drive. Des Plaines, IL 60016 | - | | | | | | 950.00 |

Sheet no. __8__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,350.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re　**DIRECT EXPRESS, INC.**　　　　　　　　　　　　　　　　Case No. _____

_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Apollo Express, Inc.**<br>**13707 Green Ash Ct.**<br>**Earth City, MO 63045** | | - | | **Trade debt** | | | | 300.00 |
| Account No. **xx8 636**<br><br>**ART LOGISTICS INC.**<br>**746 INDUSTRIAL DR.**<br>**ELMHURST, IL 60126** | | - | | **1/7/05**<br>**Trade debt** | | | | 1,975.00 |
| Account No.<br><br>**Art Trucking**<br>**600 Villa Ave.**<br>**Villa Park, IL 60181** | | - | | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**Avery Trucking Co., Inc.**<br>**P.O. Box 690**<br>**Dahlonega, GA 30533** | | - | | **Trade debt** | | | | 350.00 |
| Account No. **xx6473**<br><br>**B A H EXPRESS INC.**<br>**BOX 16862**<br>**424 THURMAN ROAD**<br>**ATLANTA, GA 30321-0862** | | - | | **12/17/04**<br>**Trade debt** | | | | 400.00 |

Sheet no. __9__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**3,525.00**

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Ixx5740**<br><br>**B T X  INC**<br>**% TRANCENTRAL, INC.**<br>**4284 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | - | | | | **12/20/04**<br>**Trade debt** | | | | 450.00 |
| Account No.<br><br>**B T, Inc.**<br>**1443 Industrial Road SW**<br>**Le Mar, IA 51031** | - | | | | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**B&D Motors, Inc.**<br>**300 S. Park St.**<br>**Merrill, WI 54452** | - | | | | **Trade debt** | | | | 600.00 |
| Account No.<br><br>**B&J Transportation, Inc.**<br>**P.O Box 600**<br>**64 Main Street**<br>**Mars Hill, ME 04758** | - | | | | **Trade debt** | | | | 1,005.00 |
| Account No.<br><br>**B.F.L., Inc.**<br>**1883 S. State Hwy. 161**<br>**Rockport, IN 47635** | - | | | | **Trade debt** | | | | 550.00 |

Sheet no. __**10**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,105.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| B.L. Osborne Transport, Inc. P. O. Box 12 Mount Arlington, NJ 07856 | | - | | | | | 1,300.00 |
| Account No. | | | Trade debt | | | | |
| Baldwin Transfer Co., Inc. P.O. Box 2925 Mobile, AL 36652 | | - | | | | | 250.00 |
| Account No. | | | Trade debt | | | | |
| Baltic Express ltd. 16557 West Oneida Lockport, IL 60441 | | - | | | | | 625.00 |
| Account No. | | | Trade debt | | | | |
| Barlow Truck Lines, Inc. 1305 Grad DD SE Faucett, MO 64448 | | - | | | | | 1,075.00 |
| Account No. | | | Trade debt | | | | |
| Barnets, Inc. 1619 Barnets Mill Rd. Camden, OH 45311 | | - | | | | | 275.00 |

Sheet no. __11__ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,525.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bartels Truck Line<br>Box W<br>Winthrop, MN 55396** | - | | **Trade debt** | | | | 450.00 |
| Account No.<br><br>**Batcheler Midwest Trans, Inc.<br>810 Main St.<br>Center Point, IA 52213** | - | | **Trade debt** | | | | 600.00 |
| Account No. **7125**<br><br>**BAY TRUCK & EQUIPMENT SALES<br>340 JEFFERSON BLVD<br>WARWICK, RI 02888** | - | | **12/31/04<br>Trade debt** | | | | 1,500.00 |
| Account No.<br><br>**Baylor Trucking, Inc.<br>9269 E. State Rd. 48<br>Milan, IN 47031** | - | | **Trade debt** | | | | 575.00 |
| Account No.<br><br>**BCD Trucking, Inc.<br>5519 Emily Circle<br>Ellenwood, GA 30294** | - | | **Trade debt** | | | | 1,950.00 |

Sheet no.  __12__ of __129__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,075.00**

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                        , Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Bernard Pavelka Trucking, Inc.** **1215 East J Street** **Hastings, NE 68901** | - | | | | | | 6,300.00 |
| Account No. | | | Trade debt | | | | |
| **Bibby Financial Services** **C/o Eagle Transportation Service** **1362 Lincoln Ave.** **Holland, MI 49423** | - | | | | | | 300.00 |
| Account No. | | | Trade debt | | | | |
| **Big 3 ELC, LLC** **C/O Sevenoaks Capital** **P.O. Box 54755** **New Orleans, LA 70154** | - | | | | | | 1,000.00 |
| Account No. | | | Trade debt | | | | |
| **Bil-Mac Express, Inc.** **2424 East Oakton Ave.** **Arlington Heights, IL 60005** | - | | | | | | 562.50 |
| Account No. | | | Trade debt | | | | |
| **Billings Freight Systems** **P.O. Box 2000** **Lexington, NC 27293** | - | | | | | | 440.97 |

Sheet no. __13__ of __129__ sheets attached to Schedule of        Subtotal        8,603.47
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx1071**<br><br>**BLACK HORSE CARRIERS INC**<br>**150 VILLAGE CT**<br>**CAROL STREAM, IL 60188** | - | | | | **12/21/04**<br>**Trade debt** | | | | 375.00 |
| Account No.<br><br>**Blackhawk Transport, Inc.**<br>**P.O. Box 537**<br>**Beloit, WI 53512** | - | | | | **Trade debt** | | | | 800.00 |
| Account No.<br><br>**Blackjack Express**<br>**C/o Cargo Solution, Inc.**<br>**2059 Belgrave Ave.**<br>**Huntington Park, CA 90255** | - | | | | **Trade debt** | | | | 650.00 |
| Account No.<br><br>**Blackstone Ent.**<br>**300 Silver Lane**<br>**Sunderland, MA 01375** | - | | | | **Trade debt** | | | | 1,650.00 |
| Account No.<br><br>**Blazer Transportation, Inc.**<br>**424 Hillside Court**<br>**Streamwood, IL 60107** | - | | | | **Trade debt** | | | | 600.00 |

Sheet no. __**14**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,075.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blue Chip Trucking Co., Inc.**<br>**P.O. Box 1235**<br>**Frankfort, IL 60423** | | - | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**Blue Leasing Corp., Inc.**<br>**C/O Systran**<br>**P.O. Box 640296**<br>**Pittsburgh, PA 15264** | | - | **Trade debt** | | | | 675.00 |
| Account No.<br><br>**Blue Mountain Express, Inc.**<br>**291 Bucheimer Road**<br>**Frederick, MD 21701** | | - | **Credit card purchases** | | | | 1,200.00 |
| Account No.<br><br>**Blue Thunder Truck Brokerage**<br>**P.O. Box 88259**<br>**Chicago, IL 60680** | | - | **Trade debt** | | | | 650.00 |
| Account No. **xxxxx  x5090**<br><br>**BLUME FARMS LAND & CATTLE INC**<br>**W1024 CENTER ROAD**<br>**DORCHESTER, WI 54425** | | - | **12/27/04  1/10/05**<br>**Trade debt** | | | | 850.00 |

Sheet no. __**15**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,875.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                                      , Case No. _____
                                               Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bonded Carriers<br>P. O. Box 788<br>Martinsburg, WV 25402 | - | | Trade debt | | | | 525.00 |
| Account No. **xx4457**<br><br>**BOST TRUCK SERVICE INC**<br>**1134 NORTH 11TH STREET**<br>**BOX 483**<br>**MURPHYSBORO, IL 62966** | - | | 12/21/04<br>Trade debt | | | | 2,000.00 |
| Account No.<br><br>**Boston Carriers, Inc.**<br>**6300 Kingery Hwy. #416-320**<br>**Willowbrook, IL 60527** | - | | Trade debt | | | | 4,300.00 |
| Account No. **x4766**<br><br>**BOWLING TRANSPORT INC**<br>**BOX 663**<br>**SEYMOUR, IN 47274** | - | | 12/17/04<br>Trade debt | | | | 900.00 |
| Account No.<br><br>Brankel Brothers Express<br>P.O. Box 568<br>Marion, IN 46952 | - | | Trade debt | | | | 450.00 |

Sheet no. __16__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,175.00**

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2017**<br><br>**BRASHER COPE TRANSPORTATION**<br>**% GREAT PLAINS TRANSPORTATION**<br>**NW 5073 PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-5073** | - | | **12/15/04**<br>**Trade debt** | | | | 500.00 |
| Account No.<br><br>**Brink Truck Lines**<br>**3899 58th St.**<br>**Holland, MI 49423** | - | | **Trade debt** | | | | 1,175.00 |
| Account No.<br><br>**Brothers Trucking Co., Inc.**<br>**40 Willow Springs Circle**<br>**York, PA 17402** | - | | **Trade debt** | | | | 1,250.00 |
| Account No. **3467**<br><br>**BRUCE SCHULTZ TRUCKING**<br>**206 WEST GREEN RIVER RD**<br>**P O BOX 311**<br>**OHIO, IL 61349** | - | | **12/21/04**<br>**Trade debt** | | | | 785.00 |
| Account No.<br><br>**Bryant Transportation Co., Inc.**<br>**C/O GE Co., Inc.**<br>**P.O. Box 9187**<br>**Minneapolis, MN 55480** | - | | **Trade debt** | | | | 300.00 |

Sheet no. __**17**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    4,010.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.**
_____,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>BSD Express, Inc.<br>P.O. Box 8062<br>Webster, NY 14580 | - | | Trade debt | | | | 2,000.00 |
| Account No.<br><br>BSV Transportation, Inc.<br>1431 Bruhy Road<br>Plymouth, WI 53073 | - | | Trade debt | | | | 700.00 |
| Account No. xxxxx xxxxxx xx3257<br><br>BTS LEASING INC<br>1600 GLENLAKE AVE<br>ITASCA, IL 60143 | | | 12/15/04 12/27/04 1/10/05<br>Trade debt | | | | 21,105.00 |
| Account No.<br><br>Buffalo Express Transportation<br>P.O. Box 281<br>Audubon, MN 56511 | - | | Trade debt | | | | 400.00 |
| Account No.<br><br>C & A Transportation, Inc.<br>P.O. Box 31394<br>Cleveland, OH 44131 | - | | Trade debt | | | | 600.00 |

Sheet no. __18__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,805.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>C&M Forwarding Co., Inc.<br>45 Jetview Drive<br>Rochester, NY 14624 | - | | Trade debt | | | | 1,150.00 |
| Account No.<br><br>C.U. Now Transportation, Inc.<br>1248 Edgewater Lane<br>Antioch, IL 60002 | - | | Trade debt | | | | 1,625.00 |
| Account No.<br><br>Caesar Transportation<br>650 Mill Circle, #101<br>Wheeling, IL 60090 | - | | Trade debt | | | | 700.00 |
| Account No.<br><br>Caine Transfer, Inc.<br>P.O. Box 376<br>Lowell, WI 53557 | - | | Trade debt | | | | 600.00 |
| Account No.<br><br>Calvin J. Brown<br>dba A&T Enterprises, LLC<br>P.O. Box 812<br>Simpsonville, SC 29681 | - | | Trade debt | | | | 350.00 |

Sheet no. __19__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 4,425.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Capital Partners Financial C/o Euroway, Inc. 800 W. 5th Ave. Naperville, IL 60563** | - | | | | | | 2,400.00 |
| Account No. | | | Trade debt | | | | |
| **Capital Partners Financial c/o G&S Express, Ltd. 5105 W Winona St. Chicago, IL 60630** | - | | | | | | 1,100.00 |
| Account No. | | | Trade debt | | | | |
| **Capital Partners Financial c/o JMB Trucking/Miroslav Jovic 3330 S. 84th St. Milwaukee, WI 53227** | - | | | | | | 1,600.00 |
| Account No. | | | Trade debt | | | | |
| **Capital Trucking Co. P.O. Box 2267 Clifton, NJ 07015** | - | | | | | | 550.00 |
| Account No. | | | Trade debt | | | | |
| **Cargo Group LLC P.O. Box 972536 El Paso, TX 79997** | - | | | | | | 1,700.00 |

Sheet no. __20__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,350.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carlson Trucking, LLC**<br>**2226 Sigourney Ave.**<br>**Rockwell City, IA 50579** | - | | **Trade debt** | | | | 425.00 |
| Account No.<br><br>**Carrier Finance**<br>**C/o BMB Trucking, Inc.**<br>**5448 Hoffner Ave. Ste. 408**<br>**Orlando, FL 32812** | - | | **Trade debt** | | | | 1,000.00 |
| Account No.<br><br>**Cayenne Express, Inc.**<br>**410 Transport Drive**<br>**Dupo, IL 62239** | - | | **Trade debt** | | | | 748.00 |
| Account No.<br><br>**CDC Trucking, Inc.**<br>**805 Mill Neck Rd.**<br>**Como, NC 27818** | - | | **Trade debt** | | | | 1,350.00 |
| Account No. **xx7686**<br><br>**CDN LOGISTICS, INC.**<br>**36647 TREASURY CENTER**<br>**CHICAGO, IL 60694-6600** | - | | **12/20/04**<br>**Trade debt** | | | | 825.00 |

Sheet no. __21__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **4,348.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                        Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| CDN Logistics, Inc. 317 West Lake Street Northlake, IL 60164 | | - | | | | | 2,575.00 |
| Account No. | | | 12/15/04 12/27/04 12/30/04 1/6/05 Trade debt | | | | |
| CENTRAL STATES TRUCKING CO 476 THOMAS DRIVE BENSENVILLE, IL 60106 | | - | | | | | 13,250.00 |
| Account No. | | | Trade debt | | | | |
| Central Trucking Inc. P.O. Box 691901 Cincinnati, OH 45269 | | - | | | | | 650.00 |
| Account No. | | | Trade debt | | | | |
| Century Furniture Industries P.O. Box 60589 Charlotte, NC 28260 | | - | | | | | 5,850.00 |
| Account No. | | | Trade debt | | | | |
| CFL Transport, Inc. C/O A.T.S., Inc. P.O. Box 1201 Center, ND 58530 | | - | | | | | 2,600.00 |

Sheet no. __22_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,925.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**               ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chi-Cargo, Inc.<br>2311 Touhy Ave.<br>Elk Grove Village, IL 60007 | | - | Trade debt | | | | 350.00 |
| Account No. xxxxxxxx xxxxxxxx xxxx6076<br><br>CIRCLE DELIVERY INC<br>125 CADEN DRIVE<br>NASHVILLE, TN 37224-0595 | | - | 12/27/04 12/30/04<br>Trade debt | | | | 5,005.53 |
| Account No.<br><br>CIT Group<br>c/o Glen Raven Transportation, Inc.<br>2564 Hwy 87 North<br>Elon College, NC 27244 | | - | Trade debt | | | | 1,200.00 |
| Account No.<br><br>Citicapital Commercial Corp.<br>c/o MLG Trucking, Inc.<br>291 Saturn Dr.<br>Memphis, TN 38109 | | - | Trade debt | | | | 800.00 |
| Account No.<br><br>CJM Financial<br>c/o Trak Trucking<br>414 W. Florence Rd.<br>Saint Joseph, MO 64504 | | - | Trade debt | | | | 1,600.00 |

Sheet no. __23__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,955.53

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clark Farms Trucking, Inc.**<br>**12940 Pittsburg Road**<br>**Marion, IL 62959** | - | | **Trade debt** | | | | 450.00 |
| Account No. **xxxxx xxxx xxxx 1344**<br><br>**CLEARSKIES INTERNATIONAL INC.**<br>**350 NORTON DRIVE**<br>**DALLAS, GA 30157** | - | | **12/20/04 12/27/04 1/7/05**<br>**Trade debt** | | | | 2,200.00 |
| Account No.<br><br>**CMC Trucking Ltd.**<br>**2705 W. Cage #19**<br>**Pharr, TX 78577** | - | | **Trade debt** | | | | 1,000.00 |
| Account No.<br><br>**Coker Grading & Hauling**<br>**dba J. Richard Coker**<br>**763 Ervin Coker Rd. NE**<br>**Rome, GA 30161** | - | | **Trade debt** | | | | 1,700.00 |
| Account No. **xx4944**<br><br>**COLONIAL FREIGHT WAREHOUSE**<br>**4560 N 2ND STREET**<br>**SAINT LOUIS, MO 63147** | - | | **12/16/04**<br>**Trade debt** | | | | 900.00 |

Sheet no. __24__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,250.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                          ,        Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Columbus Warehouse & Cartage, Inc. 4411 North Long Rd., P.O. Box 167 Columbus, IN 47202 | - | | | | | | 650.00 |
| Account No. | | | Trade debt | | | | |
| Comdata Corp. c/o Imperial Transport 6108 W Giddings St. Chicago, IL 60630 | - | | | | | | 1,100.00 |
| Account No. | | | Trade debt | | | | |
| Comdata Corp. c/o K&R Express Ltd. P.O. Box 1498 Waterloo, IA 50704 | - | | | | | | 200.00 |
| Account No. | | | Trade debt | | | | |
| Comdata Corp. c/o KNB Express Corp. 60 Jacobus Ave. South Kearny, NJ 07032 | - | | | | | | 425.00 |
| Account No. | | | Trade debt | | | | |
| Comdata Corp. c/o Manks Trucking 3100 Niles Rd. SE, Bldg. 3 Warren, OH 44484 | - | | | | | | 50.00 |

Sheet no. __**25**__ of _**129**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,425.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Comdata Corp.<br>c/o Ryan Logistics, Inc.<br>5930 Wilcox Place, Ste., C<br>Dublin, OH 43016 | - | | Trade debt | | | | 575.00 |
| Account No.<br><br>Comdata Corp.<br>C/O Watson & Lawrence Trucking<br>5440 Saint Charles Rd.<br>Berkeley, IL 60163 | - | | Trade debt | | | | 1,125.00 |
| Account No. 13060335<br><br>COMMERCE & INDUSTRY INSURANCE<br>c/o McMahon & Sigunick<br>216 W. jackson blvd.  #900<br>Chicago, IL 60606 | - | | insurance premiums owed | | | | 0.00 |
| Account No.<br><br>Commodity Logistics, Inc.<br>NW 5074 P.O. Box 1450<br>Minneapolis, MN 55485 | - | | Trade debt | | | | 550.00 |
| Account No.<br><br>COMPASS TRANSPORTATION GROUP<br>9001 WEST 79TH PLACE<br>JUSTICE, IL 60458 | - | | 12/6/04 12/8/04<br>Trade debt | | | | 23,012.00 |

Sheet no. __26__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **25,262.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____ ,   Case No. _____
                                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**COMPASS TRANSPORTATION GROUP**<br>**c/o Bishop Rossi & Scarlati**<br>**two tansam plaza**<br>**Oakbrook Terrace, IL 60181** | - | | services rendered | | | | 49,634.00 |
| Account No.<br><br>**Continental Carrier, Inc.**<br>**864 Main St.**<br>**Paterson, NJ 07503** | - | | Trade debt | | | | 925.00 |
| Account No.<br><br>**Contour Saws, Inc.**<br>**1217 Thacker Street**<br>**Des Plaines, IL 60016** | - | | Trade debt | | | | 400.00 |
| Account No.<br><br>**Cornerstone Carriers, Inc.**<br>**712 E 700 North**<br>**Buckley, IL 60918** | - | | Trade debt | | | | 500.00 |
| Account No.<br><br>**Corporate Billing**<br>**C/o Bales Enterprises**<br>**123 5th St.**<br>**West Point, IA 52656** | - | | Trade debt | | | | 50.00 |

Sheet no. __27__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       51,509.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Corporate Billing C/o Dixie Motor Cargo 101A Lower Doug Gap Rd. Dalton, GA 30721 | - | | | | | | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| Corporate Billing C/o Express Freight Systems, Inc. 329 Wauhatchie Pike Chattanooga, TN 37401 | - | | | | | | | 1,100.00 |
| Account No. | | | | Trade debt | | | | |
| Corporate Billing c/o TRA Transportation, Inc. P.O. Box 449 Pinckard, AL 36371 | - | | | | | | | 1,500.00 |
| Account No. | | | | Trade debt | | | | |
| Crestmark Financial Corp. c/o Rickare Transportation Service 5319 Bragg Ave. Cleveland, OH 44124 | - | | | | | | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| Crossroads Express, Inc. P. O. Box 68 Marshfield, WI 54449 | - | | | | | | | 1,100.00 |

Sheet no. __28__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,700.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,      Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| CRW Freight, Inc. 3716 S. Elyria Rd. Shreve, OH 44676 | | - | | | | | 550.00 |
| Account No. | | | Trade debt | | | | |
| CSM Trucking, dba Christopher Mobley 4274 W 22nd St. Cleveland, OH 44209 | | - | | | | | 500.00 |
| Account No. | | | Trade debt | | | | |
| CSX Intermodal, Inc. Bell South Tower 301 West Bay Street Jacksonville, FL 32202 | | - | | | | | 16,915.20 |
| Account No. | | | Trade debt | | | | |
| CTI Expeditors, Inc. P.O. Box 161 Folcroft, PA 19032 | | - | | | | | 325.00 |
| Account No. | | | Trade debt | | | | |
| Cullman Logistics, Inc. P.O. Box 1022 Cullman, AL 35056 | | - | | | | | 650.00 |

Sheet no. __29__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         18,940.20

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2141**<br><br>**CUSTOM FARM SERVICES**<br>**11315 WATKINS NEW CALIFORNIA**<br>**MARYSVILLE, OH 43040** | - | | 1/10/05<br>**Trade debt** | | | | 700.00 |
| Account No.<br><br>**CUSTOM FREIGHT SOLUTIONS**<br>**2055 KENNEDY RD**<br>**TORONTO,  ON   M1T-3G3** | - | | 12/13/04 12/27/04 1/12/05<br>**Trade debt** | | | | 5,100.00 |
| Account No.<br><br>**Cycle Logistics, Inc.**<br>**301 North 3rd Ave.**<br>**Des Plaines, IL 60016** | - | | **Trade debt** | | | | 650.00 |
| Account No. **2897**<br><br>**D & N TRUCKING INC.**<br>**1502 S 12th ST**<br>**PRINCETON, MN 55371** | - | | 12/15/04<br>**Trade debt** | | | | 500.00 |
| Account No.<br><br>**D M T, Inc.**<br>**P. O. Box 95, Station P**<br>**Toronto, ON, Canada M5S 2S6** | - | | **Trade debt** | | | | 325.00 |

Sheet no. __**30**_ of _**129**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,275.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                     ,          Case No. _____

                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Trade debt | | | | |
| D&A Truck Line, Inc. P.O. Box 564 New Ulm, MN 56073 | | | | | | | | 525.00 |
| Account No. | | - | | Trade debt | | | | |
| D&D Express dba Dusty's Trucks, Inc. P.O. Box 249 Tutwiler, MS 38963 | | | | | | | | 700.00 |
| Account No. | | - | | Trade debt | | | | |
| D&T Trucking dba Terry Rucker 11800 E. 77th Terrace Raytown, MO 64138 | | | | | | | | 650.00 |
| Account No. | | - | | Trade debt | | | | |
| D&Z Express, Inc. C/O Bay View Funding P.O. Box 881774 San Francisco, CA 94188 | | | | | | | | 1,500.00 |
| Account No. | | - | | Trade debt | | | | |
| D-B Cartage, Inc. P.O. Box 427 Bedford Park, IL 60499 | | | | | | | | 350.00 |

Sheet no. __31__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,725.00

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                      ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**D.R.O.M. Trucking, Inc.**<br>**C/O Capital Partners Financial**<br>**P.O. Box 2642**<br>**Carlsbad, CA 62018** | - | | Trade debt | | | | 2,225.00 |
| Account No.<br><br>**D.S. Freight Co.**<br>**12042 Juniper Lane**<br>**Homer Glen, IL 60491** | - | | Trade debt | | | | 1,400.00 |
| Account No. **xxxxxx xx8964**<br><br>**DA RAN INC**<br>**BOX 134**<br>**25874 HWY 169**<br>**ZIMMERMAN, MN 55398-0134** | - | | 12/27/04 12/30/04<br>Trade debt | | | | 1,250.00 |
| Account No. **SR-87A**<br><br>**DAE TRANSPORT SERVICES INC**<br>**BOX 308**<br>**EAGLE, WI 53119** | - | | 12/17/04<br>Trade debt | | | | 1,660.00 |
| Account No.<br><br>**Daggett Truck Line, Inc.**<br>**P.O. Box 158**<br>**Frazee, MN 56544** | - | | Trade debt | | | | 450.00 |

