**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: DIRECT EXPRESS, INC. | § Case No. 05B-12329 |
| | § |
| | § |
| | § |
| Debtors | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on April 04, 2005. The undersigned trustee was appointed on January 14, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     254,675.96

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 4,829.86 |
   | Payments to creditors | 130,920.17 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Leaving a balance on hand of | $     118,925.93 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

      6.  The deadline for filing claims in this case was 09/01/2005.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $15,983.80.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $15,983.80, for a total compensation of $15,983.80.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of  $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/15/2009       By: */s/DAVID GROCHOCINSKI, TRUSTEE*
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-12329 JS  **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** DIRECT EXPRESS, INC.  **Filed (f) or Converted (c):** 04/04/05 (f)
**§341(a) Meeting Date:** 05/31/05
**Period Ending:** 04/15/09  **Claims Bar Date:** 09/01/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE | 243,658.61 | 243,658.61 | | 162,201.20 | FA |
| 2 | HARRIS BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | MISC. PHOTOS | 100.00 | 100.00 | DA | 0.00 | FA |
| 4 | NORTHWESTERN MUTUAL | 5,729.99 | 5,729.99 | DA | 0.00 | FA |
| 5 | NORTHESTERN MUTUAL INSURANCE ANNUITY | 8,739.00 | 8,739.00 | DA | 0.00 | FA |
| 6 | 122 SHARES OF METALS USA | 1,945.90 | 1,945.90 | DA | 0.00 | FA |
| 7 | MISC OFFICE, FURNITURE EQUIPMENT | 500.00 | 500.00 | DA | 0.00 | FA |
| 8 | POSSIBLE PREFERENCES  (u) | 10,000.00 | 10,000.00 | | 88,980.04 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3,494.72 | Unknown |
| 9 | Assets   Totals (Excluding unknown values) | **$270,673.50** | **$270,673.50** | | **$254,675.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

COMMENCING PREFERENCE ACTIONS
REVIEW OF TAX AND ACCOUNTING RECORDS BY ACCOUNTANT
INSIDER CAUSE OF ACTION; POSSIBLE BREACH OF FIDUCIARY DUTY
TURNED OVER SECURED FUNDS TO CREDITOR; PREFERENCE ACTIONS PENDING INCLUDING VERSUS INSIDERS (ACTIONS WILL NOT BE COMPELTED UNTIL LATE 2008);  LAST SETTLEMENT PAYMENT DUE UNDER SETTLEMENT IS FEBRUARY 2009.

**Initial Projected Date Of Final Report (TFR):**   July 31, 2007   **Current Projected Date Of Final Report (TFR):**   June 30, 2009

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05B-12329 JS  
**Case Name:** DIRECT EXPRESS, INC.  

**Taxpayer ID #:** 36-3499564  
**Period Ending:** 04/15/09  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-19 - Time Deposit Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 10/06/05 | | FUNDING ACCOUNT: ********7765 | | 9999-000 | 100,000.00 | | 100,000.00 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | 64.13 | | 100,064.13 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | 74.05 | | 100,138.18 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | 76.57 | | 100,214.75 |
| 01/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 9.89 | | 100,224.64 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 77.46 | | 100,302.10 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 80.82 | | 100,382.92 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 89.56 | | 100,472.48 |
| 04/06/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 14.45 | | 100,486.93 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1500% | 1270-000 | 85.22 | | 100,572.15 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1500% | 1270-000 | 98.27 | | 100,670.42 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1500% | 1270-000 | 95.20 | | 100,765.62 |
| 07/06/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1500% | 1270-000 | 15.88 | | 100,781.50 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 105.91 | | 100,887.41 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 120.03 | | 101,007.44 |
| 10/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 131.81 | | 101,139.25 |
| 10/17/06 | | CHASE BANK | TRANSFER OF FUNDS TO PAY CLAIM PER ORDER OF 10/13/06 | 9999-000 | | 101,139.25 | 0.00 |
| | | | ACCOUNT TOTALS | | 101,139.25 | 101,139.25 | $0.00 |
| | | | Less: Bank Transfers | | 100,000.00 | 101,139.25 | |
| | | | **Subtotal** | | **1,139.25** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,139.25** | **$0.00** | |

{} Asset reference(s)

Printed: 04/15/2009 01:44 PM    V.11.12

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05B-12329 JS  
**Case Name:** DIRECT EXPRESS, INC.

