**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DIRECT EXPRESS, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-12329 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **DUPAGE COUNTY COURTHOUSE
    505 N. COUNTY FARM ROAD, COURTROOM 2017
    WHEATON, ILLINOIS 60187**

    on: **June 19, 2009**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                               $    254,675.96

    b. Disbursements                          $    135,750.03

    c. Net Cash Available for Distribution    $    118,925.93

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $58,350.00 | |

| | | |
|---|---:|---:|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $318.81 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $15,983.80 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $5,610.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,664.95 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 108 | IRS | $ 9,915.80 | $ 9,915.80 |
| 117 | ILLINOIS DEPT OF REVENUE | $ 315.00 | $ 315.00 |
| 118 | ILLINOIS DEPT OF EMP SECURITY | $ 434.15 | $ 434.15 |

7. Claims of general unsecured creditors totaling $204,212.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 13.71%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| NA | TODD FULLHART, iNC. | $ 3,202.02 | $ 439.02 |
| NA | STANDARD FORWARDING CO | $ 1,500.00 | $ 205.67 |
| NA | MEGA SYSTEMS, INC. | $ 7,500.00 | $ 1,028.29 |
| NA | EVERYPOINT LOGISTICS, INC. | $ 5,000.00 | $ 685.53 |
| NA | COMDATA NETWORK, INC. | $ 3,715.00 | $ 509.35 |
| NA | CIRCLE DELIVERY, INC. | $ 3,700.00 | $ 507.29 |
| NA | N&M TRANSFER CO, INC. | $ 5,000.00 | $ 685.52 |
| 003 | YOWELL TRANSPORTATION SERVICES | $ 250.00 | $ 34.28 |
| 004 | CIT GROUP/COMMERCIAL SERVICES, INC. | $ 1,200.00 | $ 164.52 |
| 005 | MARK NUELLE TRUCKING, LLC | $ 1,990.00 | $ 272.84 |

| | | | | | |
|---|---|---|---|---|---|
| 006 | EXPRESS 2000 INC | $ | 2,356.00 | $ | 323.02 |
| 007 | FFE TRANSPORTATION SERVICES INC. | $ | 2,550.00 | $ | 349.62 |
| 008 | COMED CO | $ | 6,825.31 | $ | 935.78 |
| 011 | CSX CORPORATION | $ | 17,497.30 | $ | 2,398.95 |
| 012 | VAN DYKE TRANSPORTATION, INC. | $ | 550.00 | $ | 75.41 |
| 013 | POLMAN TRANSFER, INC. | $ | 1,250.00 | $ | 171.38 |
| 014 | BLUE MOUNTAIN EXPRESS, INC. | $ | 1,200.00 | $ | 164.52 |
| 015 | WELLS FARGO, INC. | $ | 1,175.00 | $ | 161.10 |
| 016 | PREFERRED TRANSPORT & DISTRIBUTION | $ | 5,000.00 | $ | 685.52 |
| 018 | N&M TRANSFER CO INC. | $ | 1,485.96 | $ | 203.73 |
| 019 | EXPRESS ONE INC. | $ | 950.00 | $ | 130.25 |
| 020 | BOWLING TRANSPORT, INC. | $ | 900.00 | $ | 123.39 |
| 021 | B&J TRANSPORTATION, INC. | $ | 1,005.00 | $ | 137.79 |
| 022 | STENCEL TRUCKING | $ | 475.00 | $ | 65.12 |
| 023 | CJM FINANCIAL | $ | 1,600.00 | $ | 219.37 |
| 024 | N.E. IOWA FREIGHT SERVICES, INC. | $ | 425.00 | $ | 58.27 |
| 025 | VALLEY EXPRESS LLC | $ | 1,000.00 | $ | 137.10 |
| 026 | GEORGE TRANSIT LINE INC. | $ | 950.00 | $ | 130.25 |
| 027 | NUSSBAUM TRANSPORTATION SERVICE | $ | 725.00 | $ | 99.40 |
| 028 | L&H ENTERPRISE | $ | 1,225.00 | $ | 167.95 |
| 029 | MORGAN EXPRESS, INC. | $ | 400.00 | $ | 54.84 |
| 030 | EAGLE FREIGHT | $ | 1,100.00 | $ | 150.81 |
| 031 | KOTTKE TRUCKING INC. | $ | 1,050.00 | $ | 143.96 |
| 032 | PACE TRANSPORTATION, INC. | $ | 500.00 | $ | 68.55 |
| 033 | MERCURY LOGISTICS INC. | $ | 700.00 | $ | 95.97 |
| 034 | FST LOGISTICS | $ | 900.00 | $ | 123.39 |
| 035 | SHORELINE TRANSPORTATION, INC. | $ | 800.00 | $ | 109.68 |
| 036 | NORMAN FRED TRUCK SERVICE, INC. | $ | 1,315.00 | $ | 180.29 |
| 037 | DISS TRUCKING, INC. | $ | 700.00 | $ | 95.97 |
| 038 | TENCO TRANSPORTATION | $ | 1,450.00 | $ | 198.80 |
| 039 | DOUBLE D EXPRESS INC. | $ | 435.31 | $ | 59.68 |
| 040 | A.M. EXPRESS, INC | $ | 1,825.00 | $ | 250.22 |
| 041 | GEORGE J CASTLE, INC. | $ | 900.00 | $ | 123.39 |
| 042 | JANCO LTD | $ | 525.00 | $ | 71.98 |
| 043 | TRANSPORTATION ALLIANCE BANK | $ | 1,200.00 | $ | 164.52 |
| 044 | AIR RIDE INC. | $ | 463.60 | $ | 63.56 |
| 045 | TBI, INC. | $ | 1,500.00 | $ | 205.66 |
| 046 | J&R TRANSPORT INC. | $ | 400.00 | $ | 54.84 |

