Form ntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 05−12329
Chapter: 7
Judge: John H. Squires

In Re:
   DIRECT EXPRESS, INC.
   1600 GLENLAKE AVENUE
   Itasca, IL 60143

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   36−3499564

---

**NOTICE**

To the Debtor(s), Creditors, and other Parties in Interest:

You were previously mailed a Notice of Chapter 7 Case, Notice Of Filing Of The Trustee's Final Report, Hearing On Applications For Compensation, And Hearing On The Abandoment Of Property By The Trustee in the above−referenced case, on which a correction should be made in the following information:

Judge John Squires' correct Courtroom Number is: 4016.

Except as amended by the correction(s) noticed above, the notice remains in full force and effect.


FOR THE COURT

Dated: June 8, 2009
                                                Kenneth S. Gardner , Clerk
                                                United States Bankruptcy Court