Sheet no. __32_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,985.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    Case No. _____
                                                     ,
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DAK Transport, Inc.<br>16854 Laramie Avenue,<br>Oak Forest, IL 60452 | - | | Trade debt | | | | 2,700.00 |
| Account No. **xxxxx75-02**<br><br>**DALLAS & MAVIS SPECIALIZED CARRIER**<br>**DEPT 77-4939**<br>**CHICAGO, IL 60678-4939** | - | | 12/22/04<br>Trade debt | | | | 950.00 |
| Account No.<br><br>Damiron Transportation Services, Inc.<br>P.O. Box 707<br>Fremont, IN 46737 | - | | Trade debt | | | | 275.00 |
| Account No.<br><br>Dan Sullivan Trucking, Inc.<br>P.O. Box 878<br>Munfordville, KY 42765 | - | | Trade debt | | | | 450.00 |
| Account No.<br><br>Daniel Mask<br>Dba Cheetah Express<br>140 White Spring Road<br>Warrior, AL 35180 | - | | Trade debt | | | | 300.00 |

Husband, Wife, Joint, or Community

Sheet no. __**33**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,675.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Dark Horse Transport 302 W. South St. Exira, IA 50076 | | - | | | | | 450.00 |
| Account No. | | | Trade debt | | | | |
| Dawes Transport, Inc. 38381 Eagle Way Chicago, IL 60678 | | - | | | | | 200.00 |
| Account No. | | | Trade debt | | | | |
| Dawn Trucking Co., Inc. 2975 Symmes Road. Fairfield, OH 45014 | | - | | | | | 900.00 |
| Account No. | | | Trade debt | | | | |
| Daybreak Fast Freight, Inc. 500 Avenue P Newark, NJ 07105 | | - | | | | | 900.00 |
| Account No. | | | Trade debt | | | | |
| Dayspring LLC 2364 Suffolk Street Charleston, SC 59405 | | - | | | | | 500.00 |

Sheet no. __34__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,950.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DCD Transportation, Inc.<br>4641 McIlroy<br>Saint Louis, MO 63128 | | - | Trade debt | | | | 1,300.00 |
| Account No.<br><br>Dedicated Fatime Express LLC<br>155 East Vine St.<br>Hatfield, PA 19440 | | - | Trade debt | | | | 550.00 |
| Account No.<br><br>Delgado Trucking, Inc.<br>2153 N. Keystone Ave.<br>Chicago, IL 60639 | | - | Trade debt | | | | 375.00 |
| Account No. **001**<br><br>DGO TRUCKING, INC.<br>2423 S. CENTRAL PARK<br>CHICAGO, IL 60623 | | - | 1/7/05<br>Trade debt | | | | 350.00 |
| Account No.<br><br>Diesel Express, Inc.<br>204 Crum St., Box 97<br>Hickory Flat, MS 38633 | | - | Trade debt | | | | 850.00 |

Sheet no. __35_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,425.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.**                                              ,       Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2377**<br><br>**DINGLEDINE TRUCKING CO INC.**<br>**1000 PHOENIX DRIVE WEST**<br>**URBANA, OH 43078** | - | | 12/13/04<br>**Trade debt** | | | | 575.00 |
| Account No.<br><br>**Direct Connection Transport Co.**<br>**25 Lister Ave.**<br>**Newark, NJ 07105** | - | | **Trade debt** | | | | 450.00 |
| Account No.<br><br>**Direct Lines, Inc.**<br>**Box 763**<br>**Effingham, IL 62401** | - | | **Trade debt** | | | | 350.00 |
| Account No. **LOAN REPAY**<br><br>**DIRECT WAREHOUSING**<br>**1600 GLENLAKE AVENUE**<br>**ITASCA, IL 60143** | - | | 6/15/04<br>**Trade debt** | | | | 4,000.00 |
| Account No.<br><br>**Diss Trucking, Inc.**<br>**P.O. Box 33**<br>**Kinmundy, IL 62854** | - | | **Trade debt** | | | | 700.00 |

Sheet no. __36__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,075.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **DIRECT EXPRESS, INC.** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dist-Trans Co.**<br>**1580 Williams Rd.**<br>**Columbus, OH 43207** | | - | | Trade debt | | | | 3,105.00 |
| Account No. **6556**<br><br>**DONALD HOLLAND TRUCKING INC.**<br>**3577 WIRTZ LANE**<br>**Box 637**<br>**KEOKUK, IA 52632** | | - | | 1/10/05<br>Trade debt | | | | 740.00 |
| Account No.<br><br>**Donald Semrow**<br>**Dba Semrow & Sons Trucking**<br>**W 11754 State Hwy 21**<br>**Coloma, WI 54930** | | - | | Trade debt | | | | 300.00 |
| Account No. **xxxxxx75-00**<br><br>**DOUBLE D EXPRESS INC**<br>**2930 MAY ROAD   BOX 606**<br>**PERU, IL 61354-0606** | | - | | 12/27/04<br>Trade debt | | | | 988.62 |
| Account No.<br><br>**Double K Transportation, Inc.**<br>**56 3rd ST., SE**<br>**Hickory, NC 28603** | | - | | Trade debt | | | | 950.00 |

Sheet no. __37__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,083.62

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **DIRECT EXPRESS, INC.** , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Doug Andrus Dist., Inc.** <br> **1820 West Broadway** <br> **Idaho Falls, ID 83402** | - | | **Trade debt** | | | | 900.00 |
| Account No. <br><br> **Dragon Transport, Inc.** <br> **P.O. Box 72174** <br> **Roselle, IL 60172** | - | | **Trade debt** | | | | 1,475.00 |
| Account No. <br><br> **Drees Transportation, Inc.** <br> **P.O. Box 154** <br> **Peshtigo, WI 54157** | - | | **Trade debt** | | | | 700.00 |
| Account No. <br><br> **DSA Finance** <br> **c/o Son Light Trucking, Inc.** <br> **P.O. Box 971276** <br> **El Paso, TX 79997** | - | | **Trade debt** | | | | 2,000.00 |
| Account No. <br><br> **DSN Express, Inc.** <br> **89-02-217th St.** <br> **Queens Village, NY 11427** | - | | **Trade debt** | | | | 1,450.00 |

Sheet no. __38__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **6,525.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                                    , Case No. _____
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Trade debt | | | | |
| DTA Transport & Logistics 4311 Pan America Blvd. Laredo, TX 78045 | | | | | | | | | 2,100.00 |
| Account No. | | | - | | Trade debt | | | | |
| Dunham Brothers Leasing 11513 205TH St. West Lakeville, MN 55044 | | | | | | | | | 400.00 |
| Account No. **2005** | | | - | | 12/15/04 Trade debt | | | | |
| DWAYNE BENNER dba BENNER TRUCKING P O BOX 227 PORTLAND, NY 14769 | | | | | | | | | 1,000.00 |
| Account No. | | | - | | Trade debt | | | | |
| Dynamic Logistics, LLC 18652 Mines Rd. Laredo, TX 78045 | | | | | | | | | 1,800.00 |
| Account No. **xx8080** | | | - | | 12/27/04 Trade debt | | | | |
| E.C.D. SERVICES, INC. P.O. BOX 3157 SHIREMANSTOWN, PA 17011 | | | | | | | | | 500.00 |

Sheet no. __**39**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,800.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                        ,        Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Eagle Capital Corp. <br>c/o Garnet Road Express, Inc. <br>9029 West 111th St. #3 <br>Palos Hills, IL 60465 | - | | Trade debt | | | | 325.00 |
| Account No. <br><br>Eagle First Lines <br>3030 West 139th St. <br>Blue Island, IL 60406 | - | | Trade debt | | | | 300.00 |
| Account No. **xxxx-x6022** <br><br>EAGLE FREIGHT <br>DIV OF LOG TRANSPORTATION <br>P. O. BOX 81102 <br>CLEVELAND, OH 44181 | | | 12/15/04 <br>Trade debt | | | | 1,100.00 |
| Account No. <br><br>Eastside Express <br>231 Johnson Ave. <br>Newark, NJ 07100 | - | | Trade debt | | | | 100.00 |
| Account No. <br><br>ECH Transport, LLC <br>C/O Comdata Network, MSC-410115 <br>P.O. Box 415000 <br>Nashville, TN 37241 | - | | Trade debt | | | | 700.00 |

Sheet no. __40__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,525.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Echo Brook Freight, Inc.** <br>**2326 65th Ave.** <br>**Colfax, WI 54730** | - | | **Trade debt** | | | | 525.00 |
| Account No. **x9329** <br><br>**ED BURNS & SONS TRUCKING INC.** <br>**3060 WEST STREET ROAD 16** <br>**DENVER, IN 46926** | - | | **1/10/05** <br>**Trade debt** | | | | 550.00 |
| Account No. <br><br>**El-Maizal Tortilleria, Inc.** <br>**1700 Lynch Rd.** <br>**Evansville, IN 47711** | - | | **Trade debt** | | | | 2,100.00 |
| Account No. **x0433A** <br><br>**ELDERLITE EXPRESS INC.** <br>**P.O. BOX 633816** <br>**CINCINNATI, OH 45263-3816** | - | | **12/22/04** <br>**Trade debt** | | | | 250.00 |
| Account No. **xxx1807** <br><br>**ELLIOTT BROS TRUCK LINE INC.** <br>**BOX 310** <br>**801 HIGHWAY 21** <br>**DYSART, IA 52224** | - | | **12/29/04** <br>**Trade debt** | | | | 850.00 |

Sheet no. __41__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,275.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **DIRECT EXPRESS, INC.**                                                    , Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **EMC Trucking, Inc.** <br> **5404 Highway 45 South** <br> **Selmer, TN 38375** | - | | **Trade debt** | | | | 825.00 |
| Account No. <br><br> **Empire Line Transportation** <br> **4 Rimwood Dr.** <br> **Howell, NJ 07731** | - | | **Trade debt** | | | | 1,300.00 |
| Account No. **137** <br><br> **ENMOTION EXPRESS, LLC.** <br> **% J D FACTORS, LLC.** <br> **P.O. BOX 1519** <br> **WHEATON, IL 60189** | - | | **12/27/04** <br> **Trade debt** | | | | 850.00 |
| Account No. **BRx5585A** <br><br> **EQUITY TRANSPORTATION COMPANY** <br> **P.O. BOX 72550** <br> **CLEVELAND, OH 44192** | - | | **1/3/05** <br> **Trade debt** | | | | 400.00 |
| Account No. <br><br> **Europe Truck Lines, Inc.** <br> **4404 West Berteau Ave.** <br> **Harwood Heights, IL 60656** | - | | **Trade debt** | | | | 750.00 |

Sheet no. __42__ of __129__ sheets attached to Schedule of                                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)     |  4,125.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **EVERYPOINT LOGISTICS SOLUTIONS** <br> **9 de L`AVIATION** <br> **POINTE CLAIRE,  PQ Canada** <br> **H9R 4Z2** | - | | | Trade debt | | | | 2,275.00 |
| Account No. **1413** <br><br> **EXCALIBUR REFRESHMENT CONCEPTS** <br> **8164 S MADISON ST.** <br> **BURR RIDGE, IL 60527** | - | | | 12/21/04 <br> Trade debt | | | | 53.59 |
| Account No. <br><br> **Excel Carriers, Inc.** <br> **P.O. Box 1370** <br> **Springfield, MO 06580-1235** | - | | | Trade debt | | | | 450.00 |
| Account No. <br><br> **Exclusive Services, Inc.** <br> **865 Nicholas Blvd.** <br> **Elk Grove Village, IL 60007** | - | | | Trade debt | | | | 280.00 |
| Account No. <br><br> **Exel North American Road Transport** <br> **P.O. Box 3342** <br> **Grapevine, TX 76099** | - | | | Trade debt | | | | 3,300.00 |

Sheet no. __43__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,358.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.**                                              , Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                                            | | | Trade debt | | | | |
| Expi-Trans 7529 Croton Road Johnstown, OH 43031 | | - | | | | | 463.00 |
| Account No.                                                            | | | Trade debt | | | | |
| Explore Trasnsport, Inc. 695 S. Archer Ave., #2GH Willow Springs, IL 60480 | | - | | | | | 450.00 |
| Account No.                                                            | | | Trade debt | | | | |
| Expo Trans Ltd. 8171 Yonge St., 237 Thornhill, ONTAR 2C6 | | - | | | | | 450.00 |
| Account No.                                                            | | | 12/13/04 12/20/04 1/10/05 Trade debt | | | | |
| EXPRESS 2000 INC. 164 NORTHWEST INDUSTRIAL COURT BRIDGETON, MO 63044 | | - | | | | | 2,653.00 |
| Account No.                                                            | | | Trade debt | | | | |
| Express One, Inc. P.O. Box 210 Buchanan, MI 49107 | | - | | | | | 950.00 |

Sheet no. __44__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,966.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**F.A.T. Delivery Service**<br>**197 Dorsa Ave.**<br>**Wayne, NJ 07420** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**FAB Express, Inc.**<br>**P.O. Box 706**<br>**Downers Grove, IL 60515** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**Fairfield Chair Co.**<br>**P.O. Box 1710**<br>**Lenoir, NC 28645** | - | | **Trade debt** | | | | 1,000.00 |
| Account No.<br><br>**Far Side Trucking, Inc.**<br>**P.O. Box 580581**<br>**Pleasant Prairie, WI 53158** | - | | **Credit card purchases** | | | | 900.00 |
| Account No.<br><br>**Fast Runner, Inc.**<br>**C/O TranCentral, Inc.**<br>**4284 Paysphere Circle**<br>**Chicago, IL 60674** | - | | **Trade debt** | | | | 850.00 |

Sheet no. __45__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,350.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Fastway Service, Inc.** **P.O. Box 1133** **Elyria, OH 44036** | | - | | | | | 850.00 |
| Account No. | | | Trade debt | | | | |
| **Fepco Container Inc.** **3458 Moreland Ave. SE** **Conley, GA 30288** | | - | | | | | 950.00 |
| Account No. | | | Trade debt | | | | |
| **Fernando Rodriques** **dba Time X Express** **5 Slater Drive** **Elizabeth, NJ 07206** | | - | | | | | 325.00 |
| Account No. | | | Trade debt | | | | |
| **Ferry Transportation, Inc.** **P.O. Box 61051** **New Orleans, LA 70151** | | - | | | | | 1,000.00 |
| Account No. | | | Trade debt | | | | |
| **FFE Trans. Service, Inc.** **P.O. Box 671252** **Dallas, TX 75267** | | - | | | | | 2,550.00 |

Sheet no. __46__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,675.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                              ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **FIRST & MAIN INC. 250 CORTLAND AVENUE LOMBARD, IL 60148** | - | | | | **6/15/00 Trade debt** | | | | **6,720.00** |
| Account No. **First Carrier Corp. P.O. Box 911 Circleville, OH 43113** | - | | | | **Trade debt** | | | | **525.00** |
| Account No. **Fischer Trucking, Inc. 609 Airport Rd., Box 210014 Fort Wayne, IN 46850** | - | | | | **Trade debt** | | | | **725.00** |
| Account No. **FMC Transportation LLC #2 Railroad Square Great Falls, MT 59401** | - | | | | **Trade debt** | | | | **1,850.00** |
| Account No. **Foresure Transport, Inc. 1700 Scott Ave. Des Moines, IA 50317** | - | | | | **Trade debt** | | | | **2,900.00** |

Sheet no. __47__ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **12,720.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| Four Star Transportation, Inc. P.O. Box 6200-LB 10007 Indianapolis, IN 46206 | | | | | | | | 450.00 |
| Account No. **7187** | | - | | 12/16/04 Trade debt | | | | |
| FOX VALLEY EXPRESS PO BOX 2503 OSHKOSH, WI 54903-2503 | | | | | | | | 300.00 |
| Account No. | | - | | Trade debt | | | | |
| Frankie J. Cyr DBA Cyr Truck Line P.O. Box 208 Oklee, MN 56547 | | | | | | | | 300.00 |
| Account No. | | - | | Trade debt | | | | |
| Freedom Express, Inc. P.O. Box 211127 Eagan, MN 55121 | | | | | | | | 500.00 |
| Account No. | | - | | Trade debt | | | | |
| Freight Exchange of North America 400 N. Noble Suite 210 Chicago, IL 60622 | | | | | | | | 1,750.00 |

Sheet no. __48__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,300.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**    ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Freight Star Landlines, Inc.<br>106 Touhy Ct.<br>Des Plaines, IL 60018 | - | | Trade debt | | | | 700.00 |
| Account No. **x0099**<br><br>FRENCH TRUCKING, INC.<br>% TRANSPORTATION ALLIANCE BANK<br>P. O. BOX 150290<br>OGDEN, UT 84415-9902 | - | | 12/20/04<br>Trade debt | | | | 675.00 |
| Account No. **xxx2022**<br><br>FRONTLINE FREIGHT SYSTEMS<br>23 NELTNER DR.<br>SAINT ANDREWS, MB   Canada R1A 3A4 | - | | 12/27/04<br>Trade debt | | | | 500.00 |
| Account No. **xxx5294**<br><br>FST LOGISTICS<br>P.O. BOX 1300<br>HILLIARD, OH 43026-9998 | - | | 12/29/04<br>Trade debt | | | | 900.00 |
| Account No.<br><br>G&C Trucking Co.<br>dba George E. Chapdelaine<br>1952 Charlotte Hwy.<br>Mooresville, NC 28115 | - | | Trade debt | | | | 2,000.00 |

Sheet no. __49__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,775.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,     Case No. _____

                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Galasso Trucking, Inc. 2 Galasso Place Maspeth, NY 11378 | - | | Trade debt | | | | 1,650.00 |
| Account No.  Gary Anderson Trucking, Inc. P.O. Box 429 Monroe, WI 53566 | - | | Trade debt | | | | 450.00 |
| Account No.  Gateway Logistics, Inc. 3400 Morgan Ford, #14 St. Louis, MO 63116 | - | | Trade debt | | | | 874.50 |
| Account No.  GEI-Corp Trucking 5280 W   700 N Markle, IN 46770 | - | | Trade debt | | | | 850.00 |
| Account No.  Geobah Delivery Service, Inc. 153 Edward Dr. Swedesboro, NJ 08085 | - | | Trade debt | | | | 1,610.00 |

Sheet no. __50__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal
                                                            (Total of this page)          **5,434.50**

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                              ,    Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J | C | | | | | |
| Account No.<br><br>**George J. Castle, Inc.**<br>**10810 Versailes Plank Rd.**<br>**North Collins, NY 14111** | - | | | **Trade debt** | | | | 900.00 |
| Account No. **x9012**<br><br>**GEORGE TRANSIT LINE INC.**<br>**250 PRAIRIE DRIVE**<br>**BONDURANT, IA 50035** | - | | | **12/27/04**<br>**Trade debt** | | | | 950.00 |
| Account No.<br><br>**Gerald E Newlin Trucking, Inc.**<br>**16796 E. 1750th Ave.**<br>**Yale, IL 62481** | - | | | **Trade debt** | | | | 450.00 |
| Account No.<br><br>**Global Express Logistics, Inc.**<br>**14101 Rosecrans Ave., Unit I**<br>**La Mirada, CA 90638** | - | | | **Trade debt** | | | | 3,000.00 |
| Account No. **xxx0312**<br><br>**GM LOGISTICS, LC d/b/a**<br>**GM LOGISTICS TRUCKING**<br>**743 SPIRIT 40 PARK DR.**<br>**CHESTERFIELD, MO 63005-1129** | - | | | **12/27/04**<br>**Trade debt** | | | | 350.00 |

Sheet no. __51__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,650.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.**                                      ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Gogel Brothers Trucking, Inc. P.O. Box 182 Mariah Hill, IN 47556 | - | | | | | | 500.00 |
| Account No. | | | Trade debt | | | | |
| Goodin's, Inc. 887 N. Gardner St. Scottsburg, IN 47170 | - | | | | | | 450.00 |
| Account No. | | | Trade debt | | | | |
| Gotoh Distribution Service 703 Foster Ave. Bensenville, IL 60106 | - | | | | | | 1,050.00 |
| Account No. | | | Trade debt | | | | |
| GR Trucking, Inc. 11396 Stockyard Rd. El Paso, TX 79927 | - | | | | | | 2,000.00 |
| Account No. | | | Trade debt | | | | |
| Grace & Peace Enterprises 781 Superior Ave. Calumet City, IL 60409 | - | | | | | | 325.00 |

Sheet no. __52__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,325.00

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                                  ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Great Plains Trans.**<br>**c/o MTS of Wisconsin, Ltd.**<br>**P.O. Box 70**<br>**Wilson, WI 54027** | - | | Trade debt | | | | 1,675.00 |
| Account No.<br><br>**Great Plains Transportation**<br>**C/o Brakebush Transportation, Inc.**<br>**3899 58th St.**<br>**Holland, MI 49423** | - | | Trade debt | | | | 925.00 |
| Account No.<br><br>**Gregory Logistics, Inc.**<br>**C/O Transportation Alliance Bank**<br>**P.O. Box 150290**<br>**Ogden, UT 84415** | - | | Trade debt | | | | 1,600.00 |
| Account No.<br><br>**Ground Air Logistics**<br>**5151 South Lawndale**<br>**Summit, IL 60501** | - | | Trade debt | | | | 400.00 |
| Account No.<br><br>**GT Motor Express**<br>**P.O. Box 568**<br>**Glenview, IL 60025** | - | | Trade debt | | | | 1,075.00 |

Sheet no. __53__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,675.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                      ,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gundrum Trucking, Inc.**<br>**4925 Arthur Rd., P.O. Box 693**<br>**Slinger, WI 53086** | - | | **Trade debt** | | | | 700.00 |
| Account No.<br><br>**H&J Transportation Services, Inc.**<br>**3900 Jackson St. NE, Ste. 125**<br>**Minneapolis, MN 55421** | - | | **Trade debt** | | | | 1,200.00 |
| Account No.<br><br>**H&W Contract Carriers, Inc.**<br>**2915 National Rd.**<br>**Hebron, OH 43025** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**H.T.C., Inc.**<br>**3708 Sikes Mill Road**<br>**Monroe, NC 28110** | - | | **Trade debt** | | | | 1,100.00 |
| Account No. **xx5736**<br><br>**HAAS CARRIAGE INC.**<br>**625 W. UTICA ST.**<br>**SELLERSBURG, IN 47172** | - | | **12/17/04**<br>**Trade debt** | | | | 550.00 |

Sheet no. __54__ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,850.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** ,                              Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Hall Farms Trucking, Inc. 432 North 800th St. Dundas, IL 62425 | | - | | | | | 1,250.00 |
| Account No. | | | Trade debt | | | | |
| Hansen's Flowers Limited 157 Seacliff Drive West Lemington, ON Canada N8H 3Y3 | | - | | | | | 500.00 |
| Account No. | | | Trade debt | | | | |
| Hardinger Transfer 1314 W. 18th St. Erie, PA 16500 | | - | | | | | 650.00 |
| Account No. | | | Trade debt | | | | |
| Harold Orr Trucking, Inc. P.O. Box 496 Bristol, SD 57219 | | - | | | | | 2,460.00 |
| Account No. **2373** | | | 12/20/04 Trade debt | | | | |
| HAROLD PURKEY & JIM PAYNE dba P & P ENTERPRISES P O BOX 607 TELLICO PLAINS, TN 37385 | | - | | | | | 500.00 |

Sheet no.  __55__  of  _129_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **5,360.00**

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                  ,     Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x7045**<br><br>**HATCHET & TOMAHAWK TRUCKING**<br>**PO BOX 71**<br>**BESSEMER, MI 49911-0071** | - | | **12/29/04**<br>**Trade debt** | | | | 600.00 |
| Account No.<br><br>**Hawk Transportation, Inc.**<br>**C/O Riviera Finance**<br>**P.O. Box 100272**<br>**Pasadena, CA 91189** | - | | **Trade debt** | | | | 2,100.00 |
| Account No.<br><br>**Hawkeye Woodsshavings, Inc.**<br>**5511 E. University Ave,**<br>**Des Moines, IA 50327** | - | | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**Hay Creek Express, Inc.**<br>**11114 Hay Creek Road**<br>**Pittsville, WI 54466** | - | | **Trade debt** | | | | 1,000.00 |
| Account No. **x4994**<br><br>**HEIGHT'S SERVICE INCORPORATED**<br>**12601 HUDSON ROAD SOUTH**<br>**AFTON, MN 55001-9319** | - | | **12/29/04**<br>**Trade debt** | | | | 525.00 |