**Taxpayer ID #:** 36-3499564  
**Period Ending:** 04/15/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-20 - Time Deposit Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/08 | | FUNDING ACCOUNT: ********7765 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 01/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 706.85 | | 50,706.85 |
| | | | **ACCOUNT TOTALS** | | 50,706.85 | 0.00 | $50,706.85 |
| | | | Less: Bank Transfers | | 50,000.00 | 0.00 | |
| | | | **Subtotal** | | 706.85 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$706.85** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05B-12329 JS
**Case Name:** DIRECT EXPRESS, INC.

**Taxpayer ID #:** 36-3499564
**Period Ending:** 04/15/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****77-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/12/05 | {1} | UTC BACHMANN, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 2,050.00 | | 2,050.00 |
| 04/12/05 | {1} | KOBE WIELAND COPPER PRODUCTS, INC. | A/R | 1121-000 | 918.00 | | 2,968.00 |
| 04/12/05 | {1} | WIELAND METALS, INC. | A/R | 1121-000 | 11,803.00 | | 14,771.00 |
| 04/12/05 | {1} | TORAY PLASTICS, INC. | A/R | 1121-000 | 23,945.00 | | 38,716.00 |
| 04/12/05 | {1} | SCHWARZ | A/R | 1121-000 | 385.00 | | 39,101.00 |
| 04/12/05 | {1} | SCHNEIDER PAYMENT SERVICES INC. | A/R | 1121-000 | 1,842.50 | | 40,943.50 |
| 04/12/05 | {1} | VAR-CHEM PRODUCTS, LLC | A/R | 1121-000 | 1,155.00 | | 42,098.50 |
| 04/12/05 | {1} | OWINGS MODIFIERS, INC. | A/R | 1121-000 | 500.00 | | 42,598.50 |
| 04/12/05 | {1} | MARCAL PAPER MILLS, INC. | A/R | 1121-000 | 2,450.00 | | 45,048.50 |
| 04/12/05 | {1} | CYRIL-SCOTT COMPANY | A/R | 1121-000 | 720.00 | | 45,768.50 |
| 04/12/05 | {1} | WEB SPECIALISTS, INC. | A/R | 1121-000 | 6,962.00 | | 52,730.50 |
| 04/12/05 | {1} | NICHOLS ALUMINUM | A/R | 1121-000 | 2,916.00 | | 55,646.50 |
| 04/12/05 | {1} | CONTINENTAL TRAFFIC SERVICE, INC. | A/R | 1121-000 | 490.50 | | 56,137.00 |
| 04/21/05 | {1} | US TREASURY | | 1121-000 | 21.76 | | 56,158.76 |
| 04/21/05 | {1} | YUSEN AIR & SEA SERVICE USA INC | A/R | 1121-000 | 150.00 | | 56,308.76 |
| 04/21/05 | {1} | COUGAR PACKAGE DESIGNERS, INC. | A/R | 1121-000 | 650.00 | | 56,958.76 |
| 04/21/05 | {1} | HEADS & THREADS INTERNATIONAL LLC | A/R | 1121-000 | 2,610.55 | | 59,569.31 |
| 04/21/05 | {1} | SCHNEIDER PAYMENT SERVICES INC. | A/R | 1121-000 | 2,392.50 | | 61,961.81 |
| 04/21/05 | {1} | TORAY PLASTICS INC. | A/R | 1121-000 | 19,700.00 | | 81,661.81 |
| 04/21/05 | {1} | TRANSPORTATION SERVICES | A/R | 1121-000 | 1,404.00 | | 83,065.81 |
| 04/21/05 | {1} | MITSUI STEEL INC. | A/R | 1121-000 | 2,205.00 | | 85,270.81 |
| 04/27/05 | {1} | MIDWEST CANVAS CORPORATION | A/R | 1121-000 | 335.00 | | 85,605.81 |
| 04/27/05 | {1} | EAGLE STEEL CORPORATION | A/R | 1121-000 | 895.00 | | 86,500.81 |
| 04/27/05 | {1} | NSU CORPORATION | A/R | 1121-000 | 141.73 | | 86,642.54 |
| 04/27/05 | {1} | ELWOOD PACKAGING, INC. | A/R | 1121-000 | 500.00 | | 87,142.54 |
| 04/27/05 | {1} | NICHOLS ALUMINUM | A/R | 1121-000 | 756.00 | | 87,898.54 |
| 04/27/05 | {1} | NICHOLS ALUMINUM OFFICE | A/R | 1121-000 | 756.00 | | 88,654.54 |
| 04/27/05 | {1} | YUSEN AIR & SEA SERVICE USA INC. | A/R | 1121-000 | 375.00 | | 89,029.54 |
| 04/27/05 | {1} | WIELAND METALS, INC. | A/R | 1121-000 | 1,454.00 | | 90,483.54 |

Subtotals : $90,483.54 $0.00

{} Asset reference(s)