| | | | | | |
|---|---|---|---:|---|---:|
| 047 | SUNRUNNER TRANSPORT SERVICES | $ | 200.00 | $ | 27.42 |
| 048 | D&N TRUCKING INC. | $ | 500.00 | $ | 68.55 |
| 049 | JD EXPRESS CO | $ | 1,750.00 | $ | 239.93 |
| 050 | ELLIOTT BROS TRUCK LINE INC. | $ | 850.00 | $ | 116.54 |
| 052 | RICK FENTON TRUCKING, INC. | $ | 950.00 | $ | 130.25 |
| 054 | STANDARD FORWARDING CO | $ | 1,397.72 | $ | 191.63 |
| 055 | DUNHAM BROTHERS LEASING | $ | 400.00 | $ | 54.84 |
| 056 | P&P ENTERPRISE | $ | 500.00 | $ | 68.55 |
| 057 | CDN LOGISTICS INC. | $ | 2,575.00 | $ | 353.04 |
| 058 | ED BURNS & SONS TRUCKING INC. | $ | 566.55 | $ | 77.68 |
| 059 | COMPASS TRANSPORTATION GROUP | $ | 49,634.00 | $ | 6,805.03 |
| 060 | WESTERN EXPRESS INC. | $ | 850.00 | $ | 116.54 |
| 061 | SCOTT TOOLEY | $ | 475.00 | $ | 65.12 |
| 062 | GEOBAH DELIVERY SERVICE INC. | $ | 1,045.00 | $ | 143.27 |
| 063 | B&D MOTORS INC. | $ | 250.00 | $ | 34.28 |
| 064 | INDUSTRIAL WAREHOUSE SERVICE INC. | $ | 2,300.00 | $ | 315.34 |
| 065 | PIONEER METAL FINISHING CORP | $ | 2,525.00 | $ | 346.19 |
| 066 | HARDINGER TRANSFER | $ | 679.25 | $ | 93.13 |
| 067 | SOUTHWESTERN MOTOR TRANSPORT | $ | 518.48 | $ | 71.09 |
| 068 | TRANSBORDER LOGISTICS, INC. | $ | 900.00 | $ | 123.39 |
| 069 | NATIONAL CARRIERS INC. | $ | 1,200.00 | $ | 164.52 |
| 070 | SOWINSKI TRUCKING LLC | $ | 500.00 | $ | 68.55 |
| 071 | J ANTHONY EXPRESS INC. | $ | 325.00 | $ | 44.56 |
| 072 | TKX LOGISTICS | $ | 500.00 | $ | 68.55 |
| 073 | MILLERS TOTAL LOGISTIC CONTRAOL | $ | 1,425.00 | $ | 195.37 |
| 074 | GM LOGISTICS LC DBA GM LOGISTICS TRUCKING | $ | 350.00 | $ | 47.99 |
| 075 | VOLK TRANSFER INC. | $ | 500.00 | $ | 68.55 |
| 076 | BROTHERS TRUCKING CO., INC. | $ | 1,250.00 | $ | 171.38 |
| 077 | KENNEDY FREIGHT LINES | $ | 550.00 | $ | 75.41 |
| 078 | TAYLOR TRUCK LINE INC. | $ | 900.00 | $ | 123.39 |
| 080 | DAYSPRING LLC | $ | 500.00 | $ | 68.55 |
| 081 | JW TRANSPORT LLC | $ | 430.00 | $ | 58.95 |
| 082 | GARY ANDERSON TRUCKING INC. | $ | 450.00 | $ | 61.70 |
| 083 | IGORS POKSANS | $ | 1,450.00 | $ | 198.80 |
| 084 | CMW TRANSPORT CO INC. | $ | 1,240.00 | $ | 170.01 |
| 085 | ORZEL TRUCKING INC. | $ | 1,400.00 | $ | 191.95 |
| 086 | BLUE CHIP TRUCKING CO INC. | $ | 500.00 | $ | 68.55 |
| 087 | DONALD SEMROW | $ | 300.00 | $ | 41.13 |