Sheet no. __56__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal     |    4,725.00
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                          Case No. _____
                                    ,
                               Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Hesco Petroleum Equip., Inc. P.O. Box 128 Payson, IL 62360 | - | | | | | | 575.00 |
| Account No. | | | Trade debt | | | | |
| Hickory Hill Furniture, Inc. P. O. Box 489 Fulton, MS 38843 | - | | | | | | 475.00 |
| Account No. | | | Trade debt | | | | |
| Hiner Transport C/O Transportation Alliance Bank P.O. Box 150290 Ogden, UT 84415 | - | | | | | | 1,325.00 |
| Account No. | | | Trade debt | | | | |
| HLH Express, Inc. C/O Metro Financial Services P.O. Box 970817 Dallas, TX 75397 | - | | | | | | 600.00 |
| Account No. | | | Trade debt | | | | |
| HMD Trucking, Inc. 11301 Irving Park Road Franklin Park, IL 60131 | - | | | | | | 1,300.00 |

Sheet no. __**57**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,275.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hoffman Transit Co., Inc.<br>P.O. Box 87<br>Gresham, WI 54128 | - | | | Trade debt | | | | 500.00 |
| Account No.<br><br>Hoosier Trade Winds, Inc.<br>1980 East 116th St., Ste. 330<br>Carmel, IN 40632 | - | | | Trade debt | | | | 750.00 |
| Account No.<br><br>Houg Special Services, LLC<br>P.O. Box 17271<br>Denver, CO 80217 | - | | | Trade debt | | | | 4,650.00 |
| Account No. **x7776**<br><br>HUEBNER & SON TRUCKING INC.<br>BOX 486<br>BOONVILLE, IN 47601 | - | | | 1/6/05<br>Trade debt | | | | 850.00 |
| Account No.<br><br>Hunter Intermodal Trans., Inc.<br>1020 Industrial Rd.<br>Halls, TN 38040 | - | | | Trade debt | | | | 1,500.00 |

Sheet no. __58__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,250.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____,     Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**HWR** | | - | **Trade debt** | | | | **1,300.00** |
| Account No. **xx1203**<br><br>**IGORS POKSANS**<br>**dba BALTIC LOGISTICS LLC**<br>**P O BOX 3526**<br>**EVERETT, WA 98200** | | - | **12/22/04**<br>**Trade debt** | | | | **1,450.00** |
| Account No.<br><br>**Industrial Transport, Inc.**<br>**851 Expressway Drive.**<br>**Itasca, IL 60143** | | - | **Trade debt** | | | | **250.00** |
| Account No. **x2389**<br><br>**INDUSTRIAL WAREHOUSE SVC INC.**<br>**P.O. BOX 2177**<br>**TUSCALOOSA, AL 35403** | | - | **12/17/04**<br>**Trade debt** | | | | **2,300.00** |
| Account No.<br><br>**INNOVATIVE LOGISTIC CONCEPTS**<br>**P.O. BOX 297**<br>**LIMA, OH 45802-0297** | | - | **12/16/04 1/12/05**<br>**Trade debt** | | | | **6,050.00** |

Sheet no. __**59**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,350.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Intercon Carriers<br>C/O GE Capital Corp<br>P.O. Box 9187<br>Minneapolis, MN 55480** | - | | **Trade debt** | | | | 1,300.00 |
| Account No.<br><br>**Intercontinental Transportation Systems<br>% Ace Logistics Inc.<br>1933 E. Kelly Lane<br>Cudahy, WI 53110** | - | | **Trade debt** | | | | 350.00 |
| Account No.<br><br>**Interstate Capital Corp.<br>c/o Trans America Carriers<br>3733 Shell, Ste. E<br>El Paso, TX 79821** | - | | **Credit card purchases** | | | | 600.00 |
| Account No. **x5660**<br><br>**INTERSTATE SHIPPERS SVCS<br>% RIDGE CARRIERS<br>BOX 16765<br>DENVER, CO 80216** | - | | 12/20/04<br>**Trade debt** | | | | 2,300.00 |
| Account No.<br><br>**Itawamba Investments, Inc.<br>C/o Fortitude Logistics<br>dba Petre Associates ILP<br>P.O. Box 205<br>Fulton, MS 38843** | - | | **Trade debt** | | | | 700.00 |

Sheet no. __**60**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,250.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                              ,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ivan Stutzman & Son Trucking**<br>**5377 C R 626, Box 187**<br>**Berlin, OH 44610** | - | | **Trade debt** | | | | 575.00 |
| Account No. **x1973-A**<br><br>**J & B EXPRESS INC.**<br>**56 WEST SIDE ROAD**<br>**LAWRENCEBURG, TN 38464** | - | | 12/20/04<br>**Trade debt** | | | | 3,400.00 |
| Account No. **1148**<br><br>**J & M TRANSFER INC.**<br>**4731 EAGLE AVENUE**<br>**IRETON, IA 51027** | - | | 12/22/04<br>**Trade debt** | | | | 300.00 |
| Account No. **x1216**<br><br>**J & R TRANSPORT INC.**<br>**BOX 195**<br>**DICKEYVILLE, WI 53808** | - | | 12/27/04<br>**Trade debt** | | | | 400.00 |
| Account No. **xxxxx x3354**<br><br>**J F MARTIN CARTAGE COMPANY**<br>**2641 GREENLEAF AVENUE**<br>**ELK GROVE VILLAGE, IL 60007** | - | | 12/22/04 1/5/05<br>**Trade debt** | | | | 1,410.00 |

Sheet no. __**61**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,085.00**

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J P Transportation Services, Inc.**<br>**2375 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | | - | Trade debt | | | | 800.00 |
| Account No.<br><br>**J&D Burgess, Inc.**<br>**P.O. Box 1002**<br>**Anniston, AL 36202** | | - | Trade debt | | | | 800.00 |
| Account No.<br><br>**J&J Transport LLC**<br>**P.O. Box 813**<br>**Boyne City, MI 49712** | | - | Trade debt | | | | 550.00 |
| Account No.<br><br>**J&M Fast Freight, LLC**<br>**P.O. Box 155**<br>**Attica, NY 14011** | | - | Trade debt | | | | 550.00 |
| Account No.<br><br>**J-Mac Industries, Inc.**<br>**P.O. Box 1041**<br>**West Plains, MO 65775** | | - | Trade debt | | | | 1,100.00 |

Sheet no. __62__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,800.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                          ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J. Anthony Express, Inc.**<br>**55 Industrial Way**<br>**Seekonk, MA 02771** | - | | **Trade debt** | | | | **325.00** |
| Account No.<br><br>**J.R. Transport, Inc.**<br>**7508 W. 58th St.**<br>**Summit, IL 60501** | - | | **Trade debt** | | | | **300.00** |
| Account No. **x5115**<br><br>**JAMES D SCHUMACHER d/b/a**<br>**J & T TRANSPORTATION**<br>**P O BOX 444**<br>**METAMORA, IL 61548-0444** | - | | **12/13/04**<br>**Trade debt** | | | | **600.00** |
| Account No.<br><br>**James E Morrow & Sons, Inc.**<br>**410 Monroe St.**<br>**Monroeville, OH 44847** | - | | **Trade debt** | | | | **550.00** |
| Account No.<br><br>**James E Owen Trucking Co., Inc.**<br>**1091 Blackwater Road**<br>**Forest, VA 24551** | - | | **Trade debt** | | | | **1,250.00** |

Sheet no. __**63**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **3,025.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                                                                                                         Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                      ,      Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Janco. Ltd. 34 Burgess Place Wayne, NJ 07470 | - | | | | | | 525.00 |
| Account No. | | | Trade debt | | | | |
| JB Trucking, Inc. P.O. Box 2118 Rolla, MO 65402 | - | | | | | | 675.00 |
| Account No. | | | Trade debt | | | | |
| JCJ Logistics, LLC 100 East 28th St. Chattanooga, TNB 37410-0000 | - | | | | | | 1,400.00 |
| Account No. | | | Trade debt | | | | |
| JCM Carting, Inc. 633 Greenbriar Drive Matthews, NC 28104 | - | | | | | | 1,125.00 |
| Account No. | | | Trade debt | | | | |
| JD Double M Trucking, Inc. 1125 Lew Ross Road Council Bluff, IA 51501 | - | | | | | | 1,500.00 |

Sheet no. __64__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,225.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade debt | | | | |
| JD Express Co. 6705 Woodridge Dr. Woodridge, IL 60517 | | | | | | | | 1,750.00 |
| Account No. | | | - | Trade debt | | | | |
| JD Logistics 2327 Judith Lane Waukesha, WI 53188 | | | | | | | | 575.00 |
| Account No. **2468** | | | | 1/3/05 Trade debt | | | | |
| JDC TRUCKING INC. 2760 OLD WIRE RD MERIDIAN, MS 39301 | | | | | | | | 850.00 |
| Account No. | | | - | Trade debt | | | | |
| Jeff Heeren Trucking, Inc. 609 Lake Summerset Road Davis, IL 61019 | | | | | | | | 900.00 |
| Account No. | | | - | Trade debt | | | | |
| JEM Transport, Inc. 400 S. Linwood Ave., Ste. 10 Appleton, WI 54915 | | | | | | | | 175.00 |

Sheet no. __65__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           4,250.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Jet B Transport**<br>**35 Jean Leman**<br>**Candiac, PQ Canada J5R 5X3** | | - | | | | | 1,000.00 |
| Account No. | | | Trade debt | | | | |
| **Jet Cartage, Inc.**<br>**P.O. Box 156**<br>**Brookfield, IL 60513** | | - | | | | | 700.00 |
| Account No. | | | Trade debt | | | | |
| **JH Transport, Inc.**<br>**1475 Territorial Rd.**<br>**Benton Harbor, MI 49022** | | - | | | | | 400.00 |
| Account No. | | | Trade debt | | | | |
| **Jim Brock Trucking, Inc.**<br>**660 4th St. SW**<br>**Huron, SD 57350** | | - | | | | | 675.00 |
| Account No. | | | Trade debt | | | | |
| **JJ&E Transportation Co.**<br>**4433 W. 147th St.**<br>**Midlothian, IL 60445** | | - | | | | | 500.00 |

Sheet no. __66__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,275.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                           ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John A Nelson**<br>**DBA Nelsons Trucking**<br>**1609 Vinewood Lane NE**<br>**Cedar Rapids, IA 52402** | | - | Trade debt | | | | 450.00 |
| Account No.<br><br>**Joseph Eletto Transfer, Inc.**<br>**445 Northern Blvd., Ste. 30**<br>**Great Neck, NY 11021** | | - | Trade debt | | | | 2,850.00 |
| Account No.<br><br>**Joshua & Brittany Transport**<br>**C/O Cyberfactor, LLC**<br>**P.O. Box 71638**<br>**Newnan, GA 30271** | | - | Trade debt | | | | 700.00 |
| Account No.<br><br>**JP Transportation Services, Inc.**<br>**2375 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | | - | Trade debt | | | | 1,450.00 |
| Account No.<br><br>**JT Express, Inc.**<br>**1200 North Main Street, Box 439**<br>**Monroe, OH 45050** | | - | Trade debt | | | | 475.00 |

Sheet no. __**67**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,925.00

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Julius Winter Trucking**<br>**23452 Why. D 15**<br>**Iowa Falls, IA 50126** | | - | | | | | 300.00 |
| Account No. | | | Trade debt | | | | |
| **Just in Time, LLC**<br>**P.O. Box 8091**<br>**Rockford, IL 61126** | | - | | | | | 200.00 |
| Account No. | | | Trade debt | | | | |
| **JW Transport, LLC**<br>**N9280 South Koro Road**<br>**Ripon, WI 54971** | | - | | | | | 430.00 |
| Account No. | | | Trade debt | | | | |
| **K&D Transport, Inc.**<br>**C/O Concept Financial Group**<br>**NCB-12, P.O. Box 1414**<br>**Minneapolis, MN 55480** | | - | | | | | 400.00 |
| Account No. | | | Trade debt | | | | |
| **K2 Express, Inc.**<br>**2617 Greenleaf**<br>**Elk Grove Village, IL 60007** | | - | | | | | 400.00 |

Sheet no. __**68**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,730.00**

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                          ,          Case No. _____
                                               Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kace Logistics, LLC**<br>**28436 Highland Rd.**<br>**Romulus, MI 48174** | - | | Trade debt | | | | 550.00 |
| Account No.<br><br>**Kaelbel Wholesale, Inc.**<br>**2501 SW 31st St.**<br>**Fort Lauderdale, FL 33300** | - | | Trade debt | | | | 1,400.00 |
| Account No.<br><br>**Kaeter Transport**<br>**C/O Sevenoaks Capital Assoc.**<br>**P.O. Box 54755**<br>**New Orleans, LA 70154** | - | | Trade debt | | | | 1,600.00 |
| Account No.<br><br>**Kardell Leasing Co**<br>**P.O. Box 232, 2513 Hwy. Blvd**<br>**Spencer, IA 51301** | - | | Trade debt | | | | 500.00 |
| Account No.<br><br>**KDC Transportation Group**<br>**dba K&D Transportation Co.**<br>**P.O. Box 393**<br>**Bath, OH 44210** | - | | Trade debt | | | | 1,000.00 |

Sheet no. __69__ of __129__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)        5,050.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kelly Corp.** <br> **P. O. Box 25** <br> **Altamont, IL 62411** | | - | **Trade debt** | | | | 2,085.00 |
| Account No. <br><br> **Kennedy Freight Lines** <br> **3616 Fisher Rd.** <br> **Columbus, OH 43228** | | - | **Trade debt** | | | | 550.00 |
| Account No. **xx0401** <br><br> **KENNY HARDY ENTERPRISE INC.** <br> **% SECURITY CREDIT CORP.** <br> **P.O. BOX 968** <br> **SIOUX FALLS, SD 57101** | | | **12/27/04** <br> **Trade debt** | | | | 400.00 |
| Account No. <br><br> **Kenpro Trucking, Inc.** <br> **P.O. Box 1196** <br> **Glasgow, KY 42141** | | - | **Trade debt** | | | | 425.00 |
| Account No. <br><br> **Kevin Ryman, Inc.** <br> **P.O. Box 366** <br> **Berwick, PA 18603** | | - | **Trade debt** | | | | 400.00 |

Sheet no. __**70**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,860.00**

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0522**<br><br>**KIM SINGHURSE TRUCKING,LLC.**<br>**12200 S SINGHURST ST**<br>**TERRE HAUTE, IN 47802** | - | | **12/20/04**<br>**Trade debt** | | | | 340.00 |
| Account No.<br><br>**Kinard Trucking, Inc.**<br>**310 North Zarfoss Drive**<br>**York, PA 17404** | - | | **Trade debt** | | | | 1,200.00 |
| Account No.<br><br>**KING'S EXPRESS INC.**<br>**BOX 550**<br>**SAINT JOSEPH, MN 56374** | - | | **Trade debt** | | | | 1,675.00 |
| Account No.<br><br>**KLT Trans., Inc.**<br>**142A Danielson Pike**<br>**Foster, RI02825** | - | | **Trade debt** | | | | 325.00 |
| Account No.<br><br>**Kness Trucking, Inc.**<br>**P.O. Box 463**<br>**Chadwick, IL 61014** | - | | **Trade debt** | | | | 850.00 |

Sheet no. __**71**__ of __**129**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,390.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Kocsis Transport Ltd.**<br>**C/O Interstate Capital Corp.**<br>**P.O. Box 8031**<br>**PSA, Toronto, ON Canada M5W 3W5** | - | | | **Trade debt** | | | | 550.00 |
| Account No.<br><br>**Kolnik Trucking, Inc.**<br>**505 West Madison Street**<br>**Darien, WI 53114** | - | | | **Trade debt** | | | | 500.00 |
| Account No. **x0305**<br><br>**KOTTKE TRUCKING, INC.**<br>**BOX 206**<br>**BUFFALO LAKE, MN 55314** | | | | **12/16/04**<br>**Trade debt** | | | | 1,050.00 |
| Account No.<br><br>**Krajicek, inc.**<br>**P.O. Box 7980**<br>**Spencer, IA 51301** | - | | | **Credit card purchases** | | | | 500.00 |
| Account No.<br><br>**L&H Enterprises**<br>**P.O. Box 25**<br>**Lowgap, NC 27024** | - | | | **Trade debt** | | | | 1,225.00 |

Sheet no. __**72**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,825.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| L&P Transport, Inc. P.O. Box 57 Fredericksburg, PA 17026 | | - | | | | | 1,700.00 |
| Account No. | | | Trade debt | | | | |
| Lakeland Trucking LLC. P.O. Box 932 Manitowoc, WI 54221 | | - | | | | | 250.00 |
| Account No. | | | Trade debt | | | | |
| Landbridge Express, Inc. C/O Bay View Funding P.O. Box 88174 San Francisco, CA 94188 | | - | | | | | 2,000.00 |
| Account No. | | | Trade debt | | | | |
| Lanier Transport, Inc. Box 993 Gainesville, GA 30503 | | - | | | | | 925.00 |
| Account No. | | | Trade debt | | | | |
| Lawrence Trucking, Inc. C/O Apex Capital Corp. P.O. Box 981029 Fort Worth, TX 76161 | | - | | | | | 575.00 |

Sheet no. __73__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    5,450.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Laza Trucking, Inc.**<br>**4632 Larch Ave.**<br>**Glenview, IL 06002-5350** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**LDI Transport, Inc.**<br>**5600 North Highway 169**<br>**New Hope, MN 55428** | - | | **Trade debt** | | | | 225.00 |
| Account No.<br><br>**Leasing Int'l** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**Left Lane Express, LLC**<br>**761 First Street SW**<br>**New Brighton, MN 55112** | - | | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**Leonard's Express, Inc.**<br>**P.O. Box 847055**<br>**Boston, MA 02284** | - | | **Trade debt** | | | | 1,000.00 |

Sheet no. __74__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,325.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2318**<br><br>**LESMEISTER TRANSPORTATION INC.**<br>**2501 LEE AVE.**<br>**BISMARCK, ND 58504** | - | | **12/29/04**<br>**Trade debt** | | | | 300.00 |
| Account No.<br><br>**Lighten the Load, Inc.**<br>**876 Eagle Drive**<br>**Bensenville, IL 60106** | - | | **Trade debt** | | | | 900.00 |
| Account No.<br><br>**LJ Rogers Jr. Trucking, Inc.**<br>**P.O. Box 75999**<br>**Charlotte, NC 28275** | - | | **Trade debt** | | | | 2,250.00 |
| Account No.<br><br>**Lost and Found Trucking, Inc.**<br>**734 W. 79th St.**<br>**Chicago, IL 60620** | - | | **Trade debt** | | | | 300.00 |
| Account No. **101DEX**<br><br>**LRH ENTERPRISES, INC.**<br>**% SEVENOAKS CAPITAL ASSOC.**<br>**P.O. BOX 54755**<br>**NEW ORLEANS, LA 70154-4755** | - | | **12/13/04**<br>**Trade debt** | | | | 300.00 |

Sheet no. __**75**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,050.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> LS Transport, Inc. <br> 3540 S. Dayton Ave. <br> Muncie, IN 47302 | | - | Trade debt | | | | 350.00 |
| Account No. **1281** <br><br> LUBENOW EXPRESS LLC. <br> P.O. BOX 28207 <br> Green Bay, WI 54324 | | - | 12/15/04 <br> Trade debt | | | | 250.00 |
| Account No. <br><br> Lyle & Kevin Ten Napel <br> dba Ten Napel Trucking <br> 497 Maple St. <br> Ireton, IA 51027 | | - | Trade debt | | | | 400.00 |
| Account No. <br><br> M D T TRUCKING INC. <br> PO BOX 434 <br> WOOD DALE, IL 60191 | | - | Trade debt | | | | 330.00 |
| Account No. **x0204** <br><br> M P EXPRESS INC. <br> 7732 LYMAN AVE. <br> DARIEN, IL 60561 | | - | 12/16/04 <br> Trade debt | | | | 2,000.00 |

Sheet no. __**76**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,330.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>M P Express, Inc.<br>7732 Lyman Ave.<br>Darien, IL 60561 | | - | Trade debt | | | | 2,000.00 |
| Account No.<br><br>M&G Tank Lines, Inc.<br>8095 Padgett Switch Rd.<br>Irvington, AL 36544 | | - | Trade debt | | | | 1,100.00 |
| Account No.<br><br>M&M Kiper Transportation, Inc.<br>C/O WEGPAC<br>P.O. Box 649<br>Waupaca, WI 54981 | | - | Trade debt | | | | 4,750.00 |
| Account No.<br><br>M. H. Malueg Trucking Co.<br>LLC, N4399 Co Rd. G<br>Leopolis, WI 54948 | | - | Trade debt | | | | 850.00 |
| Account No.<br><br>Mainliner Motor Express, Inc.<br>P.O. Box 7439<br>Omaha, NE 68107 | | - | Trade debt | | | | 1,175.00 |

Sheet no. __77__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **9,875.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                      ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Mark Eischeid<br>dba Eischeid Trucking<br>P.O. Box 173<br>Bayard, IA 50029 | - | | | Trade debt | | | | 600.00 |
| Account No. **2309**<br><br>MARK NUELLE TRUCKING<br>404 VIRGINIA STREET<br>BOX 284<br>ALMA, MO 64001 | - | | | 12/15/04<br>Trade debt | | | | 1,990.00 |
| Account No.<br><br>Marks Trans., Inc.<br>4359 State Hwy 34 N<br>Junction City, WI 54443 | - | | | Trade debt | | | | 550.00 |
| Account No.<br><br>Marquette Funding<br>C/O Will Transport<br>2225 Ruffin Dr.<br>Monroe, LA 71201 | - | | | Trade debt | | | | 1,075.00 |
| Account No.<br><br>Marvin Keller Trucking, Inc.<br>P.O. Box 313<br>Sullivan, IL 61951 | - | | | Trade debt | | | | 1,150.00 |

Sheet no. __**78**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **5,365.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                          Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mason Dixon Lines, Inc.** <br>**P.O. Box 33298** <br>**Detroit, MI 48232** | - | | **Trade debt** | | | | 925.00 |
| Account No. <br><br>**Mavric Trucking, Inc.** <br>**548 Lois Ct.** <br>**Mount Prospect, IL 60056** | - | | **Trade debt** | | | | 600.00 |
| Account No. <br><br>**MB Trucking, Inc.** <br>**5200 S. Lawndale Ave.** <br>**Summit, IL 60501** | - | | **Trade debt** | | | | 9,700.00 |
| Account No. **xx2647** <br><br>**MCGARRH TRUCKING/HENDERSON EXP** <br>**% TRANCENTRAL, INC.** <br>**4284 PAYSPHERE CIRCLE** <br>**CHICAGO, IL 60674** | - | | 12/22/04 <br>**Trade debt** | | | | 700.00 |
| Account No. <br><br>**McKenzie Banking Co.** <br>**c/o Hillandale Farms of Iowa, Inc.** <br>**2128 S. Linn Ave.** <br>**New Hampton, IA 50659** | - | | **Trade debt** | | | | 400.00 |

Sheet no. __**79**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,325.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx1004A**<br><br>MCLEOD EXPRESS, LLC.<br>P.O. Box 3520<br>Decatur, IL 62524 | - | | | 12/27/04<br>**Trade debt** | | | | 450.00 |
| Account No. **x1677**<br><br>MECA/ROUND LAKE FREIGHT<br>720 39TH STREET<br>DOWNERS GROVE, IL 60515 | - | | | 1/5/05<br>**Trade debt** | | | | 600.00 |
| Account No.<br><br>Medlock Trucking, Inc.<br>5552 37th Ave. S.<br>Minneapolis, MN 55417 | - | | | **Trade debt** | | | | 175.00 |
| Account No.<br><br>MEGA SYSTEMS INC.<br>5109 WEST LAKE STREET<br>UNIT #C<br>MELROSE PARK, IL 60160 | - | | | **Trade debt** | | | | 23,950.00 |
| Account No.<br><br>Mercury Logistics, Inc.<br>4617 Allmond Ave.<br>Louisville, KY 40209 | - | | | **Trade debt** | | | | 700.00 |