Printed: 04/15/2009 01:44 PM    V.11.12

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05B-12329 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | DIRECT EXPRESS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****77-65 - Money Market Account |
| Taxpayer ID #: | 36-3499564 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/15/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/27/05 | {1} | TSW | A/R | 1121-000 | 490.50 | | 90,974.04 |
| 04/27/05 | {1} | CLAIRE MANUFACTURING COMPANY | A/R | 1121-000 | 1,500.00 | | 92,474.04 |
| 04/27/05 | {1} | RASMUSSEN & ASSOCIATES, INC. | A/R | 1121-000 | 900.00 | | 93,374.04 |
| 04/27/05 | {1} | CROWN ZELLER USA INC. | A/R | 1121-000 | 899.25 | | 94,273.29 |
| 04/27/05 | {1} | AA MIDWEST REBUILDER'S SUPPLIERS, INC. | A/R | 1121-000 | 3,550.00 | | 97,823.29 |
| 04/27/05 | {1} | TORAY PLASTICS, INC. | A/R | 1121-000 | 20,052.00 | | 117,875.29 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 10.78 | | 117,886.07 |
| 05/03/05 | {1} | CREATIVE PROMOTIONAL PRODUCTS, INC. | A/R | 1121-000 | 5,200.00 | | 123,086.07 |
| 05/03/05 | {1} | CREATIVE PROMOTIONAL PRODUCTS, LTD. | A/R | 1121-000 | 1,875.00 | | 124,961.07 |
| 05/03/05 | {1} | ALTO MFG. CO. INC. | A/R | 1121-000 | 1,150.00 | | 126,111.07 |
| 05/03/05 | {1} | PITNEY BOWES INC. D/BA/ WORLD DISTRIBUTION SERVICES | A/R | 1121-000 | 650.00 | | 126,761.07 |
| 05/03/05 | {1} | WILLIAMS & ASSOCIATES, INC. | A/R | 1121-000 | 1,650.00 | | 128,411.07 |
| 05/03/05 | {1} | TORAY PLASTICS, INC. | A/R | 1121-000 | 17,685.00 | | 146,096.07 |
| 05/10/05 | {1} | A.W. MENDENHALL CO., INC. | A/R | 1121-000 | 2,350.00 | | 148,446.07 |
| 05/10/05 | {1} | TORAY PLASTICS, INC. | A/R | 1121-000 | 450.00 | | 148,896.07 |
| 05/10/05 | {1} | NICHOLS ALUMINUM | A/R | 1121-000 | 1,728.00 | | 150,624.07 |
| 05/10/05 | {1} | GOOD ONE EXPRESS CHI INC. | A/R | 1121-000 | 750.00 | | 151,374.07 |
| 05/10/05 | {1} | AMERICAN FLASH INC. | A/R | 1121-000 | 1,550.00 | | 152,924.07 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 43.56 | | 152,967.63 |
| 06/01/05 | {1} | NICHOLS ALUMINUM | A/R | 1121-000 | 880.00 | | 153,847.63 |
| 06/01/05 | {1} | NICHOLS ALUMINUM | A/R | 1121-000 | 1,917.00 | | 155,764.63 |
| 06/01/05 | {1} | CUSTOM FREIGHT SOLUTIONS | A/R | 1121-000 | 910.00 | | 156,674.63 |
| 06/01/05 | {1} | ELWOOD PACKAGING INC. | A/R | 1121-000 | 650.00 | | 157,324.63 |
| 06/01/05 | {1} | UTC BACHMANN, INC. | A/R | 1121-000 | 475.00 | | 157,799.63 |
| 06/10/05 | {1} | APPLIED CAPITAL, INC. | A/R | 1121-000 | 21.69 | | 157,821.32 |
| 06/14/05 | {1} | WEB SPECIALISTS, INC. | A/R | 1121-000 | 3,595.00 | | 161,416.32 |
| 06/14/05 | {1} | CH ROBINSON COMPANY | A/R | 1121-000 | 828.90 | | 162,245.22 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 51.01 | | 162,296.23 |
| 07/26/05 | {8} | BILLINGS TRANSPORTATION GROUP, INC. | TURNOVER OF PREFERENCE PAYMENTS | 1241-000 | 2,143.88 | | 164,440.11 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 56.36 | | 164,496.47 |

Subtotals :  $74,012.93   $0.00

{} Asset reference(s)

Printed: 04/15/2009 01:44 PM   V.11.12

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05B-12329 JS  
**Case Name:** DIRECT EXPRESS, INC.  
**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  