| | | | |
|---|---|---:|---:|
| 088 | SHORT FREIGHT LINES INC. | $ 330.00 | $ 45.24 |
| 089 | METROPOLITAN TRUCKING INC. | $ 1,650.00 | $ 226.22 |
| 091 | H&J TRANSPORTATION SERVICES, INC. | $ 1,650.00 | $ 226.22 |
| 092 | DA RAN INC. | $ 1,250.00 | $ 171.38 |
| 093 | PROPANE TRANSPORT INT'L | $ 250.00 | $ 34.28 |
| 094 | WINTER TRUCK LINES INC. | $ 783.92 | $ 107.48 |
| 095 | NATIONAL LOAN INVESTORS LP | $ 460,353.38 | $ 0.00 |
| 096 | FAST RUNNER INC. | $ 850.00 | $ 116.54 |
| 097 | NEXUS DISTRIBUTION CORP | $ 1,000.00 | $ 137.10 |
| 098 | TRIPLE CROWN SERVICES CO | $ 855.00 | $ 117.22 |
| 099 | ECHO BROOK FREIGHT INC. | $ 525.00 | $ 71.98 |
| 100 | MISTY MOUNTAIN ENT | $ 850.00 | $ 116.54 |
| 101 | MARKS TRANS INC. | $ 550.00 | $ 75.41 |
| 102 | SECURITY CREDIT CORP | $ 960.00 | $ 131.62 |
| 103 | TRANSCO MAX INC. | $ 300.00 | $ 41.13 |
| 104 | ALSUM TRANSPORTATION, INC. | $ 450.00 | $ 61.70 |
| 105 | MASON DIXON LINES INC. | $ 925.00 | $ 126.82 |
| 106 | CFL TRANSPORT, INC. | $ 2,600.00 | $ 356.47 |
| 107 | HOUG SPECIAL SERVICES | $ 4,650.00 | $ 637.53 |
| 108 | IRS STOP 5016 CHI | $ 1,489.50 | $ 204.22 |
| 109 | COFACE NORTH AMERICA INC./PREMIER TRANS | $ 350.00 | $ 47.99 |
| 110 | SKYLARK TRANSPORTATION CO INC. | $ 942.50 | $ 129.22 |
| 112 | FISHER SCIENTIFIC CO., LLC | $ 189,341.50 | $ 0.00 |
| 115 | KOCSIS TRANSPORT LTD | $ 612.80 | $ 0.00 |
| 116 | P&P TRANSPORT INC. | $ 1,700.00 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated:  **May 20, 2009**  For the Court,

By:**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700