Sheet no. __**80**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,875.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                      ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Metropolitan Trucking, Inc. P.O. Box 8500-1661 Philadelphia, PA 19178 | - | | | | | | | 1,650.00 |
| Account No. | | | | Trade debt | | | | |
| Miceli Trucking, Inc. 210 S. Logan, #4 Denver, CO 80209 | - | | | | | | | 1,500.00 |
| Account No. | | | | Trade debt | | | | |
| Michigan Cartage Mi-Cart, Inc. 7072 Cromwell Rd. Jenison, MI 49428 | - | | | | | | | 400.00 |
| Account No. **xxxxxxx/xx0083** | | | | 12/16/04 Trade debt | | | | |
| MILLENNIUM FREIGHTWAYS, INC. PMB 114, 80 BURR RIDGE PKWY BURR RIDGE, IL 60527 | - | | | | | | | 600.00 |
| Account No. **6512** | | | | 12/17/04 Trade debt | | | | |
| MILLERS TOTAL LOGISTIC CONTROL 220 WEST WAYNE STREET KENDALLVILLE, IN 46755 | - | | | | | | | 1,425.00 |

Sheet no. __**81**__ of __**129**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,575.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Misty Mountain Ent.**<br>**3120 Mangum St.**<br>**Cumming, GA 30041** | - | | **Trade debt** | | | | 850.00 |
| Account No. **5199**<br><br>**MIX EXPRESS**<br>**% TRANCENTRAL, INC.**<br>**4284 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | - | | **1/3/05**<br>**Trade debt** | | | | 3,900.00 |
| Account No.<br><br>**MJ Transportation, Inc.**<br>**14825 S. New Ave.**<br>**Lockport, IL 60441** | - | | **Trade debt** | | | | 450.00 |
| Account No.<br><br>**MJM Trucking, Inc.**<br>**2939 Straley Road**<br>**Xenia, OH 45385** | - | | **Trade debt** | | | | 550.00 |
| Account No.<br><br>**Moeller Trucking**<br>**11 North  7th Street**<br>**Denison, IA 51442** | - | | **Trade debt** | | | | 750.00 |

Sheet no. __82__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,500.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5101** <br><br> **MOORE TRUCKING INC.** <br>**N9188 CHERRY TREE ROAD** <br>**ALGOMA, WI 54201** | - | | **12/27/04** <br>**Trade debt** | | | | **300.00** |
| Account No. <br><br> **Morgan Express, Inc.** <br>**County Highway 30** <br>**Elwin, IL 62532** | - | | **Trade debt** | | | | **400.00** |
| Account No. <br><br> **MR Express, Inc.** <br>**182 Mill St.** <br>**Belleville, NJ 07109** | - | | **Trade debt** | | | | **1,000.00** |
| Account No. <br><br> **MR Trucking, Inc.** <br>**C/O Systran** <br>**P.O. Box 640296** <br>**Pittsburgh, PA 05264** | - | | **Trade debt** | | | | **900.00** |
| Account No. <br><br> **MTE, Inc.** <br>**DBA Multi Temp Express** <br>**1422 N 44th St., #108** <br>**Phoenix, AZ 85008** | - | | **Trade debt** | | | | **500.00** |

Sheet no. __83__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,100.00**

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>N & M TRANSFER CO INC.<br>630 MUTTART RD<br>NEENAH, WI 54956 | - | | 12/13/04 12/16/04 12/22/04 1/3/05 1/5/05<br>Trade debt | | | | 7,874.75 |
| Account No.<br><br>N.E. Iowa Freight Services, Inc.<br>C/O GE Capital<br>P.O. Box 9187<br>Minneapolis, MN 55480 | - | | Trade debt | | | | 425.00 |
| Account No. **xx-6567**<br><br>NANCY BAER TRUCKING INC.<br>3137 VIRGINIA AVE.<br>JASPER, IN 47546 | - | | 1/7/05<br>Trade debt | | | | 525.00 |
| Account No.<br><br>Nathan Hartley Trucking, Inc.<br>157 Fred Grant Dr.<br>Hayneville, AL 36040 | - | | Trade debt | | | | 950.00 |
| Account No.<br><br>National Carriers, Inc.<br>1501 E. Eighth St.<br>Liberal, KS 67905 | - | | Trade debt | | | | 1,200.00 |

Sheet no. __84__ of __129__ sheets attached to Schedule of                      Subtotal                  10,974.75
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**National Freightways, Inc.<br>P.O. Box 19124<br>Omaha, NE 68119** | | - | **Trade debt** | | | | 1,100.00 |
| Account No.<br><br>**NBN Trucking Co.<br>dba Donald L. Thompson<br>2720 10th St.<br>Shelbyville, MI 49344** | | - | **Trade debt** | | | | 850.00 |
| Account No. **x2333A**<br><br>**NBS TRUCKING LTD.<br>P.O. BOX 644<br>CLEARFIELD, PA 16830** | | - | **1/6/05<br>Trade debt** | | | | 1,125.00 |
| Account No.<br><br>**Nexus Distribution Corp.<br>Dept. 4710, P.O. Box 87618<br>Chicago, IL 60680** | | - | **Trade debt** | | | | 1,000.00 |
| Account No.<br><br>**NG Express, Inc.<br>C/O Riviera Finance<br>22331 Network Place<br>Chicago, IL 60673** | | - | **Trade debt** | | | | 1,100.00 |

Sheet no. __**85**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,175.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **DIRECT EXPRESS, INC.** ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Norbet Trucking Corp.**<br>**55 Passaic Ave.**<br>**Kearny, NJ 07032** | - | | Trade debt | | | | 550.00 |
| Account No. **xx6829**<br><br>**NORMAN FRED TRUCK SERVICE INC.**<br>**1248 ENTERPRISE AVE.**<br>**MURPHYSBORO, IL 62966** | - | | 1/10/05<br>Trade debt | | | | 1,315.00 |
| Account No.<br><br>**Norsemen Trucking, Inc.**<br>**106 E. Main St.**<br>**Lake Mills, IA 50450** | - | | Trade debt | | | | 500.00 |
| Account No.<br><br>**Northwestern Mutual Life Ins.**<br>**P.O. Box 3181**<br>**Milwaukee, WI 53201** | - | | Trade debt | | | | 1,000.00 |
| Account No.<br><br>**Nussbaum Transportation Service**<br>**2200 N. Main St., P.O. Box 1027**<br>**Normal, IL 61761** | - | | Trade debt | | | | 1,305.00 |

Sheet no. \_\_**86**\_ of \_**129**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,670.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2003** <br><br> **OHIO VALLEY EXPEDITING LLC.** <br> **% SOUTHBOUND ENTERPRISES INC.** <br> **12500 ST. RT. 124** <br> **PIKETON, OH 45661** | - | | **1/3/05** <br> **Trade debt** | | | | 1,300.00 |
| Account No. **x6610** <br><br> **OHIO VALLEY EXPRESS INC.** <br> **12628 BENTLEY DR, N.W.** <br> **PICKERINGTON, OH 43147** | - | | **12/13/04** <br> **Trade debt** | | | | 300.00 |
| Account No. <br><br> **On Time Delivery, LLC** <br> **P.O. Box 1243** <br> **Muscatine, IA 52761** | - | | **Trade debt** | | | | 300.00 |
| Account No. <br><br> **One Transportation Service, Inc.** <br> **1504 Beech Street** <br> **Zanesville, OH 43701** | - | | **Trade debt** | | | | 550.00 |
| Account No. <br><br> **Online Express, Inc.** <br> **P.O. Box 932** <br> **Manitowoc, WI 54221** | - | | **Trade debt** | | | | 250.00 |

Sheet no. __87__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,700.00

Form B6F - Cont.
(12/03)

In re **DIRECT EXPRESS, INC.** ,                    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Onyiego Freight Service dba AOFS 2300 E Higgins Rd., #221 Elk Grove Village, IL 60007 | - | | | | | | 950.00 |
| Account No. | | | Trade debt | | | | |
| Orange Commercial Credit C/O Midwest Transport V.M., Inc. 1900 N. Austin Avenue Chicago, IL 60639 | - | | | | | | 875.00 |
| Account No. | | | Trade debt | | | | |
| Orzel Trucking, Inc. 770 Industrial Dr. Elmhurst, IL 60126 | - | | | | | | 1,400.00 |
| Account No. **x0716** | | | 12/13/04 Trade debt | | | | |
| P&M TRUCKING INC. 1845 SOUTH PETERSON AVE. DOUGLAS, GA 31535 | - | | | | | | 1,800.00 |
| Account No. | | | Trade debt | | | | |
| P&P Ent. P.O. Box 607 Tellico Plains, TN 37385 | - | | | | | | 500.00 |

Sheet no. __88_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,525.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>P&P Transport, Inc.<br>P.O. Box 1710<br>Delran, NJ 08075 | - | | Trade debt | | | | 1,700.00 |
| Account No. <br><br>Pace Transportation, Inc.<br>727 S. 13th St.<br>Omaha, NE 68102 | - | | Trade debt | | | | 500.00 |
| Account No. <br><br>Pacific Central Express<br>3353 W. Osborn<br>Phoenix, AZ 85017 | - | | Trade debt | | | | 1,225.00 |
| Account No. xxxxx7659 <br><br>PANTHER 2 TRANSPORTATION INC.<br>1114 NORTH COURT STREET<br>BOX 713    PMB 208<br>MEDINA, OH 44256 | - | | 12/13/04<br>Trade debt | | | | 900.00 |
| Account No. xxxxxxxx xxxx9894 <br><br>PATTERSON FREIGHT SYSTEMS INC.<br>P.O. Box 3838<br>Plant City, FL 33563 | - | | 12/20/04<br>Trade debt | | | | 1,200.00 |

Sheet no. __89__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,525.00

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Peppers Trucking, Inc.** <br> **105 E. Morse Dr.** <br> **Northlake, IL 60164** | - | | **Trade debt** | | | | 1,925.00 |
| Account No. <br><br> **PIK Transportation** <br> **P.O. Box 4639** <br> **Chicago, IL 60680** | - | | **Trade debt** | | | | 285.00 |
| Account No. <br><br> **Pilot Air Freight** <br> **1573 Paysphere Circle** <br> **Chicago, IL 60674** | - | | **Trade debt** | | | | 2,566.66 |
| Account No. <br><br> **Pinewood Transport Ltd.** <br> **2074 Luka Ave.** <br> **Columbus, OH 43201** | - | | **Credit card purchases** | | | | 1,350.00 |
| Account No. <br><br> **PIONEER METAL FINISHING CORP.** <br> **GREEN BAY DIVISION** <br> **P.O. BOX 689832** <br> **MILWAUKEE, WI 53268-9832** | - | | **12/17/04 12/27/04** <br> **Trade debt** | | | | 2,075.00 |

Sheet no. __**90**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,201.66

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx-x xxxxx642-0**<br>**PIONEER TRANSPORT INC.**<br>P O BOX 11388<br>LANCASTER, PA 17605 | - | | 1/10/05 1/12/05<br>Trade debt | | | | 1,800.00 |
| Account No.<br>**Pollywog Transport, Inc.**<br>1908 28th Ave. East<br>Palmetto, FL 34221 | - | | Trade debt | | | | 1,700.00 |
| Account No.<br>**Polman Transfer, Inc.**<br>P.O. Box 470<br>Wadena, MN 56482 | - | | Trade debt | | | | 450.00 |
| Account No.<br>**Polmax Trucking, Inc.**<br>220 S. Roselle Rd., Ste. 423<br>Schaumburg, IL 60193 | - | | Trade debt | | | | 3,300.00 |
| Account No. **xxx2024**<br>**POLTOM TRANSPORT**<br>39 RICHVIEW RD #904<br>TORONTO,  ON, Canada M9A 4M7 | - | | 12/27/04<br>Trade debt | | | | 1,300.00 |

Sheet no. __91__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,550.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1821**<br><br>**POWER TRANSPORTATION INC.**<br>**427 S. CUMBERLAND AVENUE**<br>**PARK RIDGE, IL 60068** | - | | | | **12/21/04**<br>**Trade debt** | | | | 1,400.00 |
| Account No.<br><br>**PREFERRED TRANSPORT & DISTRIBUTION**<br>**P.O. BOX 44223**<br>**ATLANTA, GA 30336** | - | | | | **Trade debt** | | | | 2,500.00 |
| Account No.<br><br>**Premier Delivery, Inc.**<br>**8455 South 77th Ave.**<br>**Bridgeview, IL 60455** | - | | | | **Trade debt** | | | | 1,075.00 |
| Account No.<br><br>**Premier Distribution, Inc.**<br>**P.O. Box 1237**<br>**Suwanee, GA 30024** | - | | | | **Trade debt** | | | | 250.00 |
| Account No.<br><br>**Premier Transport Service, Inc.**<br>**P.O. Box 150**<br>**Lizton, IN 46149** | - | | | | **Trade debt** | | | | 350.00 |

Sheet no. __92__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,575.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                            ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8450**<br><br>**PREMIER TRUCKLINES INC.**<br>**BOX 4512**<br>**CHATSWORTH, CA 91313** | - | | **12/13/04**<br>**Trade debt** | | | | 400.00 |
| Account No.<br><br>**Prime Financial**<br>**C/o Extreme Logistics, LLC**<br>**15707 Hwy 70 East**<br>**Lenoir City, TN 37772** | - | | **Trade debt** | | | | 675.00 |
| Account No. **xxxx50-02**<br><br>**PRO-FLEET TRANSPORTATION**<br>**900 NORTH INDIANA AVENUE**<br>**Kansas City, MO 64187** | - | | **1/7/05**<br>**Trade debt** | | | | 850.00 |
| Account No. **2116**<br><br>**PROMPT MOTOR FREIGHT INC.**<br>**6607 KITTY AVE.**<br>**CHICAGO RIDGE, IL 60415** | - | | **12/15/04**<br>**Trade debt** | | | | 1,000.00 |
| Account No.<br><br>**Propane Transport Int'l.**<br>**Dept CH 10128**<br>**Palatine, IL 60055** | - | | **Trade debt** | | | | 250.00 |

Sheet no. __**93**__ of __**129**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,175.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                        ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Prut Trucking Ltd.**<br>**372 Crofters Road**<br>**Woodridge, Ontario, Canada L4L 8Y3** | - | | **Trade debt** | | | | 425.00 |
| Account No.<br><br>**Pyne Freight Lines, Inc.**<br>**1000 Union St.**<br>**Taylor, PA 18517** | - | | **Trade debt** | | | | 1,750.00 |
| Account No. **xxxxx205-0**<br><br>**QUAKER TRANSPORT INC.**<br>**BOX 10125**<br>**LANCASTER, PA 17605** | - | | **12/20/04**<br>**Trade debt** | | | | 200.00 |
| Account No. **x6804**<br><br>**R W FREIGHT SOLUTIONS INC.**<br>**632 NORTH HARVEY AVENUE**<br>**OAK PARK, IL 60302-1740** | - | | **12/22/04**<br>**Trade debt** | | | | 2,575.00 |
| Account No. **M-xxxxx M-x0924**<br><br>**RAIL FLITE TRANSPORTATION INC.**<br>**5260 NW 111TH ST.**<br>**GRIMES, IA 50111** | - | | **12/13/04 1/3/05**<br>**Trade debt** | | | | 1,800.00 |

Sheet no. __**94**_ of _**129**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,750.00

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ramsey's Delivery Service, Inc. <br> 400 Brookes Drive, Ste. 106 <br> Saint Louis, MO 63042 | - | | Trade debt | | | | 1,790.00 |
| Account No. **x0721** <br><br> RANDY LAWYER TRUCKING <br> P O BOX 205 <br> ORLEANS, IN 47452-0205 | - | | 12/17/04 <br> Trade debt | | | | 1,175.00 |
| Account No. <br><br> RD Walters & Sons Trucking <br> P.O. Box 26345 <br> Akron, OH 44319 | - | | Trade debt | | | | 350.00 |
| Account No. <br><br> Realtime Transporation <br> 3330 Cobb Pkwy, Ste. 17 #357 <br> Acworth, GA 30101 | - | | Trade debt | | | | 2,500.00 |
| Account No. <br><br> Remington Logistix, Inc. <br> 6502 W. Highway 24 <br> Remington, IN 47977 | - | | Trade debt | | | | 565.00 |

Sheet no. __95_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **6,380.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Reno Stevanus dba Reno & Co. P.O. Box 106 Sugarcreek, OH 44681 | - | | | | | | 450.00 |
| Account No. | | | Trade debt | | | | |
| Richers Trucking, Inc. 1727 346TH Ave. Wever, IA 00052-6858 | - | | | | | | 300.00 |
| Account No. | | | Trade debt | | | | |
| Rick Fenton Trucking, Inc. 21057 183rd Ave. Centerville, IA 52544 | - | | | | | | 950.00 |
| Account No. | | | Trade debt | | | | |
| River Valley Express, LLC 10103 River Road, Box 405 Ringle, WI 54471 | - | | | | | | 475.00 |
| Account No. | | | Trade debt | | | | |
| Riviera Finance c/o GNS Express, Inc. 1522 E. Algonquin Road Arlington Heights, IL 60005 | - | | | | | | 3,100.00 |

Sheet no. __96__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,275.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Riviera Finance<br>c/o Imperial Eagle Express, Inc.<br>6303 N. Cicero Ave.<br>Chicago, IL 60646 | - | | Trade debt | | | | 300.00 |
| Account No.<br><br>Riviera Finance Northeast<br>C/o Culver Transport<br>257 Culver Ave.<br>Jersey City, NJ 07305 | - | | Trade debt | | | | 550.00 |
| Account No.<br><br>Riviera Finance of Texas<br>c/o Last Trail Services<br>3340 Greens Rd., Bldg B 700<br>Houston, TX 77032 | - | | Trade debt | | | | 250.00 |
| Account No.<br><br>RK Trucking, Inc.<br>3817 N. Trainer Road<br>Rockford, IL 61114 | - | | Trade debt | | | | 350.00 |
| Account No.<br><br>ROACO LLC.<br>4454 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-4454 | - | | Trade debt | | | | 1,325.00 |

Sheet no. __97_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,775.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                        ,   Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Road One Express, Inc.** <br> **3150 Norman Berry Dr.** <br> **Atlanta, GA 30344** | - | | **Trade debt** | | | | 950.00 |
| Account No. **xxxxxx xx7415** <br><br> **ROADCO TRANSPORTATION SERVICES** <br> **5531 PAYSPHERE CIRCLE** <br> **CHICAGO, IL 60674** | - | | **12/22/04 1/10/05** <br> **Trade debt** | | | | 550.00 |
| Account No. <br><br> **Roadfast/Quik X Transport** <br> **6701 Davand Drive** <br> **Mississauga, ON CA 2R2** | - | | **Trade debt** | | | | 1,050.00 |
| Account No. **xxxx0064** <br><br> **ROADRUNNER FREIGHT SYSTEMS INC.** <br> **P.O. BOX 8903** <br> **CUDAHY, WI 53110-8903** | - | | **12/27/04** <br> **Trade debt** | | | | 180.46 |
| Account No. <br><br> **Robert Brinegar Trucking, Inc.** <br> **5053 George Taylor Road** <br> **Spencer, VA 24165** | - | | **Trade debt** | | | | 850.00 |

Sheet no. __**98**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,580.46**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Robert Campbell Trucking 613 W Main Teutopolis, IL 62467 | - | | | | | | 75.00 |
| Account No. | | | Trade debt | | | | |
| Rock Hard Transportation 10763 Poplar Ave. Fontana, CA 92337 | - | | | | | | 2,200.00 |
| Account No. | | | Trade debt | | | | |
| Rocket Expedited Services 36517 Treasury Center Chicago, IL 60694 | - | | | | | | 550.00 |
| Account No. | | | Trade debt | | | | |
| ROGER BRADLEY/DBA CODY EXPRESS 200 PEPPER ROAD EASLEY, SC 29642 | - | | | | | | 17,770.00 |
| Account No. | | | Trade debt | | | | |
| Romans Motor Freight, Inc. 2605 N. 11th St. Omaha, NE 68110 | - | | | | | | 1,000.00 |

Sheet no. __99__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **21,595.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Rondy Fleet Services, Inc.** <br> **255 Wooster Rd. N.** <br> **Barberton, OH 44203** | | - | | **Trade debt** | | | | 800.00 |
| Account No. **x15-87** <br><br> **RPM LEASING CORP** <br> **3610 KETTERMAN ROAD** <br> **OAK GROVE, MO 64075** | | - | | **12/30/04** <br> **Trade debt** | | | | 875.00 |
| Account No. <br><br> **RPM Leasing Corp.** <br> **3610 Ketterman Road** <br> **Oak Grove, MO 64075** | | - | | **Trade debt** | | | | 875.00 |
| Account No. <br><br> **RTS Financial Service** <br> **C/o Active Express, Inc.** <br> **4441 Milwaukee Ave.** <br> **Chicago, IL 60630** | | - | | **Trade debt** | | | | 750.00 |
| Account No. <br><br> **RTS Financial Service** <br> **C/o Ed Service Group** <br> **10451 W. Touhy Ave., Ste. 2E** <br> **Rosemont, IL 60018** | | - | | **Trade debt** | | | | 1,650.00 |

Sheet no. __**100**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,950.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Trade debt | | | | |
| RTS Financial Service c/o Freedom Ent. 11441 County Rd. 75 Kenton, OH 43326 | | | | | | | | 325.00 |
| Account No. | | - | | Trade debt | | | | |
| RTS Financial Service c/o Veik Ent. 84026 540 Ave. Norfolk, NE 68752 | | | | | | | | 775.00 |
| Account No. | | - | | Trade debt | | | | |
| RTS Financial Service c/o Wild Bohemian Carriers 288 Greenwood Lane Bowling Green, KY 42104 Monroe, LA 71201 | | | | | | | | 450.00 |
| Account No. | | - | | Trade debt | | | | |
| RTS Financial Services c/o MLP Transport, Inc. 616 Driftwood Romeoville, IL 60446 | | | | | | | | 5,900.00 |
| Account No. | | - | | Trade debt | | | | |
| Ruan Transport Corp. 900 Ruan Center, 666 Grand Ave. Des Moines, IA 50309 | | | | | | | | 550.00 |
| Sheet no. __101_ of _129_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 8,000.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Run-R-Way Express Co., Inc.**<br>**P.O. Box 205**<br>**Portis, KS 67474** | | - | | | | | 300.00 |
| Account No. | | | Trade debt | | | | |
| **RWT, Inc.**<br>**449 Lowy Drive**<br>**Chatsworth, GA 30705** | | - | | | | | 1,325.00 |
| Account No. | | | Trade debt | | | | |
| **Ryno Express, Inc.**<br>**P.O. Box 291**<br>**Island Lake, IL 60042** | | - | | | | | 375.00 |
| Account No. | | | Trade debt | | | | |
| **S.F.T., LLC, Sargent Family Trucking**<br>**P.O. Box 264**<br>**Platteville, WI 53818** | | - | | | | | 1,175.00 |
| Account No. | | | Trade debt | | | | |
| **Sanderson and Son**<br>**P.O. Box 788**<br>**Eagle Lake, FL 33839** | | - | | | | | 2,950.00 |

Sheet no. __102__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,125.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sanmar Express, Inc.<br>925 N. Milwaukee Ave.<br>Wheeling, IL 60090** | - | | **Trade debt** | | | | **5,075.00** |
| Account No.<br><br>**Satterfield Trucking, Inc.<br>P.O. Box 1166<br>Talbott, TN 37877** | - | | **Trade debt** | | | | **800.00** |
| Account No.<br><br>**Saturn Freight Systems, Inc.<br>P.O. Box 87468<br>Carol Stream, IL 60188** | - | | **Trade debt** | | | | **950.00** |
| Account No.<br><br>**Scarbrough Logistics, Ltd.<br>10841 Ambassador Drive<br>Kansas City, MO 64195** | - | | **Trade debt** | | | | **1,000.00** |
| Account No.<br><br>**Schroeder Assoc.<br>Inc., P. O. Box 1084<br>Antwerp, OH 45813** | - | | **Trade debt** | | | | **400.00** |

Sheet no. __**103**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **8,225.00**

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                          ,     Case No. _____