**Taxpayer ID #:** 36-3499564  
**Period Ending:** 04/15/09  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 62.88 | | 164,559.35 |
| 09/07/05 | {1} | SBC | REFUND CHECK | 1121-000 | 32.01 | | 164,591.36 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 64.72 | | 164,656.08 |
| 10/06/05 | | ACCOUNT FUNDED: ********7719 | | 9999-000 | | 100,000.00 | 64,656.08 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 34.93 | | 64,691.01 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 29.25 | | 64,720.26 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 32.37 | | 64,752.63 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 36.47 | | 64,789.10 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-12329, Bond #016026455 | 2300-000 | | 140.99 | 64,648.11 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 34.80 | | 64,682.91 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 38.47 | | 64,721.38 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 40.97 | | 64,762.35 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 44.02 | | 64,806.37 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 42.63 | | 64,849.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 89.69 | | 64,938.69 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 96.59 | | 65,035.28 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 90.43 | | 65,125.71 |
| 10/17/06 | | CHASE | TRANSFER FUNDS TO PAY CLAIM PER ORDER 10/13/06 | 9999-000 | 101,139.25 | | 166,264.96 |
| 10/18/06 | 1002 | NATIONAL LOAN INVESTORS, LP ASSIGNEE OF US BANK | PAYMENT OF SECURED CLAIM PER ORDER OF 10/13/06 | 4210-000 | | 130,920.17 | 35,344.79 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 166.36 | | 35,511.15 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 51.07 | | 35,562.22 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 49.44 | | 35,611.66 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.94 | | 35,653.60 |
| 02/12/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-12329, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 31.07 | 35,622.53 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.76 | | 35,640.29 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.03 | | 35,659.32 |
| 03/30/07 | 1004 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY FILING FEE/07A 194 | 2700-000 | | 250.00 | 35,409.32 |
| 04/04/07 | | To Account #********7766 | TRANSFER FUNDS TO REIMBURSE FOR ADVERSARY FILING FEES | 9999-000 | | 3,500.00 | 31,909.32 |
| 04/04/07 | 1005 | GROCHOCINSKI , | REIBURSEMENT OF POSTAGE/SERVICE TO | 2990-000 | | 23.10 | 31,886.22 |

Subtotals :  $102,255.08   $234,865.33

{} Asset reference(s)                                                                                    Printed: 04/15/2009 01:44 PM    V.11.12

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05B-12329 JS  
**Case Name:** DIRECT EXPRESS, INC.  
**Taxpayer ID #:** 36-3499564  
**Period Ending:** 04/15/09  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | GROCHOCINSKI & LLOYD, LTD. | CANADA ON ADVERSARIES<br>Voided on 04/04/07 | | | | |
| 04/04/07 | 1005 | GROCHOCINSKI ,<br>GROCHOCINSKI & LLOYD, LTD. | REIBURSEMENT OF POSTAGE/SERVICE TO CANADA ON ADVERSARIES<br>Voided: check issued on 04/04/07 | 2990-000 | | -23.10 | 31,909.32 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.87 | | 31,927.19 |
| 05/08/07 | 1006 {1} | J A INTERIOR APPLICATION | DEPOSITED TO WRONG ESTATE IN ERROR ON 6/10/05 | 1121-000 | -21.69 | | 31,905.50 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.60 | | 31,923.10 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.47 | | 31,939.57 |
| 07/26/07 | {8} | KING'S EXPRESS, INC. | SETTLEMENT OF PREFERENCE | 1241-000 | 7,042.75 | | 38,982.32 |
| 07/27/07 | {8} | VITRAN EXPRESS, INC. | PAYMENT OF JUDGEMTN/ADVERSARY NO. 07A 206 | 1241-000 | 5,238.39 | | 44,220.71 |
| 07/30/07 | {8} | COMDATA | SETTLEMENT OF PREFERENCE | 1241-000 | 3,715.00 | | 47,935.71 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.53 | | 47,954.24 |
| 08/16/07 | {8} | CIRCLE DELIVERY SERVICE, INC. | SETTLEMENT OF PREFERENCE | 1241-000 | 3,700.00 | | 51,654.24 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 27.25 | | 51,681.49 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 26.76 | | 51,708.25 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 63.57 | | 51,771.82 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 54.09 | | 51,825.91 |
| 12/04/07 | 1007 | COUNTY COURT REPORTERS, INC. | COURT REPORT FEE | 2990-000 | | 663.49 | 51,162.42 |
| 12/12/07 | {8} | STANDARD FORWARDING CO INC. | SETTLEMENT OF PREFERENCE | 1241-000 | 1,500.00 | | 52,662.42 |
| 12/13/07 | {8} | N&M TRANSFER CO, INC. | SETTLEMENT OF PREFERENCE | 1241-000 | 5,000.00 | | 57,662.42 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 54.22 | | 57,716.64 |
| 01/21/08 | | ACCOUNT FUNDED: ********7720 | | 9999-000 | | 50,000.00 | 7,716.64 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 38.64 | | 7,755.28 |
| 02/11/08 | 1008 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-12329, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 50.36 | 7,704.92 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.59 | | 7,706.51 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.44 | | 7,707.95 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.07 | | 7,709.02 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.00 | | 7,710.02 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.97 | | 7,710.99 |
| 07/17/08 | {8} | EVERPOINT LOGISTICS | SETTLEMENT OF ADVERSARY 07A 00219 | 1241-000 | 5,000.00 | | 12,710.99 |