                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8801**<br><br>**SCHROEDER FREIGHT INC.**<br>**20 MAIN STREET, Box 774**<br>**NIVERVILLE, MB CANADA**<br>**R0A 1E0** | - | | **12/27/04**<br>**Trade debt** | | | | **1,400.00** |
| Account No.<br><br>**Scott Carriers, Inc.**<br>**P.O. Box 391**<br>**Rome, GA 30162** | - | | **Trade debt** | | | | **1,000.00** |
| Account No.<br><br>**Scott R. Beckman Trucking, Inc.**<br>**759 Luther Drive, #201**<br>**Romeoville, IL 60446** | - | | **Trade debt** | | | | **825.00** |
| Account No.<br><br>**Scott Tooley**<br>**DBA Circle T**<br>**102 East Kimberly Road**<br>**Suite 8, PMB 119**<br>**Davenport, IA 52806** | - | | **Trade debt** | | | | **225.00** |
| Account No.<br><br>**Scott's Express, Inc.**<br>**P.O. Box 12728**<br>**Grand Forks, ND 58208** | - | | **Trade debt** | | | | **500.00** |

Sheet no. ___**104** of __**129**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,950.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SDB Freight Systems**<br>**232 Fairall Street**<br>**Ajax, Ontario, Canada L1S 1R6** | | - | **Trade debt** | | | | 350.00 |
| Account No.<br><br>**Security Credit Corp**<br>**C/o D.A.D. II Trucking**<br>**7196 Woodland Circle**<br>**Riverdale, GA 30274** | | - | **Trade debt** | | | | 950.00 |
| Account No.<br><br>**Security Credit Corp.**<br>**c/o Mazz Transport LLC**<br>**1202 Westbury, Ste. 102**<br>**Brandon, FL 33511** | | - | **Trade debt** | | | | 425.00 |
| Account No.<br><br>**Security Credit Corp.**<br>**c/o Qadir Baqi**<br>**dba Q A B Transportation**<br>**7257 Pellet St.**<br>**Downey, CA 90241** | | - | **Trade debt** | | | | 800.00 |
| Account No.<br><br>**Senate Transportation**<br>**C/O Bay View Funding**<br>**P.O. Box 881774**<br>**San Francisco, CA 94188** | | - | **Trade debt** | | | | 500.00 |

Sheet no. __**105**_ of _**129**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,025.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Service Immediate, Inc.<br>P.O. Box 35260<br>Elmwood Park, IL 60707 | | - | Trade debt | | | | 1,750.00 |
| Account No.<br><br>Sevenoak Capital Assoc.<br>c/o Partin Trans. Systems<br>P.O. Box 1043<br>Deland, FL 32721 | | - | Trade debt | | | | 1,750.00 |
| Account No.<br><br>Sevenoaks Capital Assoc.<br>c/o Long Haul Trucking, Inc.<br>P.O. Box 161<br>Glenwood, MN 56334 | | - | Trade debt | | | | 500.00 |
| Account No.<br><br>Shawnee Trucking Co., Inc.<br>213 Washington Ave.<br>Carlstadt, NJ 07072 | | - | Trade debt | | | | 1,700.00 |
| Account No.<br><br>Shoreline Transportation, Inc.<br>P.O. Box 869<br>Cantonment, FL 62533 | | - | Trade debt | | | | 800.00 |

Sheet no. __106_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,500.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx5664**<br><br>**SHORT FREIGHT LINES, INC.**<br>**BOX 357**<br>**BAY CITY, MI 48707-0357** | - | | **1/3/05  1/7/05**<br>**Trade debt** | | | | 330.00 |
| Account No.<br><br>**Sierra Shipping, Inc.**<br>**1015 S. County 75 West**<br>**North Vernon, IN 47265** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**Silver City Express, Inc.**<br>**N 56 W13180 Silver Spring Rd.**<br>**Menomonee Falls, WI 53051** | - | | **Trade debt** | | | | 340.00 |
| Account No.<br><br>**Silver Express, Inc.**<br>**P.O. Box 151**<br>**Blomkest, MN 56216** | - | | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**Skylark Transportation Co., Inc.**<br>**4755 Hubbell Ave.**<br>**Des Moines, IA 50317** | - | | **Trade debt** | | | | 850.00 |

Sheet no. __**107**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,320.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Trade debt | | | | |
| SOM Transport Solutions, Inc. 4364 Malin Drive West Columbus, OH 43224 | | | | | | | | 600.00 |
| Account No. | | - | | Trade debt | | | | |
| Somat, Inc. 4355 Arrow Ave. Sarasota, FL 34232 | | | | | | | | 500.00 |
| Account No. | | - | | Trade debt | | | | |
| SOS Transportation, Inc. 6325 N. Sheridan Road, #1403 Chicago, IL 60660 | | | | | | | | 3,000.00 |
| Account No. | | - | | Trade debt | | | | |
| Source One Systems, Inc. 3924 Starboard Drive Hanover Park, IL 60133 | | | | | | | | 200.00 |
| Account No. | | - | | Trade debt | | | | |
| Southern Pride Meat Co., Inc. 1248 Old Grantham Rd. Goldsboro, NC 27530 | | | | | | | | 2,000.00 |

Sheet no. __108_ of _129_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,300.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                            ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx2804** <br><br> **SOUTHWESTERN MOTOR TRANSPORT P.O. BOX 47906 SAN ANTONIO, TX 78265-7906** | - | | | | **12/29/04** <br> **Trade debt** | | | | 561.30 |
| Account No. <br><br> **Sowinski Trucking, LLC 5818 Fire Lane Rhinelander, WI 54501** | - | | | | **Trade debt** | | | | 350.00 |
| Account No. <br><br> **SPC Transportation, Inc. 70 Corporate Woods Drive Bridgeton, MO 63044** | - | | | | **Trade debt** | | | | 705.00 |
| Account No. <br><br> **Specketer Farms Trucking 17951 E. Bottom Lane Havana, IL 62644** | - | | | | **Trade debt** | | | | 900.00 |
| Account No. <br><br> **Spoerl Trucking, Inc. N 448 Highview Road Ixonia, WI 53036** | - | | | | **Trade debt** | | | | 425.00 |
| Sheet no. __109__ of __129__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | | 2,941.30 |

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stagecoach Express, Inc.** <br> **1311 Canton St.** <br> **Prescott, WI 54021** | - | | Trade debt | | | | 500.00 |
| Account No. <br><br> **STANDARD FORWARDING CO.** <br> **P.O. BOX 469** <br> **MOLINE, IL 61266** | - | | Trade debt | | | | 2,104.20 |
| Account No. **x2059A** <br><br> **STAR LEASING INC.** <br> **P.O. BOX 64428** <br> **FAYETTEVILLE, NC 28306** | - | | 1/3/05 <br> Trade debt | | | | 3,100.00 |
| Account No. <br><br> **Statewide Delivery, Inc.** <br> **P.O. Box 140931** <br> **Grand Rapids, MI 49514** | - | | Trade debt | | | | 550.00 |
| Account No. **1021** <br><br> **STEADFAST TRANSCONTINENT INC.** <br> **14686 HIGHWAY 164** <br> **HORNERSVILLE, MO 63855** | - | | 12/21/04 <br> Trade debt | | | | 1,350.00 |

Sheet no. __110__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,604.20**

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,    Case No. _____

                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Stealth Ent., LLC**<br>**P.O. Box 90**<br>**Johnston, IA 50131** | - | | | **Trade debt** | | | | 550.00 |
| Account No. **xxx8822**<br><br>**STEGER TRUCKING INC.**<br>**16 WESTFIELD CIRCLE**<br>**FOND DU LAC, WI 54935** | - | | | **12/17/04**<br>**Trade debt** | | | | 1,000.00 |
| Account No. **xxx5806**<br><br>**STEIG TRUCKING**<br>**BOX 114**<br>**REED CITY, MI 49677** | - | | | **12/16/04**<br>**Trade debt** | | | | 500.00 |
| Account No.<br><br>**Steleklberg Trucking, Inc.**<br>**703 E. Chestnut St.**<br>**Pardeeville, WI 53954** | - | | | **Trade debt** | | | | 450.00 |
| Account No.<br><br>**Stencel Trucking**<br>**County Rd 14 North**<br>**Minnesota Lake, MN 56068** | - | | | **Trade debt** | | | | 475.00 |

Sheet no. __111__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,975.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____ ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**STS Transportation, Inc.**<br>**P.O. Box 23283**<br>**Newark, NJ 07189** | | - | **Trade debt** | | | | 1,550.00 |
| Account No.<br><br>**Summitt Trucking LLC**<br>**P.O. Box 0339**<br>**Jeffersonville, IN 47131** | | - | **Trade debt** | | | | 800.00 |
| Account No.<br><br>**Sunbelt Finance**<br>**c/o Gary Beard Trucking Inc.**<br>**30100 Hatchiecoon Rd.**<br>**Trumann, AR 72472** | | - | **Trade debt** | | | | 1,250.00 |
| Account No.<br><br>**Sunrunner Transport Services**<br>**175 Universal Dr N.**<br>**North Haven, CT 06473** | | - | **Trade debt** | | | | 200.00 |
| Account No.  **x0767**<br><br>**SUNTECK TRANSPORT & LOGISTICS**<br>**6413 CONGRESS AVENUE**<br>**SUITE 240**<br>**BOCA RATON, FL 33487** | | - | **12/15/04**<br>**Trade debt** | | | | 2,100.00 |

Sheet no. __**112** of __**129**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,900.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Superior Services Express, Inc. P.O. Box 2197 Hendersonville, TN 37077 | | - | | | | | 700.00 |
| Account No. | | | Trade debt | | | | |
| Superior Truck Lines P.O. Box 890928 Dallas, TX 75389 | | - | | | | | 400.00 |
| Account No. | | | Trade debt | | | | |
| Swift Trucking, Inc. 4714 S. Latrobe  Ave. Stickney, IL 60638 | | - | | | | | 450.00 |
| Account No. | | | Trade debt | | | | |
| Synergy Transport Systems 2311 Woodfield Road Oakville, ON Canada L6H 6Y7 | | - | | | | | 829.00 |
| Account No. | | | Trade debt | | | | |
| Systran Financial c/o Nick's Transportation 3419 Cicero Ave. Cicero, IL 60804 | | - | | | | | 400.00 |

Sheet no. __113_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,779.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                              ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Systran Financial**<br>**c/o Robinson Transport, Inc.**<br>**P.O. Box 09803**<br>**Columbus, OH 43207** | | - | Trade debt | | | | 750.00 |
| Account No.<br><br>**Systran Financial Services**<br>**c/oFreightways Logistic, Inc.**<br>**600 E. Higgins Rd., Ste.1B**<br>**Elk Grove Village, IL 60007** | | - | Trade debt | | | | 3,050.00 |
| Account No.<br><br>**Systran Financial Svcs**<br>**C/o ATL, Inc.**<br>**P.O. Box 17722**<br>**Clearwater, FL 33762** | | - | Trade debt | | | | 1,850.00 |
| Account No.<br><br>**Systran, Inc.**<br>**c/o Xpress Logistics, Inc.**<br>**P.O. Box 326**<br>**Lebanon, TN 37088** | | - | Trade debt | | | | 950.00 |
| Account No.<br><br>**T. Trans. Express, Inc.**<br>**1020 Republic Drive**<br>**Addison, IL 60101** | | - | Trade debt | | | | 1,300.00 |

Sheet no. __114__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,900.00

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                              ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Trade debt | | | | |
| Taylor Transfer 529 North Morgan Street Decatur, IL 62521 | | | | | | | | | 1,760.00 |
| Account No. **xx0980A** | | | - | | 12/22/04 Trade debt | | | | |
| TAYLOR TRUCK LINE INC. 31485 NORTHFIELD BOULEVARD NORTHFIELD, MN 55057 | | | | | | | | | 1,350.00 |
| Account No. | | | - | | Trade debt | | | | |
| TBI, Inc. 2209 E 39th St. N., Ste. 100 Sioux Falls, SD 57104 | | | | | | | | | 1,500.00 |
| Account No. | | | - | | Trade debt | | | | |
| Tenco Transportation P.O. Box 1032 Grapevine, TX 76099 | | | | | | | | | 1,450.00 |
| Account No. **xx-xxx6121** | | | - | | 12/20/04 Trade debt | | | | |
| TENNESSEE TRUCKING EXPRESS INC. P.O. BOX 100986 NASHVILLE, TN 37224-0986 | | | | | | | | | 570.98 |

Sheet no. __115_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,630.98

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5240**<br><br>**TERMINAL TRANSPORT INC.**<br>**SDS 12-1807**<br>**PO BOX 86**<br>**MINNEAPOLIS, MN 55486-1807** | - | | 12/20/04<br>Trade debt | | | | 250.00 |
| Account No.<br><br>**Terry Hill, Inc.**<br>**13 Herrick Ave.**<br>**Milton, VT 05468** | - | | Trade debt | | | | 2,725.00 |
| Account No.<br><br>**The Bradley Factor**<br>**C/o Chase Freight Specialist, LLC**<br>**2052 Hwy 41 N.**<br>**Ringgold, GA 30736** | - | | Trade debt | | | | 2,200.00 |
| Account No.<br><br>**Thomas Keller Trucking, Inc.**<br>**1160 Carpenter Road**<br>**Defiance, OH 43512** | - | | Trade debt | | | | 950.00 |
| Account No.<br><br>**Three Way Transfer of Arkansas**<br>**1022 S. Y Street**<br>**Fort Smith, AR 72901** | - | | Trade debt | | | | 433.32 |

Sheet no. __116__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,558.32

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Tim Baker Trucking, LLP**<br>**Route 3, Box 138**<br>**Curtis, NE 69025** | - | | | **Trade debt** | | | | **750.00** |
| Account No.<br><br>**Timberland Trucking Co., Inc.**<br>**Rte. 157, P.O. Box 416**<br>**East Millinocket, ME 04430** | - | | | **Trade debt** | | | | **1,600.00** |
| Account No. **xxxxx/x7317**<br><br>**TIME DEFINITE LOGISTICS**<br>**2551 WEST ALLAN ST**<br>**ELK GROVE VILLAGE, IL 60007** | | | | **12/22/04**<br>**Trade debt** | | | | **950.00** |
| Account No.<br><br>**Time Definite Logistics**<br>**1471 Wood Dale Rd.**<br>**Wood Dale, IL 60191** | - | | | **Trade debt** | | | | **1,250.00** |
| Account No.<br><br>**TKX Logistics**<br>**1720 Indianwood Circle, #1**<br>**Maumee, OH 43537** | - | | | **Trade debt** | | | | **500.00** |

Sheet no. __117_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,050.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.** _____,   Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| **Totally Confused Trucking** **1420 Forum Way South** **Fort Worth, TX 76140** | | | | | | | | 1,300.00 |
| Account No. | | - | | Trade debt | | | | |
| **Trade Winds Transit, Inc.** **1065 Bloomfield Road** **Bardstown, KY 40004** | | | | | | | | 550.00 |
| Account No. | | - | | Trade debt | | | | |
| **Trailer USA** **9657 NW S River Dr.** **Medley, FL 33166** | | | | | | | | 1,300.00 |
| Account No. | | - | | Trade debt | | | | |
| **Tram Transporation** **dba Rodger Steig Trucking** **P.O. Box 114** **Reed City, MI 49677** | | | | | | | | 600.00 |
| Account No. | | - | | Trade debt | | | | |
| **Trancentral** **C/O American Highway Inc.** **420 Country Club Drive** **Bensenville, IL 60106** | | | | | | | | 2,300.00 |

Sheet no. __**118**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,050.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Trancentral<br>C/o  BTX, Inc.<br>765 N Rte. 83 Ste. 113<br>Bensenville, IL 60106** | | - | **Trade debt** | | | | **450.00** |
| Account No.<br><br>**Trancentral<br>C/o C&C Distribution Services, Inc.<br>205 E. 18th ST.<br>Des Moines, IA 50316** | | - | **Trade debt** | | | | **450.00** |
| Account No.<br><br>**TranCentral, Inc.<br>c/o Lavalle Transportation, Inc.<br>P.O. Box 547<br>Potsdam, NY 13676** | | - | **Trade debt** | | | | **375.00** |
| Account No.<br><br>**TranCentral, Inc.<br>c/o McGarrh Trucking/Henderson Exp.<br>P.O. Box 988<br>Owensboro, KY 42302** | | - | **Trade debt** | | | | **700.00** |
| Account No.<br><br>**Transborder Logistics, Inc.<br>4709 N. 5th St.<br>McAllen, TX 78504** | | - | **Trade debt** | | | | **900.00** |

Sheet no. __119__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,875.00**

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    , Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Transco Max, Inc.**<br>**400 Boulevard Industreil**<br>**Saint Euctache, PQ Canada J7R 5V3** | - | | **Trade debt** | | | | 300.00 |
| Account No. **x610-1**<br><br>**TRANSFLEET INC.**<br>**11699 FENNER ROAD**<br>**PERRY, MI 48872** | - | | **12/30/04**<br>**Trade debt** | | | | 750.00 |
| Account No.<br><br>**Transinternational Systems, Inc.**<br>**P.O. Box 109**<br>**Worthington, OH 43085** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**Transport Systems, LLC**<br>**C/O TranCentral Financial**<br>**4284 Paysphere Circle**<br>**Chicago, IL 60674** | - | | **Trade debt** | | | | 250.00 |
| Account No.<br><br>**Transportation Alliance Bank**<br>**c/o J&J Transportation, LLC**<br>**1050 Bird St.**<br>**Benton, AR 72015** | - | | **Trade debt** | | | | 1,200.00 |

Sheet no. __**120**_ of _**129**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,800.00**

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Transportation Alliance Bank** <br>**c/o RL Tate Enterprises** <br>**dba Roger Tate** <br>**5521 Florence Blvd.** <br>**Omaha, NE68110** | - | | **Trade debt** | | | | 600.00 |
| Account No. <br><br> **Transportation Funding Group** <br>**C/o Albrecht Trucking** <br>**410 44th St. Ste. C** <br>**Grand Rapids, MI 49548** | - | | **Trade debt** | | | | 450.00 |
| Account No. <br><br> **Triple Crown Services Co.** <br>**P.O. Box 10221** <br>**Fort Wayne, IN 46851** | - | | **Trade debt** | | | | 855.00 |
| Account No. **xxxxx xxxxx x6134** <br><br> **U T S TRANSPORTATION INC.** <br>**112 NORTH EWING STREET** <br>**Suite A** <br>**GRIMES, IA 50111** | - | | 1/5/05 1/12/05 <br>**Trade debt** | | | | 1,500.00 |
| Account No. <br><br> **University Corp.** <br>**3789 Groveport Rd.** <br>**Columbus, OH 43207** | - | | **Trade debt** | | | | 575.00 |

Sheet no. **121** of **129** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,980.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                          Case No. _____
                                          ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2042**<br><br>**V H EXPRESS INC.**<br>**% R.T.S., INC.**<br>**P.O. BOX 932001**<br>**KANSAS CITY, MO 64180-2270** | - | | | | **1/5/05**<br>**Trade debt** | | | | **5,779.55** |
| Account No.<br><br>**V&S Midwest Carriers Corp.**<br>**2001 Hyland Ave.**<br>**Kaukauna, WI 54130** | - | | | | **Trade debt** | | | | **250.00** |
| Account No.<br><br>**Valley Express LLC**<br>**P.O. Box 472**<br>**Neenah, WI 54957** | - | | | | **Trade debt** | | | | **1,000.00** |
| Account No. **xxx3285**<br><br>**VAN DYKE TRANSPORT INC.**<br>**% SHIPPERNET.COM**<br>**516 W. 10TH STREET**<br>**SIOUX FALLS, SD 57104** | - | | | | **1/5/05**<br>**Trade debt** | | | | **550.00** |
| Account No.<br><br>**VITRAN EXPRESS**<br>**P.O. BOX 633519**<br>**CINCINNATI, OH 45263-3519** | - | | | | **Trade debt** | | | | **1,584.01** |

Sheet no. __**122**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,163.56**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                    ,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Volk Transfer, Inc.**<br>**104 Volk Avenue**<br>**Mankato, MN 56001** | - | | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**Volunteer Express, Inc.**<br>**P.O. Box 100886**<br>**Nashville, TN 37224** | - | | **Trade debt** | | | | 700.00 |
| Account No. **x7591**<br><br>**W B PRODUCE HAULERS INC.**<br>**525 COTTAGE GROVE**<br>**GRAND RAPIDS, MI 49507** | - | | **12/15/04**<br>**Trade debt** | | | | 375.00 |
| Account No.<br><br>**W&S Trucking, Inc.**<br>**Box 638**<br>**Saint Croix Falls, WI 54024** | - | | **Trade debt** | | | | 500.00 |
| Account No.<br><br>**Waehler Trucking Service, Inc.**<br>**W1584 County Trunk H**<br>**Lomira, WI 53048** | - | | **Trade debt** | | | | 225.00 |

Sheet no. __**123**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,300.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                        ,    Case No. _____

                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| WEGPAC C/o B.K.T. of IL, Inc. 2028 S. Avers Court Alsip, IL 60803 | | - | | | | | | 4,750.00 |
| Account No. | | | | Trade debt | | | | |
| WEGPAC c/o GST, Inc. 458 Cherry Hill Dr. Addison, IL 60101 | | - | | | | | | 300.00 |
| Account No. | | | | Trade debt | | | | |
| WEGPAC c/o Henkel Transport, Inc. P.O. Box 682 Spring Green, WI 53588 | | - | | | | | | 300.00 |
| Account No. | | | | Trade debt | | | | |
| WEGPAC c/o Syrena Trans. 2106 Lyra Dr. Holiday, FL 33690 | | - | | | | | | 2,800.00 |
| Account No. | | | | Trade debt | | | | |
| Wells Fargo Inc. c/o Martin Trucking Co., Inc. 210 Martin Ave. Tomah, WI 54660 | | - | | | | | | 1,175.00 |

Sheet no. __124 of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,325.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,   Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**West Tenn Express, Inc.**<br>**P.O. Box 5000 #201**<br>**Jackson, TN 38305** | - | | **Trade debt** | | | | 525.00 |
| Account No.<br><br>**West Texas Express**<br>**1155 Valley Crest, P.O. Box 27031**<br>**El Paso, TX 79926** | - | | **Trade debt** | | | | 2,250.00 |
| Account No.<br><br>**West Wisconsin Transport, Inc.**<br>**6300 Alter Rd.**<br>**Eau Claire, WI 54703** | - | | **Trade debt** | | | | 950.00 |
| Account No.<br><br>**Western Express, Inc.**<br>**P.O. Box 305172, Dept. 54**<br>**Nashville, TN 37230** | - | | **Trade debt** | | | | 850.00 |
| Account No.<br><br>**Western Flyer, Inc.**<br>**2481 W. 1000 S.**<br>**Aberdeen, ID 83210** | - | | **Trade debt** | | | | 2,000.00 |

Sheet no. __125__ of __129__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,575.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.**                                          Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Whitehead Brothers, Inc. P.O. Box 460 Eufaula, AL 36072 | - | | | | | | | | 400.00 |
| Account No. | | | | | Trade debt | | | | |
| Wickline Bedding Co., Inc. 455 N. Quince St. Escondido, CA 92025 | - | | | | | | | | 2,200.00 |
| Account No. **7749** | | | | | **12/29/04** Trade debt | | | | |
| **WIEBE TRANSPORT 81 HIGHBURY STREET SAINT THOMAS, ON  CANADA N5H 4J4** | - | | | | | | | | 500.00 |
| Account No. | | | | | Trade debt | | | | |
| Willard L. Shull Dba Shull's Pick-up & Delivery Service 1646 Barbara Lane NE Washington Court, OH 43160 | - | | | | | | | | 250.00 |
| Account No. | | | | | Trade debt | | | | |
| Wilson Trucking Corp. P.O. Box 200 Fishersville, VA 22939 | - | | | | | | | | 670.13 |

Sheet no. __126 of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     4,020.13

Form B6F - Cont.
(12/03)

In re    **DIRECT EXPRESS, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Winter Truck Lines, Inc.**<br>**1485 230th St.**<br>**Mahnomen, MN 56557** | - | | **Trade debt** | | | | 750.00 |
| Account No.<br><br>**Wiseway Motor Freight**<br>**NW 5182, Box 1450**<br>**Minneapolis, MN 55485** | - | | **Trade debt** | | | | 600.00 |
| Account No.<br><br>**WJ Station Express LLC**<br>**6560 Kentucky Hwy. 1194**<br>**Stanford, KY 40484** | - | | **Trade debt** | | | | 350.00 |
| Account No.<br><br>**WLW Truck Leasing, Inc.**<br>**Box 7113, South Omaha Station**<br>**Omaha, NE 68107** | - | | **Trade debt** | | | | 450.00 |
| Account No.<br><br>**WN Morehouse Truckline, Inc.**<br>**4010 Dahlman Ave.**<br>**Omaha, NE 68107** | - | | **Trade debt** | | | | 1,430.00 |