Subtotals : $31,515.52   $50,690.75

{} Asset reference(s)

Printed: 04/15/2009 01:44 PM   V.11.12

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 05B-12329 JS  
**Case Name:** DIRECT EXPRESS, INC.  
**Taxpayer ID #:** 36-3499564  
**Period Ending:** 04/15/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | SOLUTIONS | | | | | |
| 07/22/08 | {8} | EVERYPOINT LOGISTICS | REVERSAL OF DEPOSIT PER CHASE BANK/CANADIAN DEPOSIT/CONVERSION RATE WRONG | 1241-000 | -5,000.00 | | 7,710.99 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.98 | | 7,711.97 |
| 08/04/08 | 1009 | EUNICE SACHS & ASSOCIATES | DEPOSITION FEE/SETTLEMENT REACHED AND RECORDED ON RECORD | 2990-000 | | 100.00 | 7,611.97 |
| 08/07/08 | {8} | EVERPOINT LOGISTICS | CONVERSION RATE OF CANADIAN DEPOSIT/ORIGINAL DEPOSIT $5,000 | 1241-000 | 4,938.00 | | 12,549.97 |
| 08/08/08 | {8} | MEGA SYSTEMS, INC. | SETTLEMENT PAYMENT PER ORDER OF 7/11/08 | 1241-000 | 7,500.00 | | 20,049.97 |
| 08/20/08 | {8} | BTS LEASING, INC. | PARTIAL PAYMENT ON SETTLEMENT OF ADVERSARIES/08A 00217 & 08A 00194 | 1241-000 | 20,000.00 | | 40,049.97 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.61 | | 40,052.58 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.25 | | 40,057.83 |
| 10/08/08 | {8} | TODD FULLHART, INC. | SETTLEMENT PER ORDER OF 9/19/08 | 1241-000 | 3,202.02 | | 43,259.85 |
| 10/22/08 | {8} | R&K LOGISTICS INC. | SETTLEMENT PAYMENT/2 OF 4 | 1241-000 | 10,000.00 | | 53,259.85 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 7.72 | | 53,267.57 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 12.91 | | 53,280.48 |
| 12/30/08 | {8} | R&K LOGISTICS INC. | SETTLEMENT PAYMENT | 1241-000 | 10,000.00 | | 63,280.48 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 10.14 | | 63,290.62 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.23 | | 63,297.85 |
| 02/05/09 | 1010 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-12329, BOND#016026455 | 2300-000 | | 93.95 | 63,203.90 |
| 02/23/09 | {8} | KEVIN BOLDOG | SETTLEMENT PAYMENT | 1241-000 | 5,000.00 | | 68,203.90 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.83 | | 68,210.73 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 8.35 | | 68,219.08 |
| | | | **ACCOUNT TOTALS** | | 353,969.11 | 285,750.03 | **$68,219.08** |
| | | | Less: Bank Transfers | | 101,139.25 | 153,500.00 | |
| | | | **Subtotal** | | 252,829.86 | 132,250.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$252,829.86** | **$132,250.03** | |

{} Asset reference(s)

Printed: 04/15/2009 01:44 PM   V.11.12

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 05B-12329 JS  
**Case Name:** DIRECT EXPRESS, INC.