Sheet no. __127_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,580.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **DIRECT EXPRESS, INC.** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4700**<br><br>**WORLD TRUCKING INC.**<br>**1520 SHELDON DR.**<br>**ELGIN, IL 60120** | - | | **12/22/04**<br>**Trade debt** | | | | 1,150.00 |
| Account No.<br><br>**World Trucking, Inc.**<br>**1520 Sheldon Dr.**<br>**Elgin, IL 60120** | - | | **Trade debt** | | | | 1,150.00 |
| Account No.<br><br>**Wright-Way Transfer, Inc.**<br>**22257 68th Ave. S.**<br>**Seattle, WA 98032** | - | | **Trade debt** | | | | 450.00 |
| Account No.<br><br>**X Enterprises, Inc.**<br>**C/O GE Capital**<br>**P.O. Box 9187**<br>**Minneapolis, MN 55480** | - | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**X Factors, Inc.**<br>**c/o Midwest Trans. Spec.**<br>**51B Osage St.**<br>**Kansas City, MO 66105** | - | | **Trade debt** | | | | 1,200.00 |

Sheet no. __**128**__ of __**129**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,250.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **DIRECT EXPRESS, INC.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**X-Treme Freight Ways, Inc.**<br>**C/O RTS Financial**<br>**P.O. Box 802270**<br>**Kansas City, MO** | - | | | **Trade debt** | | | | 1,500.00 |
| Account No.<br><br>**XTL, Inc.**<br>**8201 Enterprise Ave.**<br>**Philadelphia, PA 19153** | - | | | **Trade debt** | | | | 300.00 |
| Account No.<br><br>**Zweber Trucking Co.**<br>**526 NW 2nd ST.**<br>**Faribault, MN 55021** | - | | | **Trade debt** | | | | 700.00 |
| Account No.<br><br><br><br> | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | |

Sheet no. __129_ of _129_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **2,500.00** |
| Total<br>(Report on Summary of Schedules) | | **836,132.33** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    **DIRECT EXPRESS, INC.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fischer Scientific**<br>**200 Park Lane**<br>**Pittsburgh, PA 15275** | **leaseon business premises -- expires 2/2006** |
| **SBC**<br>**225 W. Randolph St., fl 27A**<br>**Chicago, IL 60606** | **Lease for Telephone system  -- runs thru 4/07** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **DIRECT EXPRESS, INC.**                                        ,        Case No. _____
                                                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **BTS LEASING, INC.** | **NATIONAL LOAN INVESTORS LP**<br>**3030 N.W. EXPRESSWAY STE 1313**<br>**Oklahoma City, OK 73112** |
| **ROBERT BOLDOG** | |
| **ROBERT BOLDOG** | **NATIONAL LOAN INVESTORS LP**<br>**3030 N.W. EXPRESSWAY STE 1313**<br>**Oklahoma City, OK 73112** |

  **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **DIRECT EXPRESS, INC.**

Debtor(s)

Case No. _____

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**139**____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 4, 2005**_____

Signature  **/s/ ROBERT J. BOLDOG, SR.**_____

**ROBERT J. BOLDOG, SR.**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DIRECT EXPRESS, INC.**                                    Case No. _____

                                    Debtor(s)        Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$0.00** | **2004 gross sales** |
| **$5,110,208.00** | **2003 gross sales** |
| **$5,563,019.00** | **2002 gross sales** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **check register to be provided** | | **$0.00** | **$0.00** |

None ☐   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ROBERT BOLDOG, SR.** | **2004 SALARY** | **$124,113.00** | **$0.00** |
| **PRESIDENT OF DEBTOR** | | | |
| **ROBERT BOLDOG JR.** | **2004 SALARY** | **$92,092.00** | **$0.00** |
| **V.P.** | | | |
| **JEFFREY BOLDOG** | **2004 SALARY** | **$79,046.00** | **$0.00** |
| **V.P.** | | | |
| **KEVIN BOLDOG** | **2004 SALARY** | **$79,921.00** | **$0.00** |
| **SEC/TREAS.** | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **COMMERCE & INDUSTRY INSURANCE V. DIRECT EXPRESS** | **COLLECTION** | **18TH JUDICIAL CIRCUIT, WHEATON IL** | **PENDING** |
| **COMPASS TRANSPORTATION V. DIRECT EXPRESS** | **COLLECTION** | **18TH JUDICIAL CIRCUIT WHEATON IL** | **PENDING** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **LARSEN * LARSEN MINISTRIES** **155 SWANSON VALLEY DR.** **Tyrone, GA 30290** | **NONE** | **MONTHLY GIFT OF $466.75** | **$5601** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard L. Hirsh & Associates, P.C.**<br>**15 Spinning Wheel Rd.**<br>**Suite 128**<br>**Hinsdale, IL 60521-2984** | **2/16/05** | **$5000** |

**10. Other transfers**

None
☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **R&K Logistics**<br>**PO Box 0668**<br>**Palatine, IL 60078**<br>   **owned by Robert Boldog's sons** | **3/31/05** | **2 used serviers; $850**<br>**7 used computers w/monitors $1050**<br>**7 used printers  $450**<br>**2 used fax machines $200**<br>**1 used Canon copier  $100**<br>**1 used shredder  $35**<br>**8 used chairs  $150**<br>**5 used desks  $150**<br>**8 used file cabinets  $150**<br>**used pop machine  $250**<br>**used phone system  $500** |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **225 GILMAN, BARRINGTON IL 60090** | | **9/03-4/04** |

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■
   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **PADGETT BUSINESS SERVICES**<br>**PO BOX 65**<br>**Arlington Heights, IL 60006** | **1996 - PRES.** |
| **SANDY GOERLITZ** | **BOOKKEEPER  3/04 - PRES.** |
| **BECKY FONTANA** | **BOOKKEEPER 5/03-3/04** |
| **KATHY CUNNINGHAM** | **BOOKKEEPER 4/02 -5/03** |
| **KRISTI RESSEGUIE** | **BOOKKEEPER  9/98-4/02** |

7

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME            ADDRESS            DATES SERVICES RENDERED

**PADGETT BUSINESS SERVICES**

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                  ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS            DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                              (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                            RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS           NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS           TITLE          NATURE AND PERCENTAGE
                                                              OF STOCK OWNERSHIP

**ROBERT BOLDOG SR.**           TITLE          **97% SHARES**
**3202 PINEVIEW CIR.**
**Barrington, IL 60010**

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                  ADDRESS            DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS           TITLE          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ROBERT BOLDONG SR** | **12/15/04** | **300 XMAS BONUS** |
| **ROBERT BOLDOG JR** | **12/15/04** | **300 XMAS BONUS** |
| **JEFFREY BOLDOG** | **12/15/04** | **300 XMAS BONUS** |
| **KEVIN BOLDOG** | **12/15/04** | **300 XMAS BONUS** |

**SEE ALSO # 3(b) ABOVE FOR SALARIES**

**24. Tax Consolidation Group.**

None ■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                 TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None ☐
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                       TAXPAYER IDENTIFICATION NUMBER
**NORTHWESTERN MUTUAL**
**PROFIT SHARING PLAN AND 401(k)**
**720E. WISCONSIN AVE.**
**MILWAUKEE WI 53202**


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **April  4, 2005**                           Signature   **/s/ ROBERT J. BOLDOG, SR.**
                                                               **ROBERT J. BOLDOG, SR.**
                                                               **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## United States Bankruptcy Court
### Northern District of Illinois

In re  **DIRECT EXPRESS, INC.**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 5,000.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, trial of contested matters, or any other adversary proceeding**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April  4, 2005**

**/s/ Richard L. Hirsh 1225936**
**Richard L. Hirsh 1225936**
**Richard L. Hirsh & Associates, P.C.**
**15 Spinning Wheel Rd.**
**Suite 128**
**Hinsdale, IL 60521-2984**
**630 655-2600  Fax: 630 655-2636**
**richala@sbcglobal.net**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DIRECT EXPRESS, INC.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                                    **655**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **April  4, 2005**

**/s/ ROBERT J. BOLDOG, SR.**

**ROBERT J. BOLDOG, SR./President**
Signer/Title

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
15 Spinning Wheel Rd.
Suite 128
Hinsdale, IL 60521-2984


DIRECT EXPRESS, INC.
1600 GLENLAKE AVENUE
Itasca, IL 60143


IRS
STOP 5013CHI
230 S. DEARBORN ST.
Chicago, IL 60604


A & K Enns Trucking, Ltd.
P.O. Box 1032
Carrot River, SASKA 0L0


A B L Express, Inc.
P.O. Box 142605
Saint Louis, MO 63114


A J FREIGHT SERVICES INC
P.O. BOX 232
ELK GROVE VILLAGE, IL 60009


A&T
2920 South 19th Ave.
Broadview, IL 60153


A.M. Express, Inc.
P.O. Box 721
Escanaba, MI 49829


A/R Funding Group
Florida Freightways, Inc.
1099 A Commerce Blvd.
Haines City, FL 33844


A/R Funding Group
c/o Tennessee Western
P.O. Box 12316
Jackson, TN 38308

ABBYLAND TRUCKING INC
BOX 69
ABBOTSFORD, WI 54405-0069


Absolute Transportation LLC
9230 Globe Center Drive Ste. 115
Morrisville, NC 27560


Accelefreight, Inc.
P.O. Box 98
Franklin Park, IL 60131


Accu-Weld, LLC
1211 Ford Road
Bensalem, PA 19020


Acme Truck Lines, Inc.
P.O. Box 183
Harvey, LA 70059


Adams Transportation Services
P.O. Box 654
Clay City, KY 40312


Adrian and Paula Dickens
DBA Dream Weaver Express
N9603 County Rd O
Boyceville, WI 54725


Advance Logistic Services, Inc.
P.O. Box 352
Buchanan, GA 30113


Advanced Logistics LLC
246 W. Main St.
Sun Prairie, WI 53590


Agricultural Transportation
Association of Illinois
P.O. Box 495
Forrest, IL 61741


Air Ride, Inc.
11900 Sager Road, US Hwy. 20A
Swanton, OH 43558

Air Ship Transportation Corp.
P.O. Box 1462
Elk Grove Village, IL 60009


Airco Int'l., Inc.
P.O. Box 165
Itasca, IL 60143


Albert Farms, Inc.
696 Main Street
Madawaska, ME 04756


Alfa Lines Linc.
P.O. Box 66421
Chicago, IL 60666


Alfonso Pacheco
Dba Pacheco Transport
12044 Castle Keep
El Paso, TX 79936


Alliance Transportation Group
C/O Comdata Network
P.O. Box 41500
Nashville, TN 37241


Allon Delivery, LLC
P.O. Box 532
Brownsville, TN 38012


ALM CARRIERS, INC.
P.O. BOX 197
HICKMAN, KY 42050


Alpha & Omega Transportation
P.O. Box 1877
Fairview, NC 28730


Alsum Transportation, Inc.
P.O. Box 188
Friesland, WI 53935


ALTENDORF EXPRESS INC.
P.O. BOX 319
MINTO, ND 58261-0319

AMA TRANS INC
71 VULCAN ST
TORONTO, ON   M9W-1L4


AMA TRANSPORTATION CO., INC.
P.O. BOX 939
NUTTING LAKE, MA 01865-0939


America's Bestway
dba Addis P. Elmore
P.O. Box 118406
Carrollton, TX 75011


American Freight Factors
C/o Fine Transport, Inc.
14 Grant Ave
Cateret, NJ 07008


AMERICAN FREIGHT LINES LLC
% SYSTRAN FINANCIAL SERVICES
P.O. BOX 640296
PITTSBURGH, PA 15264-0296


Amerisource Funding
C/o B&T Mail Service, Inc.
19625 W. Lincoln Ave.
New Berlin, WI 53146


Amware Express, LLC
19801 Holland Road, Ste. A
Brook Park, OH 44142


AN Weber, Inc.
P.O. Box 95
Chebanse, IL 60922


Anaya's Pallets & Transport
5660 W. Jefferson
Detroit, MI 48209


Anderson Transport, Inc.
P.O. Box 562614
Charlotte, NC 28256

Apex Capital Corp.
C/o Codysur Trucks, Inc.
2691 E 77 Sunshine Strip
San Benito, TX 78586


Apex Capital Corp.
C/o Florida Carrier & Trucking, Inc.
9500 NW 36th Ave.
Miami, FL 33147


Apex Capital Corp.
c/o Mezahi Enterprises, Inc.
6555 Pinehurst St.
Dearborn, MI 48126


Apex Capital Corp.
c/o Sweet Express
P.O. Box 120093
Grand Rapids, MI 49512


Apex Capital Corp.
c/o VGA Trans. Corp.
441 Dorothy Drive.
Des Plaines, IL 60016


Apollo Express, Inc.
13707 Green Ash Ct.
Earth City, MO 63045


ART LOGISTICS INC.
746 INDUSTRIAL DR.
ELMHURST, IL 60126


Art Trucking
600 Villa Ave.
Villa Park, IL 60181


Avery Trucking Co., Inc.
P.O. Box 690
Dahlonega, GA 30533


B A H EXPRESS INC.
BOX 16862
424 THURMAN ROAD
ATLANTA, GA 30321-0862

B T X  INC
% TRANCENTRAL, INC.
4284 PAYSPHERE CIRCLE
CHICAGO, IL 60674


B T, Inc.
1443 Industrial Road SW
Le Mar, IA 51031


B&D Motors, Inc.
300 S. Park St.
Merrill, WI 54452


B&J Transportation, Inc.
P.O Box 600
64 Main Street
Mars Hill, ME 04758


B.F.L., Inc.
1883 S. State Hwy. 161
Rockport, IN 47635


B.L. Osborne Transport, Inc.
P. O. Box 12
Mount Arlington, NJ 07856


Baldwin Transfer Co., Inc.
P.O. Box 2925
Mobile, AL 36652


Baltic Express ltd.
16557 West Oneida
Lockport, IL 60441


Barlow Truck Lines, Inc.
1305 Grad DD SE
Faucett, MO 64448


Barnets, Inc.
1619 Barnets Mill Rd.
Camden, OH 45311


Bartels Truck Line
Box W
Winthrop, MN 55396

Batcheler Midwest Trans, Inc.
810 Main St.
Center Point, IA 52213


BAY TRUCK & EQUIPMENT SALES
340 JEFFERSON BLVD
WARWICK, RI 02888


Baylor Trucking, Inc.
9269 E. State Rd. 48
Milan, IN 47031


BCD Trucking, Inc.
5519 Emily Circle
Ellenwood, GA 30294


Bernard Pavelka Trucking, Inc.
1215 East J Street
Hastings, NE 68901


Bibby Financial Services
C/o Eagle Transportation Service
1362 Lincoln Ave.
Holland, MI 49423


Big 3 ELC, LLC
C/O Sevenoaks Capital
P.O. Box 54755
New Orleans, LA 70154


Bil-Mac Express, Inc.
2424 East Oakton Ave.
Arlington Heights, IL 60005


Billings Freight Systems
P.O. Box 2000
Lexington, NC 27293


BLACK HORSE CARRIERS INC
150 VILLAGE CT
CAROL STREAM, IL 60188


Blackhawk Transport, Inc.
P.O. Box 537
Beloit, WI 53512

Blackjack Express
C/o Cargo Solution, Inc.
2059 Belgrave Ave.
Huntington Park, CA 90255


Blackstone Ent.
300 Silver Lane
Sunderland, MA 01375


Blazer Transportation, Inc.
424 Hillside Court
Streamwood, IL 60107


Blue Chip Trucking Co., Inc.
P.O. Box 1235
Frankfort, IL 60423


Blue Leasing Corp., Inc.
C/O Systran
P.O. Box 640296
Pittsburgh, PA 15264


Blue Mountain Express, Inc.
291 Bucheimer Road
Frederick, MD 21701


Blue Thunder Truck Brokerage
P.O. Box 88259
Chicago, IL 60680


BLUME FARMS LAND & CATTLE INC
W1024 CENTER ROAD
DORCHESTER, WI 54425


Bonded Carriers
P. O. Box 788
Martinsburg, WV 25402


BOST TRUCK SERVICE INC
1134 NORTH 11TH STREET
BOX 483
MURPHYSBORO, IL 62966

Boston Carriers, Inc.
6300 Kingery Hwy. #416-320
Willowbrook, IL 60527


BOWLING TRANSPORT INC
BOX 663
SEYMOUR, IN 47274


Brankel Brothers Express
P.O. Box 568
Marion, IN 46952


BRASHER COPE TRANSPORTATION
% GREAT PLAINS TRANSPORTATION
NW 5073  PO BOX 1450
MINNEAPOLIS, MN 55485-5073


Brink Truck Lines
3899 58th St.
Holland, MI 49423


Brothers Trucking Co., Inc.
40 Willow Springs Circle
York, PA 17402


BRUCE SCHULTZ TRUCKING
206 WEST GREEN RIVER RD
P O BOX 311
OHIO, IL 61349


Bryant Transportation Co., Inc.
C/O GE Co., Inc.
P.O. Box 9187
Minneapolis, MN 55480


BSD Express, Inc.
P.O. Box 8062
Webster, NY 14580


BSV Transportation, Inc.
1431 Bruhy Road
Plymouth, WI 53073

BTS LEASING INC
1600 GLENLAKE AVE
ITASCA, IL 60143


BTS LEASING, INC.


Buffalo Express Transportation
P.O. Box 281
Audubon, MN 56511


C & A Transportation, Inc.
P.O. Box 31394
Cleveland, OH 44131


C&M Forwarding Co., Inc.
45 Jetview Drive
Rochester, NY 14624


C.U. Now Transportation, Inc.
1248 Edgewater Lane
Antioch, IL 60002


Caesar Transportation
650 Mill Circle, #101
Wheeling, IL 60090


Caine Transfer, Inc.
P.O. Box 376
Lowell, WI 53557


Calvin J. Brown
dba A&T Enterprises, LLC
P.O. Box 812
Simpsonville, SC 29681


Capital Partners Financial
C/o Euroway, Inc.
800 W. 5th Ave.
Naperville, IL 60563


Capital Partners Financial
c/o G&S Express, Ltd.
5105 W Winona St.
Chicago, IL 60630

Capital Partners Financial
c/o JMB Trucking/Miroslav Jovic
3330 S. 84th St.
Milwaukee, WI 53227


Capital Trucking Co.
P.O. Box 2267
Clifton, NJ 07015


Cargo Group LLC
P.O. Box 972536
El Paso, TX 79997


Carlson Trucking, LLC
2226 Sigourney Ave.
Rockwell City, IA 50579


Carrier Finance
C/o BMB Trucking, Inc.
5448 Hoffner Ave. Ste. 408
Orlando, FL 32812


Cayenne Express, Inc.
410 Transport Drive
Dupo, IL 62239


CDC Trucking, Inc.
805 Mill Neck Rd.
Como, NC 27818


CDN LOGISTICS, INC.
36647 TREASURY CENTER
CHICAGO, IL 60694-6600


CDN Logistics, Inc.
317 West Lake Street
Northlake, IL 60164


CENTRAL STATES TRUCKING CO
476 THOMAS DRIVE
BENSENVILLE, IL 60106


Central Trucking Inc.
P.O. Box 691901
Cincinnati, OH 45269

Century Furniture Industries
P.O. Box 60589
Charlotte, NC 28260


CFL Transport, Inc.
C/O A.T.S., Inc.
P.O. Box 1201
Center, ND 58530


Chi-Cargo, Inc.
2311 Touhy Ave.
Elk Grove Village, IL 60007


CIRCLE DELIVERY INC
125 CADEN DRIVE
NASHVILLE, TN 37224-0595


CIT Group
c/o Glen Raven Transportation, Inc.
2564 Hwy 87 North
Elon College, NC 27244


Citicapital Commercial Corp.
c/o MLG Trucking, Inc.
291 Saturn Dr.
Memphis, TN 38109


CJM Financial
c/o Trak Trucking
414 W. Florence Rd.
Saint Joseph, MO 64504


Clark Farms Trucking, Inc.
12940 Pittsburg Road
Marion, IL 62959


CLEARSKIES INTERNATIONAL INC.
350 NORTON DRIVE
DALLAS, GA 30157


CMC Trucking Ltd.
2705 W. Cage #19
Pharr, TX 78577

Coker Grading & Hauling
dba J. Richard Coker
763 Ervin Coker Rd. NE
Rome, GA 30161


COLONIAL FREIGHT WAREHOUSE
4560 N 2ND STREET
SAINT LOUIS, MO 63147


Columbus Warehouse & Cartage, Inc.
4411 North Long Rd., P.O. Box 167
Columbus, IN 47202


Comdata Corp.
c/o Imperial Transport
6108 W Giddings St.
Chicago, IL 60630


Comdata Corp.
c/o K&R Express Ltd.
P.O. Box 1498
Waterloo, IA 50704


Comdata Corp.
c/o KNB Express Corp.
60 Jacobus Ave.
South Kearny, NJ 07032


Comdata Corp.
c/o Manks Trucking
3100 Niles Rd. SE, Bldg. 3
Warren, OH 44484


Comdata Corp.
c/o Ryan Logistics, Inc.
5930 Wilcox Place, Ste., C
Dublin, OH 43016


Comdata Corp.
C/O Watson & Lawrence Trucking
5440 Saint Charles Rd.
Berkeley, IL 60163

COMMERCE & INDUSTRY INSURANCE
c/o McMahon & Sigunick
216 W. jackson blvd. #900
Chicago, IL 60606


Commodity Logistics, Inc.
NW 5074 P.O. Box 1450
Minneapolis, MN 55485


COMPASS TRANSPORTATION GROUP
9001 WEST 79TH PLACE
JUSTICE, IL 60458


COMPASS TRANSPORTATION GROUP
c/o Bishop Rossi & Scarlati
two tansam plaza
Oakbrook Terrace, IL 60181


Continental Carrier, Inc.
864 Main St.
Paterson, NJ 07503


Contour Saws, Inc.
1217 Thacker Street
Des Plaines, IL 60016


Cornerstone Carriers, Inc.
712 E 700 North
Buckley, IL 60918


Corporate Billing
C/o Bales Enterprises
123 5th St.
West Point, IA 52656


Corporate Billing
C/o Dixie Motor Cargo
101A Lower Doug Gap Rd.
Dalton, GA 30721


Corporate Billing
C/o Express Freight Systems, Inc.
329 Wauhatchie Pike
Chattanooga, TN 37401

Corporate Billing
c/o TRA Transportation, Inc.
P.O. Box 449
Pinckard, AL 36371

Crestmark Financial Corp.
c/o Rickare Transportation Service
5319 Bragg Ave.
Cleveland, OH 44124

Crossroads Express, Inc.
P. O. Box 68
Marshfield, WI 54449

CRW Freight, Inc.
3716 S. Elyria Rd.
Shreve, OH 44676

CSM Trucking,
dba Christopher Mobley
4274 W 22nd St.
Cleveland, OH 44209

CSX Intermodal, Inc.
Bell South Tower
301 West Bay Street
Jacksonville, FL 32202

CTI Expeditors, Inc.
P.O. Box 161
Folcroft, PA 19032

Cullman Logistics, Inc.
P.O. Box 1022
Cullman, AL 35056

CUSTOM FARM SERVICES
11315 WATKINS NEW CALIFORNIA
MARYSVILLE, OH 43040

CUSTOM FREIGHT SOLUTIONS
2055 KENNEDY RD
TORONTO, ON  M1T-3G3

Cycle Logistics, Inc.
301 North 3rd Ave.
Des Plaines, IL 60016


D & N TRUCKING INC.
1502 S 12th ST
PRINCETON, MN 55371


D M T, Inc.
P. O. Box 95, Station P
Toronto, ON, Canada M5S 2S6


D&A Truck Line, Inc.
P.O. Box 564
New Ulm, MN 56073


D&D Express
dba Dusty's Trucks, Inc.
P.O. Box 249
Tutwiler, MS 38963


D&T Trucking
dba Terry Rucker
11800 E. 77th Terrace
Raytown, MO 64138


D&Z Express, Inc.
C/O Bay View Funding
P.O. Box 881774
San Francisco, CA 94188


D-B Cartage, Inc.
P.O. Box 427
Bedford Park, IL 60499


D.R.O.M. Trucking, Inc.
C/O Capital Partners Financial
P.O. Box 2642
Carlsbad, CA 62018