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-66 - Checking Account

**Taxpayer ID #:** 36-3499564  
**Period Ending:** 04/15/09

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/07 | | From Account #********7765 | TRANSFER FUNDS TO REIMBURSE FOR ADVERSARY FILING FEES | 9999-000 | 3,500.00 | | 3,500.00 |
| 04/04/07 | 101 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR FILING OF 14 ADVERSARY FEES | 2700-000 | | 3,500.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,500.00 | 3,500.00 | $0.00 |
| Less: Bank Transfers | 3,500.00 | 0.00 | |
| **Subtotal** | 0.00 | 3,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,500.00** | |

Net Receipts :     254,675.96  
Net Estate :     $254,675.96

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| CD # ***-*****77-19 | 1,139.25 | 0.00 | 0.00 |
| CD # ***-*****77-20 | 706.85 | 0.00 | 50,706.85 |
| MMA # ***-*****77-65 | 252,829.86 | 132,250.03 | 68,219.08 |
| Checking # ***-*****77-66 | 0.00 | 3,500.00 | 0.00 |
| | $254,675.96 | $135,750.03 | $118,925.93 |

{} Asset reference(s)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05B-12329
Case Name: DIRECT EXPRESS, INC.
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NATIONAL LOAN INVESTORS, LP ASSIGNEE OF US BANK | $ 0.00 |
| AMERICAN HOME ASSURANCE CO/ AIG LAW DEPT. | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $ 15,983.80 | $ |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 58,350.00 | $ 318.81 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 5,610.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-TFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,664.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | PATRICIA PRIESOL | $ 0.00 | $ 0.00 |
| 002 | TODD M FULLHART, INC | $ 0.00 | $ 0.00 |
| 108 | IRS | $ 9,915.80 | $ 9,915.80 |
| 113 | IRS | $ 0.00 | $ 0.00 |
| 117 | ILLINOIS DEPT OF REVENUE | $ 315.00 | $ 315.00 |
| 118 | ILLINOIS DEPT OF EMP SECURITY | $ 434.15 | $ 434.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 204,212.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| NA | TODD FULLHART, iNC. | $ 3,202.02 | $ 439.02 |
| NA | MEGA SYSTEMS, INC. | $ 7,500.00 | $ 1,028.29 |
| NA | STANDARD FORWARDING CO | $ 1,500.00 | $ 205.67 |
| NA | CIRCLE DELIVERY, INC. | $ 3,700.00 | $ 507.29 |
| NA | N&M TRANSFER CO, INC. | $ 5,000.00 | $ 685.52 |
| NA | COMDATA NETWORK, INC. | $ 3,715.00 | $ 509.35 |
| NA | EVERYPOINT LOGISTICS, INC. | $ 5,000.00 | $ 685.53 |
| 003 | YOWELL TRANSPORTATION SERVICES | $ 250.00 | $ 34.28 |
| 004 | CIT GROUP/COMMERCIAL SERVICES, INC. | $ 1,200.00 | $ 164.52 |
| 005 | MARK NUELLE TRUCKING, LLC | $ 1,990.00 | $ 272.84 |
| 006 | EXPRESS 2000 INC | $ 2,356.00 | $ 323.02 |
| 007 | FFE TRANSPORTATION SERVICES INC. | $ 2,550.00 | $ 349.62 |
| 008 | COMED CO | $ 6,825.31 | $ 935.78 |
| 009 | SOS TRANSPORTATION, INC. | $ 0.00 | $ 0.00 |
| 010 | TIME DEFINITE SERVICES, INC. | $ 0.00 | $ 0.00 |
| 011 | CSX CORPORATION | $ 17,497.30 | $ 2,398.95 |
| 012 | VAN DYKE TRANSPORTATION, INC. | $ 550.00 | $ 75.41 |
| 013 | POLMAN TRANSFER, INC. | $ 1,250.00 | $ 171.38 |
| 014 | BLUE MOUNTAIN EXPRESS, INC. | $ 1,200.00 | $ 164.52 |
| 015 | WELLS FARGO, INC. | $ 1,175.00 | $ 161.10 |
| 016 | PREFERRED TRANSPORT & DISTRIBUTION | $ 5,000.00 | $ 685.52 |
| 017 | CIRCLE DELIVERY INC | $ 0.00 | $ 0.00 |
| 018 | N&M TRANSFER CO INC. | $ 1,485.96 | $ 203.73 |
| 019 | EXPRESS ONE INC. | $ 950.00 | $ 130.25 |
| | BOWLING TRANSPORT, | | |

**UST Form 101-7-TFR (4/1/2009)**

Case 05-12329   Doc 112   Filed 05/15/09   Entered 05/15/09 11:39:03   Desc Main
Document      Page 15 of 19