D.S. Freight Co.
12042 Juniper Lane
Homer Glen, IL 60491

DA RAN INC
BOX 134
25874 HWY 169
ZIMMERMAN, MN 55398-0134


DAE TRANSPORT SERVICES INC
BOX 308
EAGLE, WI 53119


Daggett Truck Line, Inc.
P.O. Box 158
Frazee, MN 56544


DAK Transport, Inc.
16854 Laramie Avenue,
Oak Forest, IL 60452


DALLAS & MAVIS SPECIALIZED CARRIER
DEPT 77-4939
CHICAGO, IL 60678-4939


Damiron Transportation Services, Inc.
P.O. Box 707
Fremont, IN 46737


Dan Sullivan Trucking, Inc.
P.O. Box 878
Munfordville, KY 42765


Daniel Mask
Dba Cheetah Express
140 White Spring Road
Warrior, AL 35180


Dark Horse Transport
302 W. South St.
Exira, IA 50076


Dawes Transport, Inc.
38381 Eagle Way
Chicago, IL 60678


Dawn Trucking Co., Inc.
2975 Symmes Road.
Fairfield, OH 45014

Daybreak Fast Freight, Inc.
500 Avenue P
Newark, NJ 07105


Dayspring LLC
2364 Suffolk Street
Charleston, SC 59405


DCD Transportation, Inc.
4641 McIlroy
Saint Louis, MO 63128


Dedicated Fatime Express LLC
155 East Vine St.
Hatfield, PA 19440


Delgado Trucking, Inc.
2153 N. Keystone Ave.
Chicago, IL 60639


DGO TRUCKING, INC.
2423 S. CENTRAL PARK
CHICAGO, IL 60623


Diesel Express, Inc.
204 Crum St., Box 97
Hickory Flat, MS 38633


DINGLEDINE TRUCKING CO INC.
1000 PHOENIX DRIVE WEST
URBANA, OH 43078


Direct Connection Transport Co.
25 Lister Ave.
Newark, NJ 07105


Direct Lines, Inc.
Box 763
Effingham, IL 62401


DIRECT WAREHOUSING
1600 GLENLAKE AVENUE
ITASCA, IL 60143

Diss Trucking, Inc.
P.O. Box 33
Kinmundy, IL 62854


Dist-Trans Co.
1580 Williams Rd.
Columbus, OH 43207


DONALD HOLLAND TRUCKING INC.
3577 WIRTZ LANE
Box 637
KEOKUK, IA 52632


Donald Semrow
Dba Semrow & Sons Trucking
W 11754 State Hwy 21
Coloma, WI 54930


DOUBLE D EXPRESS INC
2930 MAY ROAD  BOX 606
PERU, IL 61354-0606


Double K Transportation, Inc.
56 3rd ST., SE
Hickory, NC 28603


Doug Andrus Dist., Inc.
1820 West Broadway
Idaho Falls, ID 83402


Dragon Transport, Inc.
P.O. Box 72174
Roselle, IL 60172


Drees Transportation, Inc.
P.O. Box 154
Peshtigo, WI 54157


DSA Finance
c/o Son Light Trucking, Inc.
P.O. Box 971276
El Paso, TX 79997

DSN Express, Inc.
89-02-217th St.
Queens Village, NY 11427


DTA Transport & Logistics
4311 Pan America Blvd.
Laredo, TX 78045


Dunham Brothers Leasing
11513 205TH St. West
Lakeville, MN 55044


DWAYNE BENNER
dba BENNER TRUCKING
P O BOX 227
PORTLAND, NY 14769


Dynamic Logistics, LLC
18652 Mines Rd.
Laredo, TX 78045


E.C.D. SERVICES, INC.
P.O. BOX 3157
SHIREMANSTOWN, PA 17011


Eagle Capital Corp.
c/o Garnet Road Express, Inc.
9029 West 111th St. #3
Palos Hills, IL 60465


Eagle First Lines
3030 West 139th St.
Blue Island, IL 60406


EAGLE FREIGHT
DIV OF LOG TRANSPORTATION
P. O. BOX 81102
CLEVELAND, OH 44181


Eastside Express
231 Johnson Ave.
Newark, NJ 07100

ECH Transport, LLC
C/O Comdata Network, MSC-410115
P.O. Box 415000
Nashville, TN 37241


Echo Brook Freight, Inc.
2326 65th Ave.
Colfax, WI 54730


ED BURNS & SONS TRUCKING INC.
3060 WEST STREET ROAD 16
DENVER, IN 46926


El-Maizal Tortilleria, Inc.
1700 Lynch Rd.
Evansville, IN 47711


ELDERLITE EXPRESS INC.
P.O. BOX 633816
CINCINNATI, OH 45263-3816


ELLIOTT BROS TRUCK LINE INC.
BOX 310
801 HIGHWAY 21
DYSART, IA 52224


EMC Trucking, Inc.
5404 Highway 45 South
Selmer, TN 38375


Empire Line Transportation
4 Rimwood Dr.
Howell, NJ 07731


ENMOTION EXPRESS, LLC.
% J D FACTORS, LLC.
P.O. BOX 1519
WHEATON, IL 60189


EQUITY TRANSPORTATION COMPANY
P.O. BOX 72550
CLEVELAND, OH 44192

Europe Truck Lines, Inc.
4404 West Berteau Ave.
Harwood Heights, IL 60656


EVERYPOINT LOGISTICS SOLUTIONS
9 de L`AVIATION
POINTE CLAIRE, PQ Canada
H9R 4Z2


EXCALIBUR REFRESHMENT CONCEPTS
8164 S MADISON ST.
BURR RIDGE, IL 60527


Excel Carriers, Inc.
P.O. Box 1370
Springfield, MO 06580-1235


Exclusive Services, Inc.
865 Nicholas Blvd.
Elk Grove Village, IL 60007


Exel North American Road Transport
P.O. Box 3342
Grapevine, TX 76099


Expi-Trans
7529 Croton Road
Johnstown, OH 43031


Explore Trasnsport, Inc.
695 S. Archer Ave., #2GH
Willow Springs, IL 60480


Expo Trans Ltd.
8171 Yonge St., 237
Thornhill, ONTAR 2C6


EXPRESS 2000 INC.
164 NORTHWEST INDUSTRIAL COURT
BRIDGETON, MO 63044


Express One, Inc.
P.O. Box 210
Buchanan, MI 49107

F.A.T. Delivery Service
197 Dorsa Ave.
Wayne, NJ 07420


FAB Express, Inc.
P.O. Box 706
Downers Grove, IL 60515


Fairfield Chair Co.
P.O. Box 1710
Lenoir, NC 28645


Far Side Trucking, Inc.
P.O. Box 580581
Pleasant Prairie, WI 53158


Fast Runner, Inc.
C/O TranCentral, Inc.
4284 Paysphere Circle
Chicago, IL 60674


Fastway Service, Inc.
P.O. Box 1133
Elyria, OH 44036


Fepco Container Inc.
3458 Moreland Ave. SE
Conley, GA 30288


Fernando Rodriques
dba Time X Express
5 Slater Drive
Elizabeth, NJ 07206


Ferry Transportation, Inc.
P.O. Box 61051
New Orleans, LA 70151


FFE Trans. Service, Inc.
P.O. Box 671252
Dallas, TX 75267


FIRST & MAIN INC.
250 CORTLAND AVENUE
LOMBARD, IL 60148

First Carrier Corp.
P.O. Box 911
Circleville, OH 43113


Fischer Scientific
200 Park Lane
Pittsburgh, PA 15275


Fischer Trucking, Inc.
609 Airport Rd., Box 210014
Fort Wayne, IN 46850


FMC Transportation LLC
#2 Railroad Square
Great Falls, MT 59401


Foresure Transport, Inc.
1700 Scott Ave.
Des Moines, IA 50317


Four Star Transportation, Inc.
P.O. Box 6200-LB 10007
Indianapolis, IN 46206


FOX VALLEY EXPRESS
PO BOX 2503
OSHKOSH, WI 54903-2503


Frankie J. Cyr
DBA Cyr Truck Line
P.O. Box 208
Oklee, MN 56547


Freedom Express, Inc.
P.O. Box 211127
Eagan, MN 55121


Freight Exchange of North America
400 N. Noble Suite 210
Chicago, IL 60622


Freight Star Landlines, Inc.
106 Touhy Ct.
Des Plaines, IL 60018

FRENCH TRUCKING, INC.
% TRANSPORTATION ALLIANCE BANK
P. O. BOX 150290
OGDEN, UT 84415-9902


FRONTLINE FREIGHT SYSTEMS
23 NELTNER DR.
SAINT ANDREWS, MB  Canada
R1A 3A4


FST LOGISTICS
P.O. BOX 1300
HILLIARD, OH 43026-9998


G&C Trucking Co.
dba George E. Chapdelaine
1952 Charlotte Hwy.
Mooresville, NC 28115


Galasso Trucking, Inc.
2 Galasso Place
Maspeth, NY 11378


Gary Anderson Trucking, Inc.
P.O. Box 429
Monroe, WI 53566


Gateway Logistics, Inc.
3400 Morgan Ford, #14
St. Louis, MO 63116


GEI-Corp Trucking
5280 W  700 N
Markle, IN 46770


Geobah Delivery Service, Inc.
153 Edward Dr.
Swedesboro, NJ 08085


George J. Castle, Inc.
10810 Versailes Plank Rd.
North Collins, NY 14111

GEORGE TRANSIT LINE INC.
250 PRAIRIE DRIVE
BONDURANT, IA 50035


Gerald E Newlin Trucking, Inc.
16796 E. 1750th Ave.
Yale, IL 62481


Global Express Logistics, Inc.
14101 Rosecrans Ave., Unit I
La Mirada, CA 90638


GM LOGISTICS, LC d/b/a
GM LOGISTICS TRUCKING
743 SPIRIT 40 PARK DR.
CHESTERFIELD, MO 63005-1129


Gogel Brothers Trucking, Inc.
P.O. Box 182
Mariah Hill, IN 47556


Goodin's, Inc.
887 N. Gardner St.
Scottsburg, IN 47170


Gotoh Distribution Service
703 Foster Ave.
Bensenville, IL 60106


GR Trucking, Inc.
11396 Stockyard Rd.
El Paso, TX 79927


Grace & Peace Enterprises
781 Superior Ave.
Calumet City, IL 60409


Great Plains Trans.
c/o MTS of Wisconsin, Ltd.
P.O. Box 70
Wilson, WI 54027

Great Plains Transportation
C/o Brakebush Transportation, Inc.
3899 58th St.
Holland, MI 49423


Gregory Logistics, Inc.
C/O Transportation Alliance Bank
P.O. Box 150290
Ogden, UT 84415


Ground Air Logistics
5151 South Lawndale
Summit, IL 60501


GT Motor Express
P.O. Box 568
Glenview, IL 60025


Gundrum Trucking, Inc.
4925 Arthur Rd., P.O. Box 693
Slinger, WI 53086


H&J Transportation Services, Inc.
3900 Jackson St. NE, Ste. 125
Minneapolis, MN 55421


H&W Contract Carriers, Inc.
2915 National Rd.
Hebron, OH 43025


H.T.C., Inc.
3708 Sikes Mill Road
Monroe, NC 28110


HAAS CARRIAGE INC.
625 W. UTICA ST.
SELLERSBURG, IN 47172


Hall Farms Trucking, Inc.
432 North 800th St.
Dundas, IL 62425


Hansen's Flowers Limited
157 Seacliff Drive West
Lemington, ON Canada N8H 3Y3

Hardinger Transfer
1314 W. 18th St.
Erie, PA 16500


Harold Orr Trucking, Inc.
P.O. Box 496
Bristol, SD 57219


HAROLD PURKEY & JIM PAYNE dba
P & P ENTERPRISES
P O BOX 607
TELLICO PLAINS, TN 37385


HATCHET & TOMAHAWK TRUCKING
PO BOX 71
BESSEMER, MI 49911-0071


Hawk Transportation, Inc.
C/O Riviera Finance
P.O. Box 100272
Pasadena, CA 91189


Hawkeye Woodshavings, Inc.
5511 E. University Ave,
Des Moines, IA 50327


Hay Creek Express, Inc.
11114 Hay Creek Road
Pittsville, WI 54466


HEIGHT'S SERVICE INCORPORATED
12601 HUDSON ROAD SOUTH
AFTON, MN 55001-9319


Hesco Petroleum Equip., Inc.
P.O. Box 128
Payson, IL 62360


Hickory Hill Furniture, Inc.
P. O. Box 489
Fulton, MS 38843

Hiner Transport
C/O Transportation Alliance Bank
P.O. Box 150290
Ogden, UT 84415


HLH Express, Inc.
C/O Metro Financial Services
P.O. Box 970817
Dallas, TX 75397


HMD Trucking, Inc.
11301 Irving Park Road
Franklin Park, IL 60131


Hoffman Transit Co., Inc.
P.O. Box 87
Gresham, WI 54128


Hoosier Trade Winds, Inc.
1980 East 116th St., Ste. 330
Carmel, IN 40632


Houg Special Services, LLC
P.O. Box 17271
Denver, CO 80217


HUEBNER & SON TRUCKING INC.
BOX 486
BOONVILLE, IN 47601


Hunter Intermodal Trans., Inc.
1020 Industrial Rd.
Halls, TN 38040


HWR


IGORS POKSANS
dba BALTIC LOGISTICS LLC
P O BOX 3526
EVERETT, WA 98200


Industrial Transport, Inc.
851 Expressway Drive.
Itasca, IL 60143

INDUSTRIAL WAREHOUSE SVC INC.
P.O. BOX 2177
TUSCALOOSA, AL 35403


INNOVATIVE LOGISTIC CONCEPTS
P.O. BOX 297
LIMA, OH 45802-0297


Intercon Carriers
C/O GE Capital Corp
P.O. Box 9187
Minneapolis, MN 55480


Intercontinental Transportation Systems
% Ace Logistics Inc.
1933 E. Kelly Lane
Cudahy, WI 53110


Interstate Capital Corp.
c/o Trans America Carriers
3733 Shell, Ste. E
El Paso, TX 79821


INTERSTATE SHIPPERS SVCS
% RIDGE CARRIERS
BOX 16765
DENVER, CO 80216


Itawamba Investments, Inc.
C/o Fortitude Logistics
dba Petre Associates ILP
P.O. Box 205
Fulton, MS 38843


Ivan Stutzman & Son Trucking
5377 C R 626, Box 187
Berlin, OH 44610


J & B EXPRESS INC.
56 WEST SIDE ROAD
LAWRENCEBURG, TN 38464


J & M TRANSFER INC.
4731 EAGLE AVENUE
IRETON, IA 51027

J & R TRANSPORT INC.
BOX 195
DICKEYVILLE, WI 53808


J F MARTIN CARTAGE COMPANY
2641 GREENLEAF AVENUE
ELK GROVE VILLAGE, IL 60007


J P Transportation Services, Inc.
2375 Pratt Blvd.
Elk Grove Village, IL 60007


J&D Burgess, Inc.
P.O. Box 1002
Anniston, AL 36202


J&J Transport LLC
P.O. Box 813
Boyne City, MI 49712


J&M Fast Freight, LLC
P.O. Box 155
Attica, NY 14011


J-Mac Industries, Inc.
P.O. Box 1041
West Plains, MO 65775


J. Anthony Express, Inc.
55 Industrial Way
Seekonk, MA 02771


J.R. Transport, Inc.
7508 W. 58th St.
Summit, IL 60501


JAMES D SCHUMACHER d/b/a
J & T TRANSPORTATION
P O BOX 444
METAMORA, IL 61548-0444


James E Morrow & Sons, Inc.
410 Monroe St.
Monroeville, OH 44847

James E Owen Trucking Co., Inc.
1091 Blackwater Road
Forest, VA 24551


Janco. Ltd.
34 Burgess Place
Wayne, NJ 07470


JB Trucking, Inc.
P.O. Box 2118
Rolla, MO 65402


JCJ Logistics, LLC
100 East 28th St.
Chattanooga, TNB 37410-0000


JCM Carting, Inc.
633 Greenbriar Drive
Matthews, NC 28104


JD Double M Trucking, Inc.
1125 Lew Ross Road
Council Bluff, IA 51501


JD Express Co.
6705 Woodridge Dr.
Woodridge, IL 60517


JD Logistics
2327 Judith Lane
Waukesha, WI 53188


JDC TRUCKING INC.
2760 OLD WIRE RD
MERIDIAN, MS 39301


Jeff Heeren Trucking, Inc.
609 Lake Summerset Road
Davis, IL 61019


JEM Transport, Inc.
400 S. Linwood Ave., Ste. 10
Appleton, WI 54915

Jet B Transport
35 Jean Leman
Candiac, PQ Canada J5R 5X3


Jet Cartage, Inc.
P.O. Box 156
Brookfield, IL 60513


JH Transport, Inc.
1475 Territorial Rd.
Benton Harbor, MI 49022


Jim Brock Trucking, Inc.
660 4th St. SW
Huron, SD 57350


JJ&E Transportation Co.
4433 W. 147th St.
Midlothian, IL 60445


John A Nelson
DBA Nelsons Trucking
1609 Vinewood Lane NE
Cedar Rapids, IA 52402


Joseph Eletto Transfer, Inc.
445 Northern Blvd., Ste. 30
Great Neck, NY 11021


Joshua & Brittany Transport
C/O Cyberfactor, LLC
P.O. Box 71638
Newnan, GA 30271


JP Transportation Services, Inc.
2375 Pratt Blvd.
Elk Grove Village, IL 60007


JT Express, Inc.
1200 North Main Street, Box 439
Monroe, OH 45050


Julius Winter Trucking
23452 Why. D 15
Iowa Falls, IA 50126

Just in Time, LLC
P.O. Box 8091
Rockford, IL 61126


JW Transport, LLC
N9280 South Koro Road
Ripon, WI 54971


K&D Transport, Inc.
C/O Concept Financial Group
NCB-12, P.O. Box 1414
Minneapolis, MN 55480


K2 Express, Inc.
2617 Greenleaf
Elk Grove Village, IL 60007


Kace Logistics, LLC
28436 Highland Rd.
Romulus, MI 48174


Kaelbel Wholesale, Inc.
2501 SW 31st St.
Fort Lauderdale, FL 33300


Kaeter Transport
C/O Sevenoaks Capital Assoc.
P.O. Box 54755
New Orleans, LA 70154


Kardell Leasing Co
P.O. Box 232, 2513 Hwy. Blvd
Spencer, IA 51301


KDC Transportation Group
dba K&D Transportation Co.
P.O. Box 393
Bath, OH 44210


Kelly Corp.
P. O. Box 25
Altamont, IL 62411

Kennedy Freight Lines
3616 Fisher Rd.
Columbus, OH 43228


KENNY HARDY ENTERPRISE INC.
% SECURITY CREDIT CORP.
P.O. BOX 968
SIOUX FALLS, SD 57101


Kenpro Trucking, Inc.
P.O. Box 1196
Glasgow, KY 42141


Kevin Ryman, Inc.
P.O. Box 366
Berwick, PA 18603


KIM SINGHURSE TRUCKING,LLC.
12200 S SINGHURST ST
TERRE HAUTE, IN 47802


Kinard Trucking, Inc.
310 North Zarfoss Drive
York, PA 17404


KING'S EXPRESS INC.
BOX 550
SAINT JOSEPH, MN 56374


KLT Trans., Inc.
142A Danielson Pike
Foster, RI02825


Kness Trucking, Inc.
P.O. Box 463
Chadwick, IL 61014


Kocsis Transport Ltd.
C/O Interstate Capital Corp.
P.O. Box 8031
PSA, Toronto, ON Canada M5W 3W5


Kolnik Trucking, Inc.
505 West Madison Street
Darien, WI 53114

KOTTKE TRUCKING, INC.
BOX 206
BUFFALO LAKE, MN 55314


Krajicek, inc.
P.O. Box 7980
Spencer, IA 51301


L&H Enterprises
P.O. Box 25
Lowgap, NC 27024


L&P Transport, Inc.
P.O. Box 57
Fredericksburg, PA 17026


Lakeland Trucking LLC.
P.O. Box 932
Manitowoc, WI 54221


Landbridge Express, Inc.
C/O Bay View Funding
P.O. Box 88174
San Francisco, CA 94188


Lanier Transport, Inc.
Box 993
Gainesville, GA 30503


Lawrence Trucking, Inc.
C/O Apex Capital Corp.
P.O. Box 981029
Fort Worth, TX 76161


Laza Trucking, Inc.
4632 Larch Ave.
Glenview, IL 06002-5350


LDI Transport, Inc.
5600 North Highway 169
New Hope, MN 55428


Leasing Int'l

Left Lane Express, LLC
761 First Street SW
New Brighton, MN 55112


Leonard's Express, Inc.
P.O. Box 847055
Boston, MA 02284


LESMEISTER TRANSPORTATION INC.
2501 LEE AVE.
BISMARCK, ND 58504


Lighten the Load, Inc.
876 Eagle Drive
Bensenville, IL 60106


LJ Rogers Jr. Trucking, Inc.
P.O. Box 75999
Charlotte, NC 28275


Lost and Found Trucking, Inc.
734 W. 79th St.
Chicago, IL 60620


LRH ENTERPRISES, INC.
% SEVENOAKS CAPITAL ASSOC.
P.O. BOX 54755
NEW ORLEANS, LA 70154-4755


LS Transport, Inc.
3540 S. Dayton Ave.
Muncie, IN 47302


LUBENOW EXPRESS LLC.
P.O. BOX 28207
Green Bay, WI 54324


Lyle & Kevin Ten Napel
dba Ten Napel Trucking
497 Maple St.
Ireton, IA 51027


M D T TRUCKING INC.
PO BOX 434
WOOD DALE, IL 60191

M P EXPRESS INC.
7732 LYMAN AVE.
DARIEN, IL 60561


M P Express, Inc.
7732 Lyman Ave.
Darien, IL 60561


M&G Tank Lines, Inc.
8095 Padgett Switch Rd.
Irvington, AL 36544


M&M Kiper Transportation, Inc.
C/O WEGPAC
P.O. Box 649
Waupaca, WI 54981


M. H. Malueg Trucking Co.
LLC, N4399 Co Rd. G
Leopolis, WI 54948


Mainliner Motor Express, Inc.
P.O. Box 7439
Omaha, NE 68107


Mark Eischeid
dba Eischeid Trucking
P.O. Box 173
Bayard, IA 50029


MARK NUELLE TRUCKING
404 VIRGINIA STREET
BOX 284
ALMA, MO 64001


Marks Trans., Inc.
4359 State Hwy 34 N
Junction City, WI 54443


Marquette Funding
C/O Will Transport
2225 Ruffin Dr.
Monroe, LA 71201

Marvin Keller Trucking, Inc.
P.O. Box 313
Sullivan, IL 61951


Mason Dixon Lines, Inc.
P.O. Box 33298
Detroit, MI 48232


Mavric Trucking, Inc.
548 Lois Ct.
Mount Prospect, IL 60056


MB Trucking, Inc.
5200 S. Lawndale Ave.
Summit, IL 60501


MCGARRH TRUCKING/HENDERSON EXP
% TRANCENTRAL, INC.
4284 PAYSPHERE CIRCLE
CHICAGO, IL 60674


McKenzie Banking Co.
c/o Hillandale Farms of Iowa, Inc.
2128 S. Linn Ave.
New Hampton, IA 50659


MCLEOD EXPRESS, LLC.
P.O. Box 3520
Decatur, IL 62524


MECA/ROUND LAKE FREIGHT
720 39TH STREET
DOWNERS GROVE, IL 60515


Medlock Trucking, Inc.
5552 37th Ave. S.
Minneapolis, MN 55417


MEGA SYSTEMS INC.
5109 WEST LAKE STREET
UNIT #C
MELROSE PARK, IL 60160

Mercury Logistics, Inc.
4617 Allmond Ave.
Louisville, KY 40209


Metropolitan Trucking, Inc.
P.O. Box 8500-1661
Philadelphia, PA 19178


Miceli Trucking, Inc.
210 S. Logan, #4
Denver, CO 80209


Michigan Cartage Mi-Cart, Inc.
7072 Cromwell Rd.
Jenison, MI 49428


MILLENNIUM FREIGHTWAYS, INC.
PMB 114, 80 BURR RIDGE PKWY
BURR RIDGE, IL 60527


MILLERS TOTAL LOGISTIC CONTROL
220 WEST WAYNE STREET
KENDALLVILLE, IN 46755


Misty Mountain Ent.
3120 Mangum St.
Cumming, GA 30041


MIX EXPRESS
% TRANCENTRAL, INC.
4284 PAYSPHERE CIRCLE
CHICAGO, IL 60674


MJ Transportation, Inc.
14825 S. New Ave.
Lockport, IL 60441


MJM Trucking, Inc.
2939 Straley Road
Xenia, OH 45385


Moeller Trucking
11 North 7th Street
Denison, IA 51442

MOORE TRUCKING INC.
N9188 CHERRY TREE ROAD
ALGOMA, WI 54201


Morgan Express, Inc.
County Highway 30
Elwin, IL 62532


MR Express, Inc.
182 Mill St.
Belleville, NJ 07109


MR Trucking, Inc.
C/O Systran
P.O. Box 640296
Pittsburgh, PA 05264


MTE, Inc.
DBA Multi Temp Express
1422 N 44th St., #108
Phoenix, AZ 85008


N & M TRANSFER CO INC.
630 MUTTART RD
NEENAH, WI 54956


N.E. Iowa Freight Services, Inc.
C/O GE Capital
P.O. Box 9187
Minneapolis, MN 55480