| | | | |
|---|---|---|---|
| 020 | INC. | $ 900.00 | $ 123.39 |
| 021 | B&J TRANSPORTATION, INC. | $ 1,005.00 | $ 137.79 |
| 022 | STENCEL TRUCKING | $ 475.00 | $ 65.12 |
| 023 | CJM FINANCIAL | $ 1,600.00 | $ 219.37 |
| 024 | N.E. IOWA FREIGHT SERVICES, INC. | $ 425.00 | $ 58.27 |
| 025 | VALLEY EXPRESS LLC | $ 1,000.00 | $ 137.10 |
| 026 | GEORGE TRANSIT LINE INC. | $ 950.00 | $ 130.25 |
| 027 | NUSSBAUM TRANSPORTATION SERVICE | $ 725.00 | $ 99.40 |
| 028 | L&H ENTERPRISE | $ 1,225.00 | $ 167.95 |
| 029 | MORGAN EXPRESS, INC. | $ 400.00 | $ 54.84 |
| 030 | EAGLE FREIGHT | $ 1,100.00 | $ 150.81 |
| 031 | KOTTKE TRUCKING INC. | $ 1,050.00 | $ 143.96 |
| 032 | PACE TRANSPORTATION, INC. | $ 500.00 | $ 68.55 |
| 033 | MERCURY LOGISTICS INC. | $ 700.00 | $ 95.97 |
| 034 | FST LOGISTICS | $ 900.00 | $ 123.39 |
| 035 | SHORELINE TRANSPORTATION, INC. | $ 800.00 | $ 109.68 |
| 036 | NORMAN FRED TRUCK SERVICE, INC. | $ 1,315.00 | $ 180.29 |
| 037 | DISS TRUCKING, INC. | $ 700.00 | $ 95.97 |
| 038 | TENCO TRANSPORTATION | $ 1,450.00 | $ 198.80 |
| 039 | DOUBLE D EXPRESS INC. | $ 435.31 | $ 59.68 |
| 040 | A.M. EXPRESS, INC | $ 1,825.00 | $ 250.22 |
| 041 | GEORGE J CASTLE, INC. | $ 900.00 | $ 123.39 |
| 042 | JANCO LTD | $ 525.00 | $ 71.98 |
| 043 | TRANSPORTATION ALLIANCE BANK | $ 1,200.00 | $ 164.52 |
| 044 | AIR RIDE INC. | $ 463.60 | $ 63.56 |
| 045 | TBI, INC. | $ 1,500.00 | $ 205.66 |

**UST Form 101-7-TFR (4/1/2009)**

| 046 | J&R TRANSPORT INC. | $ 400.00 | $ 54.84 |
| --- | --- | --- | --- |
| 047 | SUNRUNNER TRANSPORT SERVICES | $ 200.00 | $ 27.42 |
| 048 | D&N TRUCKING INC. | $ 500.00 | $ 68.55 |
| 049 | JD EXPRESS CO | $ 1,750.00 | $ 239.93 |
| 050 | ELLIOTT BROS TRUCK LINE INC. | $ 850.00 | $ 116.54 |
| 051 | YOWELL TRANSPORTATION SERVICE | $ 0.00 | $ 0.00 |
| 052 | RICK FENTON TRUCKING, INC. | $ 950.00 | $ 130.25 |
| 053 | MARK NUELLE TRUCKING LLC | $ 0.00 | $ 0.00 |
| 054 | STANDARD FORWARDING CO | $ 1,397.72 | $ 191.63 |
| 055 | DUNHAM BROTHERS LEASING | $ 400.00 | $ 54.84 |
| 056 | P&P ENTERPRISE | $ 500.00 | $ 68.55 |
| 057 | CDN LOGISTICS INC. | $ 2,575.00 | $ 353.04 |
| 058 | ED BURNS & SONS TRUCKING INC. | $ 566.55 | $ 77.68 |
| 059 | COMPASS TRANSPORTATION GROUP | $ 49,634.00 | $ 6,805.03 |
| 060 | WESTERN EXPRESS INC. | $ 850.00 | $ 116.54 |
| 061 | SCOTT TOOLEY | $ 475.00 | $ 65.12 |
| 062 | GEOBAH DELIVERY SERVICE INC. | $ 1,045.00 | $ 143.27 |
| 063 | B&D MOTORS INC. | $ 250.00 | $ 34.28 |
| 064 | INDUSTRIAL WAREHOUSE SERVICE INC. | $ 2,300.00 | $ 315.34 |
| 065 | PIONEER METAL FINISHING CORP | $ 2,525.00 | $ 346.19 |
| 066 | HARDINGER TRANSFER | $ 679.25 | $ 93.13 |
| 067 | SOUTHWESTERN MOTOR TRANSPORT | $ 518.48 | $ 71.09 |
| | TRANSBORDER | | |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 068 | LOGISTICS, INC. | $ 900.00 | $ 123.39 |
| 069 | NATIONAL CARRIERS INC. | $ 1,200.00 | $ 164.52 |
| 070 | SOWINSKI TRUCKING LLC | $ 500.00 | $ 68.55 |
| 071 | J ANTHONY EXPRESS INC. | $ 325.00 | $ 44.56 |
| 072 | TKX LOGISTICS | $ 500.00 | $ 68.55 |
| 073 | MILLERS TOTAL LOGISTIC CONTRAOL | $ 1,425.00 | $ 195.37 |
| 074 | GM LOGISTICS LC DBA GM LOGISTICS TRUCKING | $ 350.00 | $ 47.99 |
| 075 | VOLK TRANSFER INC. | $ 500.00 | $ 68.55 |
| 076 | BROTHERS TRUCKING CO., INC. | $ 1,250.00 | $ 171.38 |
| 077 | KENNEDY FREIGHT LINES | $ 550.00 | $ 75.41 |
| 078 | TAYLOR TRUCK LINE INC. | $ 900.00 | $ 123.39 |
| 079 | WINTER TRUCK LINES INC. | $ 0.00 | $ 0.00 |
| 080 | DAYSPRING LLC | $ 500.00 | $ 68.55 |
| 081 | JW TRANSPORT LLC | $ 430.00 | $ 58.95 |
| 082 | GARY ANDERSON TRUCKING INC. | $ 450.00 | $ 61.70 |
| 083 | IGORS POKSANS | $ 1,450.00 | $ 198.80 |
| 084 | CMW TRANSPORT CO INC. | $ 1,240.00 | $ 170.01 |
| 085 | ORZEL TRUCKING INC. | $ 1,400.00 | $ 191.95 |
| 086 | BLUE CHIP TRUCKING CO INC. | $ 500.00 | $ 68.55 |
| 087 | DONALD SEMROW | $ 300.00 | $ 41.13 |
| 088 | SHORT FREIGHT LINES INC. | $ 330.00 | $ 45.24 |
| 089 | METROPOLITAN TRUCKING INC. | $ 1,650.00 | $ 226.22 |
| 090 | DCD TRANSPORTATION INC. | $ 0.00 | $ 0.00 |
| 091 | H&J TRANSPORTATION SERVICES, INC. | $ 1,650.00 | $ 226.22 |
| 092 | DA RAN INC. | $ 1,250.00 | $ 171.38 |
| | PROPANE TRANSPORT | | |