NANCY BAER TRUCKING INC.
3137 VIRGINIA AVE.
JASPER, IN 47546


Nathan Hartley Trucking, Inc.
157 Fred Grant Dr.
Hayneville, AL 36040


National Carriers, Inc.
1501 E. Eighth St.
Liberal, KS 67905

National Freightways, Inc.
P.O. Box 19124
Omaha, NE 68119

NATIONAL LOAN INVESTORS LP
3030 N.W. EXPRESSWAY STE 1313
Oklahoma City, OK 73112

NBN Trucking Co.
dba Donald L. Thompson
2720 10th St.
Shelbyville, MI 49344

NBS TRUCKING LTD.
P.O. BOX 644
CLEARFIELD, PA 16830

Nexus Distribution Corp.
Dept. 4710, P.O. Box 87618
Chicago, IL 60680

NG Express, Inc.
C/O Riviera Finance
22331 Network Place
Chicago, IL 60673

Norbet Trucking Corp.
55 Passaic Ave.
Kearny, NJ 07032

NORMAN FRED TRUCK SERVICE INC.
1248 ENTERPRISE AVE.
MURPHYSBORO, IL 62966

Norsemen Trucking, Inc.
106 E. Main St.
Lake Mills, IA 50450

Northwestern Mutual Life Ins.
P.O. Box 3181
Milwaukee, WI 53201

Nussbaum Transportation Service
2200 N. Main St., P.O. Box 1027
Normal, IL 61761

OHIO VALLEY EXPEDITING LLC.
% SOUTHBOUND ENTERPRISES INC.
12500 ST. RT. 124
PIKETON, OH 45661


OHIO VALLEY EXPRESS INC.
12628 BENTLEY DR, N.W.
PICKERINGTON, OH 43147


On Time Delivery, LLC
P.O. Box 1243
Muscatine, IA 52761


One Transportation Service, Inc.
1504 Beech Street
Zanesville, OH 43701


Online Express, Inc.
P.O. Box 932
Manitowoc, WI 54221


Onyiego Freight Service
dba AOFS
2300 E Higgins Rd., #221
Elk Grove Village, IL 60007


Orange Commercial Credit
C/O Midwest Transport V.M., Inc.
1900 N. Austin Avenue
Chicago, IL 60639


Orzel Trucking, Inc.
770 Industrial Dr.
Elmhurst, IL 60126


P&M TRUCKING INC.
1845 SOUTH PETERSON AVE.
DOUGLAS, GA 31535


P&P Ent.
P.O. Box 607
Tellico Plains, TN 37385

P&P Transport, Inc.
P.O. Box 1710
Delran, NJ 08075


Pace Transportation, Inc.
727 S. 13th St.
Omaha, NE 68102


Pacific Central Express
3353 W. Osborn
Phoenix, AZ 85017


PANTHER 2 TRANSPORTATION INC.
1114 NORTH COURT STREET
BOX 713    PMB 208
MEDINA, OH 44256


PATTERSON FREIGHT SYSTEMS INC.
P.O. Box 3838
Plant City, FL 33563


Peppers Trucking, Inc.
105 E. Morse Dr.
Northlake, IL 60164


PIK Transportation
P.O. Box 4639
Chicago, IL 60680


Pilot Air Freight
1573 Paysphere Circle
Chicago, IL 60674


Pinewood Transport Ltd.
2074 Luka Ave.
Columbus, OH 43201


PIONEER METAL FINISHING CORP.
GREEN BAY DIVISION
P.O. BOX 689832
MILWAUKEE, WI 53268-9832


PIONEER TRANSPORT INC.
P O BOX 11388
LANCASTER, PA 17605

Pollywog Transport, Inc.
1908 28th Ave. East
Palmetto, FL 34221


Polman Transfer, Inc.
P.O. Box 470
Wadena, MN 56482


Polmax Trucking, Inc.
220 S. Roselle Rd., Ste. 423
Schaumburg, IL 60193


POLTOM TRANSPORT
39 RICHVIEW RD #904
TORONTO,  ON, Canada M9A 4M7


POWER TRANSPORTATION INC.
427 S. CUMBERLAND AVENUE
PARK RIDGE, IL 60068


PREFERRED TRANSPORT & DISTRIBUTION
P.O. BOX 44223
ATLANTA, GA 30336


Premier Delivery, Inc.
8455 South 77th Ave.
Bridgeview, IL 60455


Premier Distribution, Inc.
P.O. Box 1237
Suwanee, GA 30024


Premier Transport Service, Inc.
P.O. Box 150
Lizton, IN 46149


PREMIER TRUCKLINES INC.
BOX 4512
CHATSWORTH, CA 91313


Prime Financial
C/o Extreme Logistics, LLC
15707 Hwy 70 East
Lenoir City, TN 37772

PRO-FLEET TRANSPORTATION
900 NORTH INDIANA AVENUE
Kansas City, MO 64187


PROMPT MOTOR FREIGHT INC.
6607 KITTY AVE.
CHICAGO RIDGE, IL 60415


Propane Transport Int'l.
Dept CH 10128
Palatine, IL 60055


Prut Trucking Ltd.
372 Crofters Road
Woodridge, Ontario, Canada L4L 8Y3


Pyne Freight Lines, Inc.
1000 Union St.
Taylor, PA 18517


QUAKER TRANSPORT INC.
BOX 10125
LANCASTER, PA 17605


R W FREIGHT SOLUTIONS INC.
632 NORTH HARVEY AVENUE
OAK PARK, IL 60302-1740


RAIL FLITE TRANSPORTATION INC.
5260 NW 111TH ST.
GRIMES, IA 50111


Ramsey's Delivery Service, Inc.
400 Brookes Drive, Ste. 106
Saint Louis, MO 63042


RANDY LAWYER TRUCKING
P O BOX 205
ORLEANS, IN 47452-0205


RD Walters & Sons Trucking
P.O. Box 26345
Akron, OH 44319

Realtime Transporation
3330 Cobb Pkwy, Ste. 17 #357
Acworth, GA 30101


Remington Logistix, Inc.
6502 W. Highway 24
Remington, IN 47977


Reno Stevanus
dba Reno & Co.
P.O. Box 106
Sugarcreek, OH 44681


Richers Trucking, Inc.
1727 346TH Ave.
Wever, IA 00052-6858


Rick Fenton Trucking, Inc.
21057 183rd Ave.
Centerville, IA 52544


River Valley Express, LLC
10103 River Road, Box 405
Ringle, WI 54471


Riviera Finance
c/o GNS Express, Inc.
1522 E. Algonquin Road
Arlington Heights, IL 60005


Riviera Finance
c/o Imperial Eagle Express, Inc.
6303 N. Cicero Ave.
Chicago, IL 60646


Riviera Finance Northeast
C/o Culver Transport
257 Culver Ave.
Jersey City, NJ 07305


Riviera Finance of Texas
c/o Last Trail Services
3340 Greens Rd., Bldg B 700
Houston, TX 77032

RK Trucking, Inc.
3817 N. Trainer Road
Rockford, IL 61114


ROACO LLC.
4454 PAYSPHERE CIRCLE
CHICAGO, IL 60674-4454


Road One Express, Inc.
3150 Norman Berry Dr.
Atlanta, GA 30344


ROADCO TRANSPORTATION SERVICES
5531 PAYSPHERE CIRCLE
CHICAGO, IL 60674


Roadfast/Quik X Transport
6701 Davand Drive
Mississauga, ON CA 2R2


ROADRUNNER FREIGHT SYSTEMS INC.
P.O. BOX 8903
CUDAHY, WI 53110-8903


ROBERT BOLDOG


Robert Brinegar Trucking, Inc.
5053 George Taylor Road
Spencer, VA 24165


Robert Campbell Trucking
613 W Main
Teutopolis, IL 62467


Rock Hard Transportation
10763 Poplar Ave.
Fontana, CA 92337


Rocket Expedited Services
36517 Treasury Center
Chicago, IL 60694

ROGER BRADLEY/DBA CODY EXPRESS
200 PEPPER ROAD
EASLEY, SC 29642


Romans Motor Freight, Inc.
2605 N. 11th St.
Omaha, NE 68110


Rondy Fleet Services, Inc.
255 Wooster Rd. N.
Barberton, OH 44203


RPM LEASING CORP
3610 KETTERMAN ROAD
OAK GROVE, MO 64075


RPM Leasing Corp.
3610 Ketterman Road
Oak Grove, MO 64075


RTS Financial Service
C/o Active Express, Inc.
4441 Milwaukee Ave.
Chicago, IL 60630


RTS Financial Service
C/o Ed Service Group
10451 W. Touhy Ave., Ste. 2E
Rosemont, IL 60018


RTS Financial Service
c/o Freedom Ent.
11441 County Rd. 75
Kenton, OH 43326


RTS Financial Service
c/o Veik Ent.
84026 540 Ave.
Norfolk, NE 68752


RTS Financial Service
c/o Wild Bohemian Carriers
288 Greenwood Lane
Bowling Green, KY 42104
Monroe, LA 71201

RTS Financial Services
c/o MLP Transport, Inc.
616 Driftwood
Romeoville, IL 60446


Ruan Transport Corp.
900 Ruan Center, 666 Grand Ave.
Des Moines, IA 50309


Run-R-Way Express Co., Inc.
P.O. Box 205
Portis, KS 67474


RWT, Inc.
449 Lowy Drive
Chatsworth, GA 30705


Ryno Express, Inc.
P.O. Box 291
Island Lake, IL 60042


S.F.T., LLC, Sargent Family Trucking
P.O. Box 264
Platteville, WI 53818


Sanderson and Son
P.O. Box 788
Eagle Lake, FL 33839


Sanmar Express, Inc.
925 N. Milwaukee Ave.
Wheeling, IL 60090


Satterfield Trucking, Inc.
P.O. Box 1166
Talbott, TN 37877


Saturn Freight Systems, Inc.
P.O. Box 87468
Carol Stream, IL 60188


SBC
225 W. Randolph St., fl 27A
Chicago, IL 60606

Scarbrough Logistics, Ltd.
10841 Ambassador Drive
Kansas City, MO 64195


Schroeder Assoc.
Inc., P. O. Box 1084
Antwerp, OH 45813


SCHROEDER FREIGHT INC.
20 MAIN STREET, Box 774
NIVERVILLE, MB CANADA
R0A 1E0


Scott Carriers, Inc.
P.O. Box 391
Rome, GA 30162


Scott R. Beckman Trucking, Inc.
759 Luther Drive, #201
Romeoville, IL 60446


Scott Tooley
DBA Circle T
102 East Kimberly Road
Suite 8, PMB 119
Davenport, IA 52806


Scott's Express, Inc.
P.O. Box 12728
Grand Forks, ND 58208


SDB Freight Systems
232 Fairall Street
Ajax, Ontario, Canada L1S 1R6


Security Credit Corp
C/o D.A.D. II Trucking
7196 Woodland Circle
Riverdale, GA 30274


Security Credit Corp.
c/o Mazz Transport LLC
1202 Westbury, Ste. 102
Brandon, FL 33511

Security Credit Corp.
c/o Qadir Baqi
dba Q A B Transportation
7257 Pellet St.
Downey, CA 90241


Senate Transportation
C/O Bay View Funding
P.O. Box 881774
San Francisco, CA 94188


Service Immediate, Inc.
P.O. Box 35260
Elmwood Park, IL 60707


Sevenoak Capital Assoc.
c/o Partin Trans. Systems
P.O. Box 1043
Deland, FL 32721


Sevenoaks Capital Assoc.
c/o Long Haul Trucking, Inc.
P.O. Box 161
Glenwood, MN 56334


Shawnee Trucking Co., Inc.
213 Washington Ave.
Carlstadt, NJ 07072


Shoreline Transportation, Inc.
P.O. Box 869
Cantonment, FL 62533


SHORT FREIGHT LINES, INC.
BOX 357
BAY CITY, MI 48707-0357


Sierra Shipping, Inc.
1015 S. County 75 West
North Vernon, IN 47265


Silver City Express, Inc.
N 56 W13180 Silver Spring Rd.
Menomonee Falls, WI 53051

Silver Express, Inc.
P.O. Box 151
Blomkest, MN 56216


Skylark Transportation Co., Inc.
4755 Hubbell Ave.
Des Moines, IA 50317


SOM Transport Solutions, Inc.
4364 Malin Drive West
Columbus, OH 43224


Somat, Inc.
4355 Arrow Ave.
Sarasota, FL 34232


SOS Transportation, Inc.
6325 N. Sheridan Road, #1403
Chicago, IL 60660


Source One Systems, Inc.
3924 Starboard Drive
Hanover Park, IL 60133


Southern Pride Meat Co., Inc.
1248 Old Grantham Rd.
Goldsboro, NC 27530


SOUTHWESTERN MOTOR TRANSPORT
P.O. BOX 47906
SAN ANTONIO, TX 78265-7906


Sowinski Trucking, LLC
5818 Fire Lane
Rhinelander, WI 54501


SPC Transportation, Inc.
70 Corporate Woods Drive
Bridgeton, MO 63044


Specketer Farms Trucking
17951 E. Bottom Lane
Havana, IL 62644

Spoerl Trucking, Inc.
N 448 Highview Road
Ixonia, WI 53036


Stagecoach Express, Inc.
1311 Canton St.
Prescott, WI 54021


STANDARD FORWARDING CO.
P.O. BOX 469
MOLINE, IL 61266


STAR LEASING INC.
P.O. BOX 64428
FAYETTEVILLE, NC 28306


Statewide Delivery, Inc.
P.O. Box 140931
Grand Rapids, MI 49514


STEADFAST TRANSCONTINENT INC.
14686 HIGHWAY 164
HORNERSVILLE, MO 63855


Stealth Ent., LLC
P.O. Box 90
Johnston, IA 50131


STEGER TRUCKING INC.
16 WESTFIELD CIRCLE
FOND DU LAC, WI 54935


STEIG TRUCKING
BOX 114
REED CITY, MI 49677


Steleklberg Trucking, Inc.
703 E. Chestnut St.
Pardeeville, WI 53954


Stencel Trucking
County Rd 14 North
Minnesota Lake, MN 56068

STS Transportation, Inc.
P.O. Box 23283
Newark, NJ 07189


Summitt Trucking LLC
P.O. Box 0339
Jeffersonville, IN 47131


Sunbelt Finance
c/o Gary Beard Trucking Inc.
30100 Hatchiecoon Rd.
Trumann, AR 72472


Sunrunner Transport Services
175 Universal Dr N.
North Haven, CT 06473


SUNTECK TRANSPORT & LOGISTICS
6413 CONGRESS AVENUE
SUITE 240
BOCA RATON, FL 33487


Superior Services Express, Inc.
P.O. Box 2197
Hendersonville, TN 37077


Superior Truck Lines
P.O. Box 890928
Dallas, TX 75389


Swift Trucking, Inc.
4714 S. Latrobe Ave.
Stickney, IL 60638


Synergy Transport Systems
2311 Woodfield Road
Oakville, ON Canada L6H 6Y7


Systran Financial
c/o Nick's Transportation
3419 Cicero Ave.
Cicero, IL 60804

Systran Financial
c/o Robinson Transport, Inc.
P.O. Box 09803
Columbus, OH 43207


Systran Financial Services
c/oFreightways Logistic, Inc.
600 E. Higgins Rd., Ste.1B
Elk Grove Village, IL 60007


Systran Financial Svcs
C/o ATL, Inc.
P.O. Box 17722
Clearwater, FL 33762


Systran, Inc.
c/o Xpress Logistics, Inc.
P.O. Box 326
Lebanon, TN 37088


T. Trans. Express, Inc.
1020 Republic Drive
Addison, IL 60101


Taylor Transfer
529 North Morgan Street
Decatur, IL 62521


TAYLOR TRUCK LINE INC.
31485 NORTHFIELD BOULEVARD
NORTHFIELD, MN 55057


TBI, Inc.
2209 E 39th St. N., Ste. 100
Sioux Falls, SD 57104


Tenco Transportation
P.O. Box 1032
Grapevine, TX 76099


TENNESSEE TRUCKING EXPRESS INC.
P.O. BOX 100986
NASHVILLE, TN 37224-0986

TERMINAL TRANSPORT INC.
SDS 12-1807
PO BOX 86
MINNEAPOLIS, MN 55486-1807


Terry Hill, Inc.
13 Herrick Ave.
Milton, VT 05468


The Bradley Factor
C/o Chase Freight Specialist, LLC
2052 Hwy 41 N.
Ringgold, GA 30736


Thomas Keller Trucking, Inc.
1160 Carpenter Road
Defiance, OH 43512


Three Way Transfer of Arkansas
1022 S. Y Street
Fort Smith, AR 72901


Tim Baker Trucking, LLP
Route 3, Box 138
Curtis, NE 69025


Timberland Trucking Co., Inc.
Rte. 157, P.O. Box 416
East Millinocket, ME 04430


TIME DEFINITE LOGISTICS
2551 WEST ALLAN ST
ELK GROVE VILLAGE, IL 60007


Time Definite Logistics
1471 Wood Dale Rd.
Wood Dale, IL 60191


TKX Logistics
1720 Indianwood Circle, #1
Maumee, OH 43537


Totally Confused Trucking
1420 Forum Way South
Fort Worth, TX 76140

Trade Winds Transit, Inc.
1065 Bloomfield Road
Bardstown, KY 40004


Trailer USA
9657 NW S River Dr.
Medley, FL 33166


Tram Transporation
dba Rodger Steig Trucking
P.O. Box 114
Reed City, MI 49677


Trancentral
C/O American Highway Inc.
420 Country Club Drive
Bensenville, IL 60106


Trancentral
C/o BTX, Inc.
765 N Rte. 83 Ste. 113
Bensenville, IL 60106


Trancentral
C/o C&C Distribution Services, Inc.
205 E. 18th ST.
Des Moines, IA 50316


TranCentral, Inc.
c/o Lavalle Transportation, Inc.
P.O. Box 547
Potsdam, NY 13676


TranCentral, Inc.
c/o McGarrh Trucking/Henderson Exp.
P.O. Box 988
Owensboro, KY 42302


Transborder Logistics, Inc.
4709 N. 5th St.
McAllen, TX 78504


Transco Max, Inc.
400 Boulevard Industreil
Saint Euctache, PQ Canada J7R 5V3

TRANSFLEET INC.
11699 FENNER ROAD
PERRY, MI 48872


Transinternational Systems, Inc.
P.O. Box 109
Worthington, OH 43085


Transport Systems, LLC
C/O TranCentral Financial
4284 Paysphere Circle
Chicago, IL 60674


Transportation Alliance Bank
c/o J&J Transportation, LLC
1050 Bird St.
Benton, AR 72015


Transportation Alliance Bank
c/o RL Tate Enterprises
dba Roger Tate
5521 Florence Blvd.
Omaha, NE68110


Transportation Funding Group
C/o Albrecht Trucking
410 44th St. Ste. C
Grand Rapids, MI 49548


Triple Crown Services Co.
P.O. Box 10221
Fort Wayne, IN 46851


U T S TRANSPORTATION INC.
112 NORTH EWING STREET
Suite A
GRIMES, IA 50111


University Corp.
3789 Groveport Rd.
Columbus, OH 43207


V H EXPRESS INC.
% R.T.S., INC.
P.O. BOX 932001
KANSAS CITY, MO 64180-2270

V&S Midwest Carriers Corp.
2001 Hyland Ave.
Kaukauna, WI 54130


Valley Express LLC
P.O. Box 472
Neenah, WI 54957


VAN DYKE TRANSPORT INC.
% SHIPPERNET.COM
516 W. 10TH STREET
SIOUX FALLS, SD 57104


VITRAN EXPRESS
P.O. BOX 633519
CINCINNATI, OH 45263-3519


Volk Transfer, Inc.
104 Volk Avenue
Mankato, MN 56001


Volunteer Express, Inc.
P.O. Box 100886
Nashville, TN 37224


W B PRODUCE HAULERS INC.
525 COTTAGE GROVE
GRAND RAPIDS, MI 49507


W&S Trucking, Inc.
Box 638
Saint Croix Falls, WI 54024


Waehler Trucking Service, Inc.
W1584 County Trunk H
Lomira, WI 53048


WEGPAC
C/o B.K.T. of IL, Inc.
2028 S. Avers Court
Alsip, IL 60803

```
WEGPAC
c/o GST, Inc.
458 Cherry Hill Dr.
Addison, IL 60101


WEGPAC
c/o Henkel Transport, Inc.
P.O. Box 682
Spring Green, WI 53588


WEGPAC
c/o Syrena Trans.
2106 Lyra Dr.
Holiday, FL 33690


Wells Fargo Inc.
c/o Martin Trucking Co., Inc.
210 Martin Ave.
Tomah, WI 54660


West Tenn Express, Inc.
P.O. Box 5000 #201
Jackson, TN 38305


West Texas Express
1155 Valley Crest, P.O. Box 27031
El Paso, TX 79926


West Wisconsin Transport, Inc.
6300 Alter Rd.
Eau Claire, WI 54703


Western Express, Inc.
P.O. Box 305172, Dept. 54
Nashville, TN 37230


Western Flyer, Inc.
2481 W. 1000 S.
Aberdeen, ID 83210


Whitehead Brothers, Inc.
P.O. Box 460
Eufaula, AL 36072
```

Wickline Bedding Co., Inc.
455 N. Quince St.
Escondido, CA 92025


WIEBE TRANSPORT
81 HIGHBURY STREET
SAINT THOMAS, ON  CANADA
N5H 4J4


Willard L. Shull
Dba Shull's Pick-up & Delivery Service
1646 Barbara Lane NE
Washington Court, OH 43160


Wilson Trucking Corp.
P.O. Box 200
Fishersville, VA 22939


Winter Truck Lines, Inc.
1485 230th St.
Mahnomen, MN 56557


Wiseway Motor Freight
NW 5182, Box 1450
Minneapolis, MN 55485


WJ Station Express LLC
6560 Kentucky Hwy. 1194
Stanford, KY 40484


WLW Truck Leasing, Inc.
Box 7113, South Omaha Station
Omaha, NE 68107


WN Morehouse Truckline, Inc.
4010 Dahlman Ave.
Omaha, NE 68107


WORLD TRUCKING INC.
1520 SHELDON DR.
ELGIN, IL 60120


World Trucking, Inc.
1520 Sheldon Dr.
Elgin, IL 60120

Wright-Way Transfer, Inc.
22257 68th Ave. S.
Seattle, WA 98032


X Enterprises, Inc.
C/O GE Capital
P.O. Box 9187
Minneapolis, MN 55480


X Factors, Inc.
c/o Midwest Trans. Spec.
51B Osage St.
Kansas City, MO 66105


X-Treme Freight Ways, Inc.
C/O RTS Financial
P.O. Box 802270
Kansas City, MO


XTL, Inc.
8201 Enterprise Ave.
Philadelphia, PA 19153


Zweber Trucking Co.
526 NW 2nd ST.
Faribault, MN 55021

# United States Bankruptcy Court
## Northern District of Illinois

In re  **DIRECT EXPRESS, INC.**

Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **DIRECT EXPRESS, INC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  4, 2005**

Date

**/s/ Richard L. Hirsh 1225936**

**Richard L. Hirsh 1225936**

Signature of Attorney or Litigant
Counsel for  **DIRECT EXPRESS, INC.**

**Richard L. Hirsh & Associates, P.C.**

**15 Spinning Wheel Rd.**
**Suite 128**
**Hinsdale, IL 60521-2984**
**630 655-2600 Fax:630 655-2636**
**richala@sbcglobal.net**