**UST Form 101-7-TFR (4/1/2009)**

Case 05-12329 Doc 112 Filed 05/15/09 Entered 05/15/09 11:39:03 Desc Main
Document Page 18 of 19

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 093 | INT'L | $ 250.00 | $ 34.28 |
| 094 | WINTER TRUCK LINES INC. | $ 783.92 | $ 107.48 |
| 096 | FAST RUNNER INC. | $ 850.00 | $ 116.54 |
| 097 | NEXUS DISTRIBUTION CORP | $ 1,000.00 | $ 137.10 |
| 098 | TRIPLE CROWN SERVICES CO | $ 855.00 | $ 117.22 |
| 099 | ECHO BROOK FREIGHT INC. | $ 525.00 | $ 71.98 |
| 100 | MISTY MOUNTAIN ENT | $ 850.00 | $ 116.54 |
| 101 | MARKS TRANS INC. | $ 550.00 | $ 75.41 |
| 102 | SECURITY CREDIT CORP | $ 960.00 | $ 131.62 |
| 103 | TRANSCO MAX INC. | $ 300.00 | $ 41.13 |
| 104 | ALSUM TRANSPORTATION, INC. | $ 450.00 | $ 61.70 |
| 105 | MASON DIXON LINES INC. | $ 925.00 | $ 126.82 |
| 106 | CFL TRANSPORT, INC. | $ 2,600.00 | $ 356.47 |
| 107 | HOUG SPECIAL SERVICES | $ 4,650.00 | $ 637.53 |
| 108 | IRS STOP 5016 CHI | $ 1,489.50 | $ 204.22 |
| 109 | COFACE NORTH AMERICA INC./PREMIER TRANS | $ 350.00 | $ 47.99 |
| 110 | SKYLARK TRANSPORTATION CO INC. | $ 942.50 | $ 129.22 |
| 114 | IRS | $ 0.00 | $ 0.00 |
| 119 | TBI INC. | $ 0.00 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 112 | FISHER SCIENTIFIC CO., LLC | $ 189,341.50 | $ 0.00 |
| 113 | IRS | $ 0.00 | $ 0.00 |
| 115 | KOCSIS TRANSPORT LTD | $ 612.80 | $ 0.00 |
| 116 | P&P TRANSPORT INC. | $ 1,700.00 | $ 0.00 |

**UST Form 101-7-TFR (4/1/2009)**

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 095 | NATIONAL LOAN INVESTORS LP | $ 460,353.38 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**